

STATE OF NEW YORK
**UNIFIED COURT SYSTEM**
25 BEAVER STREET
NEW YORK, NEW YORK 10004
(212) 428-2150

JONATHAN LIPPMAN
Chief Administrative Judge

MICHAEL COLODNER
Counsel

August 19, 2005

**BY TELECOPIER TO (212) 805-7901**

The Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-05

Re:   O'Leary v. Unified Court System
      05 CV 6722 (HB)(DCF)(U.S. Dist. Ct., S.D.N.Y.)

Dear Judge Baer:

We represent defendant Unified Court System in the above-referenced action. We write to request a 30-day extension of defendant's time to answer the complaint from August 23, 2005 to September 22, 2005. We make this request because the Unified Court System requires additional time to prepare an answer.

Counsel for plaintiff consents to this extension of time.

Very truly yours,

Pedro Morales (PM4618)
Assistant Deputy Counsel

cc: Steven M. Cohen, Esq. (by telecopier)

11003-194/OLEARY/COURT

[Handwritten annotation: Answer to be served by September 22 at 4 PM — will not grant PTC not filed by 10/31 at 4:15 PM]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 8/25/05

August 25, 2005

Endorsement:

Adjournment of answer is agreeable.  It does not and will not effect Pretrial Conference date i.e. October 31 at 4:15 p.m.