**COREN & ASSOCIATES, P.C.**
*Counsellors at Law*
570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 371-5800
FAX (212) 371-6785
Info@capclaborlaw.com

STEVEN M. COREN

ERIC SU

Of Counsel:
STEPHEN C. COOPER
L. SUSAN SLAVIN LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/06

LONG ISLAND OFFICE
1010 FRANKLYN AVENUE
GARDEN CITY, NY 11530
(631) 724-6400

June 7, 2006

**VIA FAX (212) 805-7901**
**& FIRST CLASS MAIL**
Hon. Harold Baer, Jr., USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

     Re: *O'Leary v. Unified Court System*
       SDNY Case No. 05cv6722(HB)(DCF)

Your Honor:

  We are counsel for Plaintiff in the above-noted action which involves allegations of discrimination under Title VII. We have made substantial and repeated good faith efforts to gain Defendant's cooperation in discovery. Despite this, we have not received adequate responses from Defendant with regard to Plaintiff's outstanding Requests for the Production of Documents. As an initial matter, we have repeatedly asked for plaintiff's personnel file. We have not even gotten a proper explanation of where the requested file(s) are located. To date, the only documents we received in response to Plaintiff's discovery demands are copies of Defendant's position statement (and exhibits) submitted to the EEOC. This was sent to us on February 14, 2006.

  We respectfully request that the matter be refer the action to a Magistrate Judge to assist Plaintiff in obtaining Defendant's cooperation.

  The Court's attention and assistance is appreciated in advance. Kindly advise.

                Very truly yours,

                Steven M. Coren

SMC/es
cc: John J. Sullivan, Esq. - via fax 518-473-5514
  F. O'Leary

*[Handwritten:]* This matter will be referred to magistrate Debra C. Freeman.

SO ORDERED *[signature]*

Harold Baer, Jr., U.S.D.J.
Date: June 9, 2006