```
------------------------------X
O'Leary

         v.

Unified Court System
------------------------------X
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

05 Civ. 6722 (HB) (DCF)

Debra C. Freeman

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
   Discovery Dispute
   Re: Production of Documents

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion:_____

   All such motions:_____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

\* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
         June 9, 2006

_____
United States District Judge

Revised: 8/29/05