# COREN & ASSOCIATES, P.C.
Counsellors at Law

570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022

(212) 371-5800
FAX (212) 371-6785
info@capclaborlaw.com

STEVEN M. COREN

ERIC SU

Of Counsel:
STEPHEN C. COOPER
L. SUSAN SLAVIN LAW FIRM, P.C.

LONG ISLAND OFFICE
1010 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(631) 724-6400

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/06

June 15, 2006

**VIA FAX (212) 805-7901**
**& FIRST CLASS MAIL**
Hon. Harold Baer, Jr., USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re:   *O'Leary v. Unified Court System*
      SDNY Case No. 05cv6722(HB)(DCF)

Your Honor:

We are counsel for Plaintiff in the above-noted action which involves allegations of discrimination under Title VII. The parties have exchanged documents and discussed progress of the case. We have been greatly delayed in receiving documents needed to set up depositions. We have just received plaintiff's personnel file but numerous other files on other candidates for the positions in issue have not been provided. We expect that progress can be made once the Magistrate Judge becomes involved.

We have discussed this with defendant's counsel and the parties have agreed among themselves, subject to the Court's leave, to extend the time in which discovery may be completed. We request that the time in which the parties be permitted to complete discovery be extended to September 18, 2006 from July 17, 2006. In light of this we make this application for the Court's Order approving the requested extension. The parties understand that the trial date is not to be changed.

*Your request to extend discovery until Sept. 18, 2006 is granted. But you should be clear that there will be no motions in this case & trial is still scheduled for Oct. 2006*

Very truly yours,

Steven M. Coren

SMC/lk
Encl.
cc: John J. Sullivan, Esq. - via fax 518-473-5514
    F. O'Leary

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 6/20/06

Endorsement:

      Your request to extend discovery until September 18, 2006 is granted. But you should be clear that there will be no motions in this case and trial is still scheduled for October 2006.