TITLE STANDARD

TITLE: COURT OFFICER

Title Code Number: 9441905
Salary Grade: 16
Jurisdictional Classification: C

DISTINGUISHING FEATURES OF WORK:

Court Officers are responsible for maintaining order and providing security in court buildings and courtrooms. They work under the direct supervision of security supervisors and court clerks. Court Officers are peace officers, required to wear uniforms, and may be authorized to carry firearms. Court Officers execute warrants and make arrests and may coordinate the activities of other court security personnel.

The Court Officer title exists in the Civil, Criminal, Family and Surrogate's Courts in New York City and the District, Family and Surrogate's Courts in Nassau, Suffolk and Westchester counties.

TYPICAL DUTIES:

Provides security by standing in the courtroom and patrolling the courthouse.

Guards misdemeanants and persons accused of misdemeanors, detained respondents, and may guard felons or persons accused of felonies while they are in the courtroom and escorts them to and from detention pens.

Physically restrains unruly individuals.

Uses established search procedures to assure that no weapons or electronic or photographic equipment are brought into the courtroom.

Escorts judges, juries, witnesses and prisoners to and from the courtroom.

Provides general information to visitors on court premises.

Checks to insure that all necessary documents are available prior to court sessions.

Displays and safeguards exhibits in the courtroom.

Provides assistance in emergency situations.

Maintains and updates court records.

Prepares incident reports.

Distributes and posts appropriate documents and court materials.

COURT OFFICER (Cont'd)

Arrests individuals according to established procedures.

The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by this title, and every position does not necessarily require these duties.

KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of court procedures and practices, court forms, and legal terminology.

Knowledge of laws concerning arrest, use of physical force, and search procedures.

Knowledge of regulations and procedures for handling prisoners.

Knowledge of first-aid.

Knowledge of procedures for handling evidence.

Ability to exercise judgement and common sense.

Ability to carry out established security procedures in case of fire, bomb threat, or other emergency situations.

Ability to observe detail, remember facts and information, and evaluate situations.

Ability to understand oral and written instructions and apply information, rules, regulations, and procedures, to specific situations.

Ability to prepare brief written communications.

Ability to communicate information orally to the public and court or court-related personnel.

Ability to stand and walk for lengthy periods.

Ability to use firearms, self-defense and restraint techniques, and security equipment.

QUALIFICATIONS:

At the time of appointment, a Court Officer candidate must be at least 18 years old and possess a High School diploma or its equivalent.

Candidates must be legally eligible to carry firearms.

COURT OFFICER (Cont'd)

RESIDENCE:

    New York State residency is required for appointment.

CITIZENSHIP:

    Candidates must be citizens of the United States or aliens lawfully admitted for permanent residence.

## ADMINISTRATIVE ORDER

    Pursuant to the authority vested in me, I hereby adopt the attached title standard of Court Officer to replace the former title of Court Officer adopted by Order dated February 17, 1982.

    This Order shall be effective 11/17/83.

_____
Robert J. Sise
Chief Administrative Judge
of the Courts

DATED: December 7, 1983

AO/221/83

**TITLE: SENIOR COURT OFFICER**

Effective Date: 01/12/1995
Title Code Number: 9441907
Salary Grade: 18
Jurisdictional Classification: C

## DISTINGUISHING FEATURES OF WORK:

Senior Court Officers are responsible for maintaining order and providing security in court buildings and courtrooms. They work under the direct supervision of security supervisors and court clerks. Senior Court Officers are peace officers, required to wear uniforms, and may be authorized to carry firearms. Senior Court Officers execute warrants and make arrests and may coordinate the activities of other court security personnel. The Senior Court Officer title exists in the Supreme and Surrogate's courts in New York City and the County, Supreme and Surrogate's courts in the Ninth Judicial District and Nassau and Suffolk counties.

## TYPICAL DUTIES:

Provides security by standing in the courtroom and patrolling the courthouse.

Guards felons and persons accused of felonies, and may guard individuals accused of lesser crimes while they are in the courtroom and escorts them to and from detention pens.

Physically restrains unruly individuals.

Uses established search procedures to assure that no weapons or electronic or photographic equipment are brought into the courtroom.

Escorts judges, juries, witnesses and prisoners to and from the courtroom.

Escorts, guards, and delivers material to sequestered juries.

Provides general information to visitors on court premises.

Checks to insure that all necessary documents are available prior to court sessions.

Displays and safeguards exhibits in the courtrooms.

Provides assistance in emergency situations. Maintains and updates court records and prepares incident reports.

Distributes and posts appropriate documents and court records.

Arrests individuals according to established procedures.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

## KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of court procedures and practices, court forms, and legal terminology.

Knowledge of laws concerning arrest, use of physical force, and search procedures.

Knowledge of regulations and procedures for handling prisoners.

Knowledge of rules and regulations regarding jury sequestration and security.

Knowledge of first-aid.

Knowledge of procedures for handling evidence.

Ability to exercise judgment and common sense.

Ability to carry out established security procedures in case of fire, bomb threat, or other emergency situations.

Ability to observe detail, remember facts and information, and evaluate situations.

Ability to understand oral and written instructions and apply information, rules, regulations, and procedures, to specific situations.

Ability to prepare brief written communications.

Ability to communicate information orally to the public and court or court-related personnel.

Ability to stand and walk for lengthy periods.

Ability to use firearms, self-defense and restraint techniques, and security equipment.

## QUALIFICATIONS:

### Promotion

At the time of appointment, a candidate for appointment to Senior Court Officer from the promotion list must have one year of permanent, competitive class service as a Court Officer or Court Officer-Sergeant.

### Open-Competitive

At the time of appointment, a candidate for appointment to Senior Court Officer from the open-competitive list must be at least 18 years old and possess a High School diploma or its equivalent. In addition, the candidate must have either: one year of full-time, paid experience as a peace officer, as defined in section 2.10 of the Criminal Procedure Law; or one year of full-time, paid experience as a police officer, as defined in section 1.20 of the Criminal Procedure Law; or one year of full-time, paid experience in a position with powers equivalent to those of a peace officer or police officer under the laws of other governmental jurisdictions.

Candidates must be legally eligible to carry firearms.

## RESIDENCE:

New York State residency is required for appointment.

## CITIZENSHIP:

Candidates must be citizens of the United States or aliens lawfully admitted for permanent residence.