TITLE: SENIOR COURT CLERK

Effective Date: 10/01/1996
Title Code Number: 9441103
Salary Grade: 21
Jurisdictional Classification: C

**DISTINGUISHING FEATURES OF WORK:**

Senior Court Clerks are assigned to courts in New York City, Nassau County, Suffolk County, and the Ninth Judicial District. Senior Court Clerks serve as part clerks swearing witnesses, polling jurors, maintaining custody of exhibits and keeping court minutes in individual assignment system and other parts. As part clerks, Senior Court Clerks are responsible for the supervision of uniformed court personnel who have peace officer status and who guard prisoners and maintain security in the courtroom. Senior Court Clerks also work in court offices where they supervise Court Assistants and other court personnel engaged in processing prisoner correspondence, reviewing calendaring decisions, motions for sufficiency and preference, and orders for conformance with decisions. Senior Court Clerks may also supervise a full-time branch office of a court staffed by Court Assistants, be designated to act in the absence of the Chief Clerk or Commissioner of Jurors, and perform other related duties.

**TYPICAL DUTIES:**

Prepares, calls and annotates the court calendar.

Advises central jury room as to juror requirements; maintains impaneling records; takes juror attendance; polls jurors; swears in jurors; arranges for meals, transportation and lodging for sequestered jurors; administers oaths to witnesses; and maintains custody of exhibits.

Records and maintains records of court proceedings.

Examines court documents to ensure their accuracy, completeness and legal sufficiency.

Contacts attorneys or parties to the case by note, telephone, or letter if submitted documents and forms do not comply with statutes or procedures.

Prepares orders, warrants, decrees, summonses, conditional discharges, violations of probation and other court forms to be submitted to the Judge for signature.

Communicates with outside agencies such as the police, probation, defense attorneys and mental health clinics in order to coordinate the court's activities with said agencies.

Answers telephone and over-the-counter inquires from attorneys, judges, parties to the case, the public and court personnel regarding court procedures and the filing of court documents.

Discusses daily court activities (scheduling of cases, calling of calendar, etc.) with the Judge.

Supervises uniformed court personnel assigned to maintain security in court parts.

Informs the attorneys and parties to the case of the action taken on an order through the use of post cards, the telephone, or by preparing a statement for the Law Journal.

Assists attorneys and parties to the case in moving cases on the calendar by accepting affidavits, notices of appearance, written consents of guilty pleas, motion papers or other court documents, or otherwise by having all parties ready for the trial or conference.

Interprets orders, decisions, judgments, pleadings and motions to determine the directives of judges and the reliefs sought by attorneys and parties to the case.

Assigns work responsibilities to court personnel and monitors performance.

Makes use of various types of electronic data, word processing, and information processing equipment to obtain, originate, verify or modify information in areas such as case management, document review, or maintenance of court or administrative records.

Gathers the documents pertaining to a case and places these in a file in order to create and maintain an accurate and permanent record of each case.

Compiles statistical information such as the number of cases pending, the number of cases handled by a particular court part or trial term, calendar entries, fines paid, etc., by entering the information on the appropriate statistical tally sheets.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

### KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of court forms, documents, procedures and policies in the court of assignment.

Knowledge of legal terminology, statutes, and rules as set forth in the Civil Practice Law and Rules (CPLR), Criminal Procedure Law (CPL), Penal Law (PL), and Family Court Act (FCA).

Knowledge of court procedures such as jurisdiction, venue, service of papers, motions, subpoenas, affirmations, calendar practice, trial procedures, handling evidence, judgments, warrants, indictments, and pleas.

Ability to understand and interpret written material such as laws, rules, regulations, and apply this material in the review of court forms and documents.

Ability to coordinate and monitor work assignments of subordinate personnel.

Ability to communicate directions and information to staff, attorneys and the public either in person or over the phone.

Ability to prepare accurate, coherent, logical and concise written communications in the context of reviewing documents or completing forms and handling correspondence.

Ability to perform mathematical calculations using addition, subtraction, multiplication and division.

Ability to determine appropriate courses of action in handling problems or situations and facilitate their resolution.

### QUALIFICATIONS:

Two (2) years of permanent service in any competitive title in the Unified Court System;

or

A Bachelor's degree from an accredited college or university;

or

An equivalent combination of education and experience.