<u>TITLE STANDARD</u>

TITLE: LAW ASSISTANT-TRIAL PART        Title Code Number: 9443203
                                       Salary Grade: 23
                                       Jurisdictional Classification: NC CONF

DISTINGUISHING FEATURES OF WORK:

    Law Assistants-Trial Part research and analyze legal issues and questions and perform other related duties. They serve in a confidential capacity and under supervision for judges or groups of judges in Family and District Court; County and Surrogate's Courts in counties with populations less than 400,000; the Criminal Court and the Civil Court of the City of New York and in the Buffalo, Rochester and Yonkers City Courts. Law Assistants-Trial Part may be assigned to judges designated as Acting Justices of the Supreme Court for one full term or less.

TYPICAL DUTIES:

    Researches and analyzes legal questions and issues.

    Confers with and advises judges on legal issues.

    Writes confidential legal memoranda and recommends decisions.

    Drafts confidential opinions, decisions, orders, jury charges, and correspondence.

    Reviews written material and verifies citations.

    Arranges and conducts conferences with litigants and other parties to action.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

KNOWLEDGE, SKILLS, AND ABILITIES:

    Ability to write clear and concise prose.

    Knowledge of the laws and rules governing civil and criminal practice, the New York State and Federal Constitutions, legal terminology, and forms.

LAW ASSISTANT - TRIAL PART   (Cont'd)

Knowledge of trial and hearing procedures.

Ability to organize factual and legal data into clear and logical sequences.

Ability to handle sensitive matters on a confidential basis.

Ability to analyze legal issues and identify relevant case opinions and facts.

Ability to communicate orally in a clear and succinct manner and to communicate technical language to laymen.

Ability to interpret laws, rules and regulations.

Knowledge of interviewing techniques.

Ability to establish work priorities.

Ability to work independently.

QUALIFICATIONS:

Graduation from an accredited law school and admission to the New York State Bar within eighteen months of appointment.

## ADMINISTRATIVE ORDER

Pursuant to the authority vested in me, I hereby amend the Classification Plan adopted by Order dated May 28, 1979, and adopt the attached title standard of Law Assistant-Trial Part.

This Order shall be effective immediately.

_____
Robert J. Sise
Chief Administrative Judge
of the Courts

DATED: February 3rd, 1984

AO/20/84

<u>TITLE STANDARD</u>

TITLE:  SENIOR LAW ASSISTANT                Title Code Number: 9443204
                                             Salary Grade: 26
                                             Jurisdictional Classification: NC-CONF

DISTINGUISHING FEATURES OF WORK:

   Senior Law Assistants research and analyze complex legal issues and questions raised in civil and criminal cases heard in trial courts or on appeal to certain County Courts and may be responsible for supervision of law assistants and support staff who are located in one or more courts situated throughout a county, judicial district, or department.  They serve in a confidential capacity and work with substantial independence from supervision in units located in the Court of Claims or special parts in the Supreme Court or in County, District, Family, and Surrogate's Courts in counties entirely within cities or in counties that have populations exceeding 400,000.

TYPICAL DUTIES:

   Researches and analyzes complex legal questions and issues.

   Writes confidential legal memoranda.

   Drafts confidential opinions.

   Confers with lawyers on unusual or complex proceedings and reviews legal documents filed in connection with such proceedings.

   *The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

KNOWLEDGES, SKILLS, AND ABILITIES:

   Knowledge of the laws and rules governing civil and criminal practice, the New York State and Federal Constitutions, legal terminology, and forms.

   Knowledge of trial and hearing procedures.

   Ability to write clear and concise prose.

SENIOR LAW ASSISTANT (Cont'd)

    Ability to organize factual and legal data into clear and logical sequences.

    Ability to analyze legal issues and identify relevant case opinions and facts.

    Ability to communicate orally in a clear and succinct manner and to communicate technical language to laymen.

    Ability to interpret laws, rules, and regulations.

    Ability to establish work priorities.

    Ability to work independently.

    Ability to handle sensitive matters on a Confidential basis.

QUALIFICATIONS:

    Admission to the New York State Bar;

        and

    Two (2) years of service in the Law Assistant title.


## ADMINISTRATIVE ORDER

Pursuant to the authority vested in me, I hereby amend the Classification Plan adopted by Order dated May 28, 1979, and adopt the attached title standard of Senior Law Assistant.

This Order shall take effect immediately in accordance with the Stipulation of Settlement, dated March 31, 1983, settling Evans v. CRB and Law Assistants v. CRB.

*S. Michael Nadel*
S. Michael Nadel
Acting Chief Administrator
of the Courts

DATED: July 8, 1983

AO/117/83