TITLE: PRINCIPAL LAW CLERK TO JUDGE

Effective Date: 03/17/1989
Title Code Number: 9443277
Salary Grade: 31
Jurisdictional Classification: EX-CONF

**DISTINGUISHING FEATURES OF WORK:**

Principal Law Clerks to Judge are responsible for researching and analyzing uniquely intricate, complex and sensitive legal issues and questions for individual judges. They also provide other personal and confidential assistance to an individual judge or judges. Principal Law Clerks to Judge are appointed by judges of all Supreme Courts, the Court of Claims, and in the following courts in accordance with staffing needs: County Courts with two (2) or more full-time judges or with one (1) full-time judge and combined annual filings of indictments and Supreme Court civil actions exceeding 650; and Surrogate`s Courts with ten (10) or more non-judicial employees (excluding Chief Clerks and Judges` personal appointees). Principal Law Clerks to Judge are personally appointed by the judge or judges for whom they work and serve at their pleasure.

**TYPICAL DUTIES:**

Researches and analyzes legal questions and issues and prepares memoranda with recommendations.

Drafts opinions, decisions, orders, jury charges, correspondence, and other written material.

Confers with lawyers on unusual or complex proceedings and reviews legal documents filed in connection with such proceedings.

Reviews and verifies citations.

Confers with and advises judge on legal issues.

Arranges judge`s calendar and schedules meetings and conferences.

Conducts conferences with litigants and other parties to legal actions to clarify issues to be resolved or to settle cases.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

**KNOWLEDGE, SKILLS, AND ABILITIES:**

Ability to write clear and concise prose.

Knowledge of the laws and rules governing civil and criminal practice, the New York State and Federal Constitutions; legal terminology and forms.

Knowledge of trial and hearing procedures.

Ability to organize factual and legal data into clear and logical sequence.

Ability to handle sensitive matters on a confidential basis.

Ability to read and comprehend complex legal and other technical data.

http://webcontent.courtnet.org/w1_docs/oca/hr/personnel/titles/active/9443277.htm?popup=n&qry_salary...    1/14/2005

Ability to analyze legal issues and identify relevant case opinions and facts.

Ability to communicate orally in a clear and succinct manner and to communicate technical language to laymen.

Ability to interpret laws, rules and regulations.

Ability to establish work priorities.

Ability to work independently.

Knowledge of interviewing techniques.

**QUALIFICATIONS:**

Admission to the New York State Bar;

**and**

Two years of service in the Associate Law Clerk to Judge title;

**or**

Equivalent legal experience.