**TITLE: CHIEF CLERK VII**

**Effective Date:** 05/24/1990
**Title Code Number:** 9440338
**Salary Grade:** NS
**Jurisdictional Classification:** EX-CONF

## DISTINGUISHING FEATURES OF WORK:

Chief Clerks VII are the highest-ranking nonjudicial employees in the New York City Civil Court, the New York City Criminal Court, and the Family Court in the City of New York. They are also the highest-ranking nonjudicial employees in the largest Supreme Courts in the State that are characterized by a combination of the following factors: Supreme Courts that for each of two (2) consecutive years have multiple, full-time parts; more than 150 employees (1) and a combined civil and criminal filings total (2) of more than 25,000, or more than 20,000 civil filings, or more than 10,000 criminal filings. Classification of individual positions to this title may also be affected by mitigating circumstances such as aberrations in caseload statistics. Chief Clerks VII serve in a confidential capacity and are responsible for managing court operations related to case processing, budget and payroll preparation, personnel management and employee relations, deployment of nonjudicial personnel, and coordination with non-court agencies, and for performing other related duties. A Chief Clerk VII is also responsible for the receipt, accounting, and disbursing of fines, fees, bail and other public or custodial funds.

## TYPICAL DUTIES:

Supervises a large staff of clerical and professional court personnel who work at several different locations and transfers employees from one branch location to another.

Supervises preparation of budget requests.

Consults with judges and court administrators to develop court policy, administrative structure, uniform procedures, and new programs.

Represents the court in discussions with other agencies such as the District Attorney, Corporation Counsel, and the Bureau of the Budget.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

(1) Excluding court reporter, legal and secretarial titles.

(2) Filings are defined as new civil cases, ex-parte applications, uncontested matrimonials, defendant indictments and superior court informations.

## KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of the functions and organization of the Unified Court System.

Knowledge of basic legal terminology, codes and abbreviations.

Knowledge of court forms, practices, and procedures.

Knowledge of personnel, budgeting, and other administrative practices.

Ability to effectively communicate information and express ideas in individual or group situations.

Ability to read legal documents and ascertain any defects in form, content and accuracy.

Ability to refer to appropriate documents, books, citations or other sources in order to respond to specific questions from attorneys, litigant and the general public.

Ability to clearly communicate written information and apply basic rules of English grammar, usage and sentence structure.

Ability to identify problems and recommend solutions.

Ability to establish procedures to monitor or regulate activities.

Ability to evaluate work priorities.

Ability to identify relevant facts and analyze complex issues and data related to court management and allocation of resources.

Ability to train, supervise, and coordinate the activities of subordinate staff.

Ability to exercise patience and tact.

Ability to handle sensitive matters on a confidential basis.

Ability to learn budgeting practices and procedures.

Ability to interpret policies, statutes, rules and regulations and adapt them to specific instructions and directives.

## QUALIFICATIONS:

Bachelor's degree from an accredited college or university and one (6) years of work experience involving managerial responsibilities such as human resource administration, budget preparation, and review of documents for compliance with policies, rules, and procedures:

or

An equivalent combination of education and experience.