To:      Hon. Gerald V. Esposito , Administrative Judge - Civil Branch; 12th J.D.

From:    Andrew Hassell , Asst. Deputy Chief Clerk , Kings County Criminal Court

Re:      Written Sample for position of Chief Clerk VII

I am a 'working' supervisor. Although I have an office and maintain employee records, coverage charts and answer procedural questions from litigants and co-workers, I actively work side by side with everyone. I prefer this style of management because it allows me to stay fresh and keep up with the 'goings on ' in the court. I can easily spot problems and address the situation well before a problem mushrooms out of control. It also allows me to stay on top of productivity and service to the public. The workers greatly appreciate the effort. In many cases, when I've asked them to do an additional task, they do not mind doing it because they know I am asking them to do something I could have accomplished.

The positions I have occupied since becoming an Associate Court Clerk have been supervisory. As a 'working' supervisor, I have been able to expose myself to the many unusual and difficult situations that arise from time to time. My professional personality and ease with leadership has helped the workers to always seek me out to resolve problems. I have worked in all five counties of New York City plus Monroe county. I have worked in every court except Surrogate's. I have done judgments in the First and Second Departments. My extensive knowledge of CPLR 32 and 50 judgments will allow me to be in constant communication with the County Clerk to ensure the end product has no problem getting finished. Litigants want to know they will be getting their end product in a timely fashion. This increases filings, which in turn increases revenue. I have handled appellate paperwork for the First and Second Department as well. The varied locations that I have worked has enhanced my job performance and knowledge of other court administrators and representatives of outside agencies relative to the operation of the court. My background and experience is deep in applying technical and procedural expertise in Criminal , Civil and Family law.

My first assignment as an Assistant Deputy Chief Clerk was in the Bronx County Civil Court. I was the supervisor of the Civil Division. As the supervisor , I was called upon to assist in implementing changes in procedures resulting from new legislation and new policy constantly. As the supervisor, I had to be in constant communication and consultation with the Supervising Judge, Chief Clerk , 1st Deputy Chief Clerk and Deputy Chief Clerk of the Bronx. My leadership role expanded when I was called upon to chair the Motion/Special Term Citiwide Committee. As the supervisor of the Civil Division, I had to take a hard look at the backlog of cases awaiting trial and the total amount of hand counted cases each part had in their inventory. My knowledge of the procedural law helped to reduce the case backlog. The cases were put on the trial calendar faster ( fourteen days) instead of waiting one year. A calendared disposition part helped to officially dispose of cases already settled. A special no-fault insurance claim motion/compliance part helped to reduce a surging trial calendar. I will continue to look at ways to help reduce the case inventory, as per the civil procedure, so the Civil Division in Bronx Supreme will rely less on CPLR 325d to reduce its inventory.

I am currently in my second assignment as an Assistant Deputy Chief Clerk. I am the Deputy Borough Chief of Kings County Criminal Court. The job consists of reviewing a great deal of paperwork maintained and submitted by court clerks, as well as statistical data



compilations. My visits to the court parts and communication and consultation with the Supervising Judge and Borough Chief are done on a daily basis. Of course, many unusual and difficult situations arise and I am called upon to resolve the matters. The workers' confidence in my abilities to handle matters has instilled an assurance in their work performances. The knowledge and experience of deployment of personnel and overall management of court operations in a large command is key in my preparation toward being able to do the job of Chief Clerk VII for the Civil Division of Bronx County Supreme Court. I am a tireless worker and a serious manager who will be able to perform the duties and responsibilities without a problem. I am truly committed to making operations at 851 Grand Concourse the best performing division in the entire state.

(Rev. 10/98)

2004 MAR -8 AM 9: 47



BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: CHIEF CLERK VII | Announcement #: 28405 | Geographic Location of Position: BRONX COUNTY |
|---|---|---|

**1. Last Name** HASSELL  **First Name** ANDREW  **Initial** K

**Mailing Address** 162 EAST 102 STREET #2

**City or Post Office** NEW YORK  **State** NY  **Zip Code** 10029

**Telephone Number** Home: 212 996 9569  Business: 718 643 3909  **Social Security Number** 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

**2. AGE:** Are you at least 18 years of age?
Yes ■ No □
If no, indicate your date of birth
Month     Day     Year

**3. CITIZENSHIP:**     Form I-9 attached □
Are you a citizen of the United States?  Yes ■   No □
If no, do you have a legal right to work in the
United States ?  Yes □   No □

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credit Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | AUGUST MARTIN HIGH SCHOOL JAMAICA QUEENS N.Y. | FULL | | YES | GENERAL COMPUTER APPL | | |
| College, Univ. Professional or Technical School | LAGUARDIA COMM. COLLEGE LONG ISLAND CITY N.Y. | FULL | 2 ½ | YES | COMPUTER SCIENCE | 72 | A.A.S |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| KINGS COUNTY CRIMINAL COURT 120 SCHERMERHORN STREET BK NY 11201 BRONX COUNTY CIVIL COURT 851 GRAND CONCOURSE BX NY 10451 | JG-28 | SEPT 2000 | PRESENT | | ASST. DEPUTY CHIEF CLERK |
| BRONX COUNTY CIVIL COURT 851 GRAND CONCOURSE BX NY STEINWAY CIVIL COURT 957 CRESCENT ST BX NY MONROE COUNTY FAMILY COURT 99 EXCHANGE PLACE ROCHESTER NY | JG-23 | OCT 1995 | SEPT 2000 | PROMOTION | ASSOCIATE COURT CLERK |
| QUEENS COUNTY FAMILY COURT 151-20 JAMAICA AVE QUEENS 11432 NEW YORK COUNTY COUNTY CLERK 60 CENTRE STREET NYC 10007 | JG-21 | MAY 1992 | OCT 1995 | PROMOTION | SENIOR COURT CLERK |
| NEW YORK CITY CRIMINAL COURT 100 CENTRE STREET NYC 10013 | JG-16 | SEPT 1987 | MAY 1992 | PROMOTION | COURT OFFICER |
| NEW YORK COUNTY CRIMINAL COURT 100 CENTRE STREET NYC 10013 | JG-12 | APR 1987 | SEPT 1987 | PROMOTION | |
| NEW YORK COUNTY COUNTY CLERK COMP. OF JURORS 60 CENTRE STREET NYC 10007 | JG-8 | DEC 1986 | APR 1987 | PROMOTION | |

## PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

X _____
Signature of Applicant

MAR 0 4 2004
Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

Andrew K. Hassell
Criminal Court of the City of New York
120 Schermerhorn Street
Brooklyn   NY   11201

| | |
|---|---|
| Experience | Assistant Deputy Chief Clerk |

| | |
|---|---|
| July 2003- present | Kings County Criminal Court    Deputy Borough Chief Clerk |

Responsible for assisting the Deputy Chief Clerk V in managing the local Criminal Court in Kings County in relation to the NYC Criminal Court . Responsible for assisting the Deputy Chief Clerk V in the hiring process of non-judicial personnel and deployment and management of 375 non-judicial personnel. Responsible for the training and evaluation of non-judicial personnel . Responsible for the reconciliation of fees and custodial funds. Responsible for applying expert knowledge to resolve complex problems in the areas of CPL 730 final reports, Vehicle Traffic Law operations, CPL 440 motions and comparison statistics.
In the absence of the Deputy Chief Clerk V,   I assumed the duties of the Borough Chief Clerk.

| | |
|---|---|
| Sept. 2000- July 2003 | Bronx County Civil Court-         Civil Court Supervisor |

Responsible for assisting the Deputy Chief Clerk V in managing the Civil Term and Small Claims operations related to case processing , processing of transfer of venue, motions, judgments, executions and appeals. Responsible for the receipt and accounting of fees and custodial funds. Responsible for assisting the Deputy Chief Clerk V in the hiring process of non-judicial personnel and deployment and management of non-judicial personnel. Responsible for the training and evaluation of non-judicial personnel assigned to work in the Civil Term and Small Claims court. Responsible for applying expert knowledge to resolve complex problems in the areas of CPLR 3215 judgments, CPLR 52 enforcements , CPLR 55 appeals and analytical statistics.
In the absence of the Deputy Chief Clerk V,   I assumed the duties of the Clerk of County

Oct 1995 - Sept 2000    Associate Court Clerk

Bronx County Civil Court-       Civil Court Asst. Supervisor
Richmond County Civil Court-    Deputy Clerk of County
Monroe County Family Court-     Parts Supervisor

May 1992 - Oct 1995    Senior Court Clerk

New York County   County Clerk- Law + Equity Div. Supervisor
Supreme Court New York County Civil Term- Record Room Supv.
Queens County Family Court-    CAP unit co-supervisor
New York County Family Court- Des. Felony and Intake part clerk
New York County   County Clerk- Judgment Clerk
Supreme Court New York County Criminal Term- Part Clerk



Sept 1987- May 1992    Court Officer

New York County Criminal Court- arraignment parts, summons part
all-purpose parts, Special Narcotics and high profile assignments in
Kings County and Queens County

April 1987- Sept 1987    Principal Office Assistant

New York County Criminal Court- Office of the Chief Court Reporter
storage and retrieval of court reporter notes and transcripts for court
reporters assigned to New York County

Dec 1986- April 1987    Senior Office Assistant

New York County    County Clerk    Jury Division
assigned to the Jury Postponement office, handled walk-in and mailed
request for jury postponements;   worked with a unit designated to
handle 1200 total request daily

Sept 1984- Sept 1987    John Blair and Co.    1290    Sixth Avenue    NYC    10017

Operations Tech.----    Hardware: Hewlett Packard HP3000 with
assembly programming, Digital VAX/ 11
                          Software: MS/DOS    DEC 20
PC environment: Apple Macintosh terminals looping via modem to
Nortel FEP, trunks to HP3000
Programs: COBOL,   C,   C+
responsible for computer analysis;   JCL dumps and operation restoration

Education    1985-    LaGuardia Comm. College    A.A.S . Computer Science

# ESTHER E. KELLY
### 4120 HUTCHINSON RIVER PARKWAY EAST, #18B
### BRONX, NY 10475
### 718-671-1079
### ekelly@courts.state.ny.us

## WORK EXPERIENCE

_Case Management Coordinator_, Bronx Supreme Court, Civil Term - D.C.M. Department
(3/00 - _present_)
- Participated in the development and implementation of an in-house case management program and case tracking system.
- Co-authored Bronx County D.C.M. Procedure Manual.
- Effectively reduced the pre-note inventory by over 20%.
- Compile and analyze statistical reports regarding case management.
- Monitor case progress to ascertain compliance with D.C.M. requirements.
- Supervise and evaluate work of D.C.M. staff consisting of senior, associate and principal court clerks.
- Oversee scheduling of conferences and generation of notices advising parties of appearance dates and case deadlines.
- Inform judges of D.C.M. procedures and policies.
- Train chambers' support staff and clerk's office personnel on Case Management System software.

_Principal Court Clerk_, Bronx Supreme Court, Criminal Term - Arraignment Part
(9/99 - 3/00)
- Supervised arraignment part staffed by uniformed court personnel and associate and senior court clerks.
- Planned and coordinated work schedule and courtroom activities, including arraigning and sentencing criminal defendants, marking calendars, and preparing applicable court forms.
- Assigned work and evaluated performance of subordinate staff.

_Associate Court Clerk_, Bronx Supreme Court, Civil Term - Matrimonial Support Office
(12/94 - 9/99)
- Instrumental in the reduction of the uncontested matrimonial, post-note inventory backlog by 80%.
- Reviewed submitted papers for accuracy, sufficiency and conformity to orders and decisions of the court and special referee, Civil Practice Law & Rules, Domestic Relations Law, and Uniform Rules for Supreme and County Courts.
- Notified attorneys and pro-se litigants of defects in papers and explained proper matrimonial procedure.
- Processed inmate correspondence.

_Senior Court Clerk_, Bronx Supreme Court, Civil Term - Motion Support Office
(4/92 - 12/94)
- Answered telephone inquiries; scheduled conferences; prepared and marked calendars.
- Inputted data into CICS and DB systems.
- Gathered statistical data and prepared categorized reports of civil activity.
- Designated to act in the absence of supervising Associate Court Clerk.
- Served as part clerk, swore witnesses, maintained custody of exhibits, polled jurors, recorded verdicts, and supervised uniformed court personnel.



*Provisional Senior Court Clerk*, Kings Supreme Court, Criminal Term - Arraignment Part
(2/91 - 8/91)
- Orchestrated general activity in courtroom, including preparing and marking calendars, conducting arraignment of criminal defendants, and supervising uniformed court personnel.

*Court Officer Sergeant*, Bronx Criminal Court
(12/90 - 2/91)
- Coordinated general activity in courtroom and supervised uniformed court personnel.

*Court Officer*, Bronx Criminal Court
(11/88 - 12/90)
- Provided security and maintained order in and around court facility.
- Posted, called, and marked calendars and completed all associated paperwork and statistics.
- Made arrests and executed bench warrants.

## EDUCATION
LEHMAN COLLEGE, Bronx, NY
- Candidate for Bachelor's degree in Business Administration.

MERCY COLLEGE, Bronx, NY
- Successfully completed 30 credits toward degree in Business Administration.

SYRACUSE UNIVERSITY, Syracuse, NY
- Successfully completed 30 credits toward degree in Broadcast Journalism.

## COMPUTER SKILLS
- Windows XP, Microsoft Word, Microsoft Excel, WordPerfect 10, Quattro Pro 10, CMS, and CCIS

## TRAINING COURSES & SEMINARS
- Leadership Development Conference, 2003
- Notary Public Workshop, 2003
- Nonjudicial Association Seminar, 2002, 2000, 1996
- Transition to Supervisor, 1999
- Supervisory/Management Skills for Court Clerks, 1995

## COMMITTEES
- Domestic Relations Fee Dispute Arbitration Panel
- The Bronx County Gender Fairness Committee
- State Employees Federated Appeal (S.E.F.A.) - *Campaign Manager*
- Tribune Society - *Building Delegate*
- Bronx Supreme Court Black History Month Committee

## AWARDS
- Bernard Botein Medal, 2003
- Gender Fairness Committee Woman of Distinction Award, 2003





2004 MAR 16 PM 12: 23

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| ...sition: **Chief Clerk VII** | Announcement #: **25405** | Geographic Location of Position: **Supreme Court Bronx County, New York City** |
|---|---|---|

| ...me | First Name **Esther** | Initial **E.** | **2. AGE:** Are you at least 18 years of age? |
|---|---|---|---|

Yes ☒     No ☐

...dress

If no, indicate your date of birth

Month     Day     Year

**4120 Hutchinson River Pkwy. E., # 18B**

| City or Post Office | State | Zip Code |
|---|---|---|
| **Bronx** | **N.Y.** | **10475** |

**3. CITIZENSHIP:**     Form I-9 attached ☐

Are you a citizen of the United States? Yes ☒     No ☐

If no, do you have a legal right to work in the United States? Yes ☐     No ☐

| Telephone Number | Social Security Number |
|---|---|
| Home:(718) 671-1079 Business:(718) 590-3713 | 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 |

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**

If you answer is "YES" to any of these questions, give details on an attached sheet.

|  | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order for child or spousal support? | | X |

| **5. EDUCATION** | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | **Bronx High School of Science** | F/T | 4 | Yes | Mathematics / Science | | |
| College, Univ. Professional or Technical School | **Syracuse University** | F/T | 1 | No | Broadcast Journalism | 30 | — |
| | **Mercy College** | F/T | 1 | No | Public Administration | 30 | — |
| | **Lehman College** | P/T | 1 | Attending | Business Administration | 6 | B.A. |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| **Supreme Court, Bronx County, NY** | | 03/00 | Present | | **Case Management Coordinator** |
| **Supreme Court, Bronx County, NY** | | 09/99 | 03/00 | Promoted | **Principal Court Clerk** |
| **Supreme Court, Bronx County, NY** | | 12/94 | 09/99 | Promoted | **Associate Court Clerk** |
| **Supreme Court, Bronx County, NY** | | 04/92 | 12/94 | Promoted | **Senior Court Clerk** |
| **Supreme Court, Kings County, NY** | | 02/91 | 08/91 | Temporary | **Provisional Senior Court Clerk** |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45

x *Esther A. Kelly*
Signature of Applicant

March 16, 2004
Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

# GEORGE F. KING

## HOW I WOULD PERFORM THE DUTIES AND RESPONSIBILITIES OF THE POSITION OF

# CHIEF CLERK VII

# Of

# BRONX SUPREME COURT

# -CIVIL TERM



George F. King

Upon my appointment as Chief Clerk VII of Bronx Supreme Court, civil term, I would request to meet with Administrative Judge Gerald Esposito regarding resource and physical space availability. I would relay to him how I would achieve the short and long-term goals set by him. Among my long and short-term plans would be implementation of an effective management system with effective checks and built-in controls predicated upon the accountability of the supervisors and empowerment of personnel. Although recent budget increase requests were minimal, the productivity of the Bronx Supreme Court , civil term was substantial. Gleaned from the Supreme and County Civil 3 Year Workload Report: Note of issue filings increased by 5.5%; trials by 7%; Note of Issue Dispositions by 11%.

I would request meetings with a cross-section of a number of other judges presiding over productive parts: including but not limited to Justice B. Katz (discovery motions STP and Motions); Justice L. Martin (Motions), and Justice H. Silver (STP-OSC and Non-Jury). I would seek feedback regarding the development of Centralized Parts (Discovery compliance, Post-Note of Issue,etc.) Consistent rules regarding discovery matters as well as post-note case management may increase productivity.

In addition, I would consult with every officer from the rank of Lieutenant to Major assigned to the civil term and every court clerk from the title of Principal court clerk to First Deputy (as well as individuals, who by the nature of their duties have operational or significant personnel oversight-for instance, "timekeepers"- in preparation for the Kronos timekeeping system). Each one would communicate to me the purpose of their unit, its function, and the duties of the individuals they oversee. Any suggestions for improvement or better utilization of resources to aid their unit or to better serve the public would be welcomed. Units would be rewarded if their ideas were implemented, or significantly increase productivity or service to the public. All would receive credit for any of their ideas.

A Chief Clerk must be capable of performing at times of crises. Occasionally, early mornings, late evenings or weekend appearances may be necessary. *Crisis management though, should be the exception, not the rule.* Continuous crisis management is synonymous with poor management. After a complete assessment, I may choose to begin a systematic re-organization of operating systems to maximize efficiency and personnel utilization. Unnecessary duplication of functions, for instance would be eliminated.

*There would be an emphasis on cross-training, consolidation of functions, and convenience and service to the public.*

1



George F. King

**WEBSITE:**

Another important tool would be to improve and make available a more useful website. I would appoint a website liaison , who would (in addition to his or her usual duties) coordinate with each department and the Information Technology Department. There would be an expanded version of the Bronx Supreme Court Web information with appropriate cross-links. Another, would be on the intranet solely for court employees and would incorporate a link for suggestions and feedback. Bronx Supreme Court forms, updated memos and procedures would be quickly made available. Each department in the civil term (though I would reach out to my counterpart in the criminal term also) would appoint at least one person that the liaison would first contact for this purpose. Though the website will be useful, the empowering of the personnel would be just as critical. Empowerment increases responsibility, accountability, morale, pride, and *productivity.*

*The website is not the end in itself (no more than a manual or a how-to slide-show is); it is merely a means to an end;* a tool to aid efficiency amongst departments and to better serve the public.

Among the most important qualities that I would bring to the fore as Chief Clerk are honesty, a work-ethic, the ability to praise others for their contributions and to shoulder blame for any errors and miscues. An omnipresent goal is to *find a solution, not to fix blame.* Yes, it is important to correct errors that are on hand; it is more critical to implement a system to assess, minimize and eliminate them. In other words, putting out fires may get you in the limelight ; preventing them leads to better resource utilization and improves productivity.

My management style is based on mutual respect, cooperation and empowerment. If my subordinates excel, so do I; if I excel, so do my superiors.

Therefore, if my subordinates excel, my superiors benefit as well as Bronx Supreme Court, civil term.

Fair, consistent, empowering goal-oriented management will be implemented upon my appointment as Chief Clerk of Bronx Supreme Court, civil term.

George F. King: Court Clerk Specialist
gfking@courts.state.ny.us

(718) 243-2281
(718) 643-4220                                                                                 **2**



2004 MAR 26   AM 10: 1

SUPREME COURT
CHIEF CLERKS OFFICE

# GEORGE  F.  KING

# RESUME

POSITION DESIRED: CHIEF CLERK VII

Announcement No. 25405

George King
Court Clerk-Specialist
Kings Supreme Court-Civil Term
(718) 643-4220
(718) 243-2281



George F. King

April 2001-Present

# COURT CLERK SPECIALIST

Current Responsibility: OVERSEES OPERATION OF:
* MOTION SUPPORT
* TRIAL SUPPORT
* SUBPOENA RECORDS UNIT

## MOTION SUPPORT
* Initiate procedure for scheduling of Preliminary Conferences
* Evaluates and oversees processing of motions, cross-motions and petitions
* Oversees processing of orders and judgements generated during courtroom operation
* Update personnel as regards new laws and procedures
* Liaisons with counsel, courtroom personnel and the general public

## TRIAL SUPPORT
* Oversee and processes work product from **fifty** courtroom operations
* Assign and manage courtroom clerk personnel
* Evaluate, assign and monitor court clerks
* Liaisons with judges, chambers staff, courtroom personnel, counsel and general public

## SUBPOENA  RECORDS  UNIT
* Evaluate, approve and validate subpoenas duces tecum
* Monitor record acquisition, data input, distribution, retrieval and purging
* Coordinate with courtroom personnel, counsel, agencies, and general public

George F. King

Spring 1999-April 2001
### DCM TRACK COORDINATOR (CASE MANAGEMENT COORDINATOR)

Oversee the management of the case inventory of six (6) Supreme Court Justices
Mediate discovery disputes among counsel/parties
Liaison between parties and Supreme Court Justices
Significantly contributed to operation of Kings Supreme Differentiated Case Management Department

- Developed computer techniques, reports and notices appropriate for task completion
- Submitted recommendations to significantly streamline operation (i.e. authored critical portion of a computer cut-and-paste technique from CCIS and CCMS, incorporating appropriate data sort orders, thereby greatly improving case distribution
- Instrumental in the training of all DCM Track Coordinators (computer procedure as well as operational)
- Continuously train and evaluate subordinate part clerks' performance, emphasizing positive reinforcement and team concept



**George F. King**

Fall 1994–Spring 1999    **PRINCIPAL COURT CLERK**, Kings Supreme Court-Civil Term

Assistant supervisor-matrimonial term
- evaluated contested and uncontested matrimonial orders and judgements
- perused ex parte applications, including poor person request applications, orders to show cause, etc. for correctness and completeness and compliance with laws and procedures
- communicated with Supreme Court Justices, attorneys and self-represented litigants

Served as acting supervisor for eleven (11) months, during which period
- **supervised entire matrimonial operation** (clerks, clerical support staff and uniform security personnel)
- delegated work assignments
- monitored and evaluated personnel performance
- **encouraged and praised contributions** by subordinate teammates
- **developed and implemented streamlining of procedures** (i.e. relevant to managing defective uncontested divorce papers, thereby aiding the self-represented and incarcerated individuals)
- as acting supervisor of matrimonial, **voluntarily worked long hours**, including late evening and weekends to address any backlog which occurred while the department was understaffed
- as acting supervisor, continued to perform full duties of **Principal Court Clerk and the full duties of Court Clerk-Specialist** in the department

Received superior performance evaluations from Chief Clerk Thomas Kilfoyle
Awarded Kings Supreme *Employee of the Month Award*, which was personally presented by the Honorable Jacqueline Silbermann, N.Y.S. Administrative Judge for Matrimonial Matters

Note: After promoting to DCM track coordinator, I was periodically requested by Chief Clerk Thomas Kilfoyle to return to the Matrimonial Term to personally manage any backlog that subsequently developed under the succeeding matrimonial supervisor. I further streamlined the correspondence procedures for the self-represented.


Spring 1990–Fall 1994        **ASSOCIATE COURT CLERK**, New York Supreme Court-Criminal Term

Part Clerk
Coordinated jury selection and managed court operations, including trials
Served as an instructor of workforce diversity seminar
served as an instructor of public awareness seminar

### George F. King

Spring 1985 to Spring 1990

## SENIOR COURT CLERK

Part Clerk
Assistant supervisor of the Petitions Division
- In high volume department with large number of self-represented litigants with multiple needs, successfully performed duties
- communicated with appropriate agencies
- participated in the training of subordinate personnel

Spring 1983 to Spring 1985

## UNIFORMED COURT OFFICER

Security personnel
N.Y.S. peace officer
Received training in security, self-defense, firearms and cardio-pulmonary resuscitation

Education
City College of New York
Brooklyn Technical High School

Computer Skills
Windows 2000, NT, XP
Corel Wordperfect and Microsoft Word
Utilize Case Management and CCIS database extensively
Utilize Corel Quattro Pro for data manipulation
Powerpoint and Corel Presentations

Affiliations and Commendations
- Kings Supreme Court "Employee of the Month"
- N.Y.S. Supreme and County Court Clerk Association member
- Tribune Society Merit Awardee
- Executive board member of the Federation of African-American Organizations

# GEORGE F. KING

- DIVERSE COURT EXPERIENCE WITH EXTENSIVE SUPERVISORY EXPERIENCE

- HELD POSITIONS IN FAMILY COURT , SUPREME COURT, IN BOTH CIVIL AND CRIMINAL TERMS

- PROMOTED FROM COURT OFFICER THROUGH THE RANKS TO SENIOR, ASSOCIATE AND PRINCIPAL COURT CLERK, BY COMPETITIVE EXAMINATION

- RECEIVED SUPERIOR PERFORMANCE EVALUATIONS

- AWARDED KINGS SUPREME EMPLOYEE OF THE MONTH AWARD

- APPOINTED TO POSITION OF DIFFERENTIATED CASE MANAGEMENT (DCM) TRACK COORDINATOR

- INSTRUCTOR FOR WORKFORCE DIVERSITY, PUBLIC AWARENESS, TRAIN-A-TRAINER PROGRAM AND COURT CLERK EXAMINATION PREPARATION BY INDIVIDUAL AND GROUP INSTRUCTION

- APPOINTED TO COURT CLERK SPECIALIST- OVERSEEING CENTRAL COURT OPERATION IN KINGS SUPREME COURT

- COMMITTED TO THE USE OF A "TEAM" CONCEPT AS A MOTIVATIONAL LEADER; FIRM BUT FAIR SUPERVISOR

- DEDICATED WORKER, UTILIZING CONTINUOUS FEEDBACK TECHNIQUES COUPLED WITH VERSATILE WORKFLOW SET-UP, WOULD STREAMLINE ANY PROCEDURE WHILE STILL ACHIEVING THE OVERALL DESIRED RESULTS



**George F. King**

Spring 1985 to Spring 1990

## SENIOR COURT CLERK

Part Clerk
Assistant supervisor of the Petitions Division
- In high volume department with large number of self-represented litigants with multiple needs, successfully performed duties
- communicated with appropriate agencies
- participated in the training of subordinate personnel

Spring 1983 to Spring 1985

## UNIFORMED COURT OFFICER

Security personnel
N.Y.S. peace officer
Received training in security, self-defense, firearms and cardio-pulmonary resuscitation

Education
City College of New York
Brooklyn Technical High School

Computer Skills
Windows 2000, NT, XP
Corel Wordperfect and Microsoft Word
Utilize Case Management and CCIS database extensively
Utilize Corel Quattro Pro for data manipulation
Powerpoint and Corel Presentations

Affiliations and Commendations
- Kings Supreme Court "Employee of the Month"
- N.Y.S. Supreme and County Court Clerk Association member
- Tribune Society Merit Awardee
- Executive board member of the Federation of African-American Civil Service Organizations

# STATE OF NEW YORK
## UNIFIED COURT SYSTEM



COURT MAR 26 AM 10-
___ COURT

# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief clerk VII | Announcement #: 25405 | Geographic Location of Position: Kings County |
|---|---|---|

**1.** Last Name: **KING**   First Name: **GEORGE**   Initial: **F.**

Mailing Address: 835 Midwood St
Brooklyn   New York   11203

City or Post Office   State   Zip Code

(718) 467-2111 (home)   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

Telephone Number (718) 643-4420   Social Security Number
Home 718 242-
Business: 2231

**2. AGE:** Are you at least 18 years of age?
Yes ☒ No ☐
If no, indicate your date of birth
Month     Day     Year

**3. CITIZENSHIP:**   Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒ No ☐
If no, do you have a legal right to work in the United States? Yes ☐ No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: i. Have you ever been convicted of an offense against the law? | ✓ | |
| ii. Have you ever forfeited bail or other collateral? | | ✓ |
| iii. Do you now have any criminal charges pending against you? | | ✓ |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | ✓ |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | ✓ |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | ✓ |

**5. EDUCATION**

| | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Brooklyn Tech H.S./N.Y. | Full | 4 | yes | Technical/scholastic | | |
| College, Univ. Professional or Technical School | City College of N.Y. N.Y.C. | Full/pt. | 3 | no | Psychology/math | 92 | |
| Other Schools or Special Courses | American Institute of banking N.Y.C. | part time | N/A | N/A | banking/contract law | Approx 12 | |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)
NAME, ADDRESS AND BUSINESS OF EMPLOYER

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | annual WEEKLY EARNINGS K | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| UCS 360 Adams St - Civil Kings State Court term specialist | 98 | 4/01 | present | | Superv. motion and trial support + subpd records |
| " " case mgt. coordinator | ≈85 | 4/99 | 4/01 | promo | Superv. inventory of 6 courtroom operations |
| " " principal court clerk | N/A | 12/96 | 4/99 | promo | Asst. superv.- matrimonial term |
| 100 Centre St NY NY Supreme-Criminal Associate court clerk | N/A | 4/90 | 12/96 | promo | part clerk, train & trainer |
| " NY NY Family court senior court clerk | N/A | 7/85 | 4/90 | promo | part clerk, Asst. superv. petitions division |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.** (see attached and resume)

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law [§210.45]

X _George King_
Signature of Applicant

3/16/2004
Date

George King

4) Spring 1972:   criminal trespass (N.Y.C. subway); paid five dollar fine

6)
- 5/83 to 7/85 Uniformed Court Officer          Court security        promoted
  N.Y. N.Y.
- Throughout career in the Unified Court System of New York State, voluntarily held court clerk examination preparation seminars, at my own expense throughout N.Y.C.

- Spring 1979 to Spring 1983    National Bank of North America    Superv. -joined U.C.S.

2835 BEDFORD AVENUE, APT 1B    BROOKLYN, NEW YORK 11210 (718) 859-5679
anthonymleach@yahoo.com

2004 APR 33  AM 9: 5.

CHIEF CLERKS OFFICE

2004 MAY -3  PM 2: 4.

April 28, 2004    CHIEF CLERKS OFFICE

Bronx Supreme Court
Attn: Lily M Marquez
851 Grand Concourse
Suite 825
Bronx, New York  10451

Dear Ms. Marquez:

As a graduate from Metropolitan College OF New York, with a Master's In Public Administration and a Bachelor's Degree in Legal Studies, I would perform the duties and responsibilities of this position 110 %. In my previous positions, I have excelled and giving my all. Below are some my accomplishments that make me the right person for the Chief Clerk VII position.

My current position is with the Office of Court Administration (NYC Budget Office/Accounts Unit). As you can see from my resume, I have held several positions that led to career advancement opportunities. I received these promotions by meeting the goals and objectives of the organization. My present position has allowed me to review subordinates work for accuracy, as well as research and gather confidential information for analysis with minimal to no supervision from senior staff members.

As a previous member of Guardian life Insurance Co. of America Reinstatement Team, I was given the chance to show my thirst for knowledge and my understanding of being an effective Manager/Senior Analyst. I had the responsibility of handling 18 agencies consisting of several hundred employees who were under my supervision concerning reinstatement policies and procedures.

The duties of Chief Clerk VII are similar to my previous employment as Senior Reinstatement Analyst. While in this position, I managed the administrative duties such as reviewing and dealing with 3000 reinstatement filings a month. I handled this with ease. These applications came from all over the country, wherever the company offered policies. It was my job to review the 6th page application along with their medical and financial history reports. Each application consisted of 20 to 50 pages when added with the above-mentioned histories. All information regarding the applicant had to be kept confidential. This also applies to the position of Court Analyst.

As Senior Reinstatement Analyst and team leader I achieved the objectives of the company by meeting and setting goals with the group. I was able to set the example that was followed throughout the company when it came to implementing new policy procedures for the reinstatement process.

1



I also managed receipts and accounting practices for all reinstatement applications that paid premiums on the insured's policies which accounted for approximately $90,000- $450,000 on a monthly basis.

As a new member of your team, I will be able to fulfill the obligations of the Bronx Supreme Court just as I do now and in the past as a Court Analyst and Senior Reinstatement Analyst. My strong communication, analytical skills, and my administrative knowledge would serve me well as Chief Clerk VII. As a skilled worker, I know that time is a precious commodity. We must use it effectively and wisely. I was able to reduce my staff's typing procedures by 15 %. I accomplished this by creating form letters tailored to certain circumstances or outcomes regarding the reinstatement application process. The goal was to increase productivity as much as much as possible in a 7-hour workday.

I am currently holding the position of Court Analyst. In the first 6 months, I was promoted from Assistant Court Analyst to Court Analyst. I did this by completing assigned tasks and reports on a timely basis. I am currently located at the New York City Accounts/Budget Unit. I am responsible for auditing Standard Voucher AC 92 (Rev. 6/94), Minute Order Forms and Receipts and filling out Invoice Continuation Sheets –AC 2373 (Rev. 1/84) for 700+ Court Reporters, Senior Court Reporters, and Principle Court Reporters within (Kings, Manhattan, Bronx, Queens, and Richmond) courts. I ensure that the courts and court personnel comply with judiciary policies set forth by state government. As Court Analyst, I was able to update some of our forms such as the Batch Register and Submission Sheets.

My next impact as Court Analyst was the creation of a Data Base called The Doubling Program. The purpose of the program was to solve the double billing problem. I developed a computer program that would look at court reporters vouchers and minute order forms that are entered in the computer in several ways. The system previously in place was imperfect and deficient. Staff members had complained that the old program was no longer working properly. At that time, the Budget Department was making the transition from the old program to the new program.

As Chief Clerk VII, I know that I can make a difference. My business acumen, educational background, and strong desire to learn have also contributed to a number of successful projects. Thank you for your time and consideration. I look forward to my interview on Wednesday May 12, 2004 at 12:45 pm.

Respectfully,

Anthony M. Leach, MPA

2



# STATE OF NEW YORK
## UNIFIED COURT SYSTEM

2004 MAR -5 AM 9:50

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief Clerk VII    JG: NS | Announcement #: 25405 | Geographic Location of Position: Supreme Court, Bronx County, New York City |
|---|---|---|

**1.** Last Name: **LEACH**  First Name: **ANTHONY**  Initial: **M**

Mailing Address: **2835 BEDFORD AVE APT 1E**

City or Post Office: **BROOKLYN**  State: **NEW YORK**  Zip Code: **11210**

Telephone Number: Home: **718 859-5679**  Business: **212 428-2843**

Social Security Number: **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**

**2. AGE:** Are you at least 18 years of age? Yes **X**  No □
If no, indicate your date of birth  Month ___ Day ___ Year ___

**3. CITIZENSHIP:**  Form I-9 attached □
Are you a citizen of the United States? Yes **X**  No □
If no, do you have a legal right to work in the United States? Yes □  No □

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | South Shore H.S. Brooklyn, New York | FULL | 4 | Yes | English and Law | | |
| College, Univ. Professional or Technical School | Metropolitan College of New York New York, New York | Full | 1 | Graduation 6/02 | Public Administration | 45 | Master's In Public Administration |
| Other Schools or Special Courses | John Jay College New York, New York | FULL/ PART | 9.5 | Yes | Legal Studies | 144 | Bachelor of Science |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| Office of Court Administration-Unified Court System NY, NY | 1,566.54 | 12/01 | Present | | Auditor-Court Analyst |
| Office of Court Administration-Unified Court System NY, NY | 1,352.85 | 2222 | 12/01 | Promotion | Auditor-Assistant Court Analyst |
| Guardian Life Insurance Company, New York, New York | 2,854.00 | 7/97 | 7/00 | Moved | Senior Reinstatement Analyst |
| Guardian Life Insurance Company, New York, New York | 2,250.00 | 10/90 | 7/97 | Promotion | Senior Payment Analyst |

7. **REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

* **PLEASE COMPLETE THIS AFFIRMATION**
I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

X _____  _____ 3/1/04
  Signature of Applicant              Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

2855 BEDFORD AVENUE, APT 1B   BROOKLYN, NEW YORK 11210  (718) 859-5679   anthonymleach@yahoo.com

### EDUCATION:

6/02 **MASTER'S IN PUBLIC ADMINISTRATION** -- METROPOLITAN COLLEGE OF NEW YORK, NEW YORK, NEW YORK

2/99 **BACHELOR OF SCIENCE** - MAJOR: LEGAL STUDIES: JOHN JAY COLLEGE OF CRIMINAL JUSTICE, NEW YORK, NEW YORK

### WORK EXPERIENCE:

STATE OF NEW YORK UNIFIED COURT SYSTEM, O.C.A, NEW YORK CITY BUDGET OFFICE, NEW YORK

**Auditor-Court Analyst**                                                                                  12/01-Prese

Manage and develop databases to maintain quantitative and qualitative control of Court Reporters Minute Order Forms. Manage, assis prepare and analyze various Expenditure and Journal Budget Reports from City Courts and Treatment Courts. Manage survey data usir standard forms and questionnaires. Analyze, research, audit and correct Standard Vouchers-Minute Order Forms for all 700+ Cou Reporters, Senior Court Reporters, Principle Court Reporters within (Kings, Manhattan, Bronx, Queens, and Richmond) courts, which are compliance with court reporter policies establish by the judiciary branch of state government. Ensure that courts and court personnel are compliance with judiciary policies set forth by state government. Review, analyze, and correct State of New York Office of Comptroll Payee List by Agency and Voucher (VOUO-65A). Compile data for reports and public documents. Reviews proposed changes professional standards of court reporters, principles, and guidelines; and provide comments with respect to the impact proposed chang would have on court reporters and operations. Analyze reports from staff members, and prepare summaries for management. Condu inquiries of Court Reporters Standard Voucher and Minute Order Forms regarding payments. Collaborate with staff from other courts ar agencies regarding data collection. Collect and analyze data to make recommendations. Coordinate administrative activities for senior sta members.

*Accomplishments:*

Manage and implement spreadsheet templates using Microsoft Excel for monthly reports. Manage a database using Microsoft Access review Standard Vouchers Minute Order Forms & Receipts used by all courts and court reporters to catch double billing. Implement ne submission forms for vouchers.

STATE OF NEW YORK UNIFIED COURT SYSTEM, O.C.A, NEW YORK CITY BUDGET OFFICE, NEW YORK

**Auditor-Assistant Court Analyst**                                                                          2/01-12/0

Coded and classified budget requests. Collected survey data using standard forms and questionnaires. Conducted, supervised, desk audits court personnel. Visited courts and court agencies and assisted in preparing analyses of their staffing and organizational structure. Monitore budget expenditures. Prepared simple correspondence. Compiled data for reports and public documents; prepared summaries and comment

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, NEW YORK, NEW YORK

**Senior Reinstatement Analyst**                                                                             7/97-7/0

Managed and supervised reinstatement department. Evaluated work of subordinate staff. Reviewed documents for compliance wit reinstatement procedures from all fifty agencies. Informed departments, claimants and agencies of reinstatement acceptance or denial Researched, answered and performed confidential analysis for daily reinstatement/compliance questions posed by all departments, includin Vice President, management, agents, and claimants. Recorded and deposited reinstatement checks and processed rescission check Retrieved application files, refunded premiums due and obtained Medical Information Bureau (MIB) codes from Data Flex-IB system Reviewed and processed Premium Wavier requests. Changed and canceled assignees of Buy-Sell and Reducing Term Policies. Assisted V on special projects and procedures and implemented procedures. Consistently met strict deadline schedules and worked with minim supervision. Identified and recommended solutions to management on reinstatement process. Acted as liaison among management, agen and claimants.

*Accomplishments:*

Managed and established a database to track all reinstatement applications using Microsoft Access. Reorganized personal computer system for more efficiency. Combined computer programs on several machines into one, such as Power Term, Mainframe Access (Gems, Hcab, C Demand Report Access System, Extra Personal Client). Reduced time spent typing by 15% by helping manager develop form letters to t used in the reinstatement process

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, NEW YORK, NEW YORK

**Senior Payment Analyst**                                                                                   10/90-07/9

Managed and supervised staff of 3 which was accountable for 1,750 checks disbursed on a weekly basis according to claim representative instructions and approval authority. Ensured accurate calculation of payments, and residual percentages. Verified benefits were paid withi policy provisions. Researched and retrieved files for reinsurance projects.

### INTERNSHIPS:

**Crisis Intervention Instructor,** NEW YORK CITY POLICE ACADEMY, NEW YORK                                   9/98-2/0

Taught investigative procedures in Domestic Violence and Victimology. Instructed cadets and recruits in role-plays and simulations Domestic Violence. Dealt with high-pressure situations and time restraints. Conducted interviews with cadets and recruits.

**Research Intern,** JOHN JAY COLLEGE OF CRIMINAL JUSTICE, NEW YORK, NEW YORK                                 7/97-6/9

Managed and supervised staff of eight in completing research projects. Interviewed clients. Researched current and previous court cases West Law, Lexis Nexis, and the Internet. Performed other administrative duties including preparing payroll and answering phones.

### SPECIAL SKILLS:

UCS Financial Information & Management System (Fims), Word-Perfect 8, Microsoft Office, Lotus Notes 4.6, Group Wise 5, Cics, ar Gems, Brief writing, case analysis, and legal research on West Law, Lexis Nexis, and the Internet



## Writing Sample Requirement for the Chief Clerk VII Position: How I would undertake the duties and responsibilities of the Chief Clerk VII, Supreme Court, Civil Term, Bronx County:

Being the highest ranking Court Clerk in the Harlem Community Justice Center, I now perform the duties of a Chief Clerk.    I make the assignments of the Court personnel. I act as the Fiscal Officer and the Personnel Officer. I check to insure that all areas are properly covered by appropriate personnel.   I am frequently attending meetings, making phone calls, and otherwise engaged in the activities related to the expansion of services, renovations, security, and financial matters. I also act as a liaison between N.Y.C. Civil Court and the Center for Court Innovation. My duties also involve making sure that building services are maintained at a satisfactory level and have work orders initiated when repairs are needed.

The role of the Chief Clerk VII is to assist the Administrative Judge in insuring the smooth operation of the Supreme Court, Civil Term, Bronx County. The Chief Clerk is responsible for resolving issues, that could not be resolved by the immediate supervisor or his Deputy Chief Clerks.. The Chief Clerk is to perform the duties of his position to the best of his or her abilities.

Assuming the duties and responsibilities of Chief Clerk would be relatively easy for me since I am already performing those duties as the Clerk In Charge of the Harlem Community Justice Center. I was also the Assistant Supervisor in Bronx Civil Court prior to assuming the duties in Harlem. I am familiar with the operations, and rank structure  of the Court system as I worked in the Payroll and Personnel Office of NYC Criminal Court and NYS Supreme Court, Criminal Term, NY County,  prior to the creation of the Central Payroll Office. I was reassigned to Central Payroll upon its creation.  While in Central Payroll I was in charge of the NYS Dental Plan and the Blood Program for all Court Employees within the City of New York

I am computer literate.  I learn very quickly. I troubleshoot some of the computer problems, when our LAN Administrator is out or unavailable at the Harlem Community Justice Center. I also assisted with computer problems when I was in Bronx Civil Court (Housing, Small Claims, and Civil Term). I am willing and able to  learn any new computer programs necessary for this position.    I have within this past year learned the New Family Court UCMS program. Since all future Court programs Civil and Criminal will be based this UCMS program, I will be ready for it's arrival in Supreme Court. It will also be easy for me to learn the computer program Bronx Supreme Court is presently using.



-2-

The first thing I will do when I get to this new assignment is to learn who my Deputy Chief Clerks are and what their assignments are. I will want to know who the supervisors are in the various units and their responsibilities. I will also want to learn who the employees are and the unit they are assigned to. In addition, I will want to know who the knowledgeable employees are. I will learn this by going to the various units and observing who the other employees go to when they have questions. Sometimes it is not the immediate supervisor, because this person may have just been recently assigned from another court. These are the people I would go to when I have questions, after first speaking with their supervisor.

I look forward to assuming the duties and responsibilities of the Chief Clerk VII in the Bronx Supreme Court, Civil Term. I bring to this position over 26 years of court experience, twelve of them in the Criminal Court and Supreme Court, Criminal Term, NY County, and 14 years in NYC Civil Court. I have 14 years of supervisory experience. I have made assignments and approved leave. I have participated in employment interview panels and in the selection of employees. I have also filled out Probation and Performance Evaluation Forms. I believe that my experience, work ethic and interpersonal skills will enable me to effectively carry out the duties of Chief Clerk VII.

March 2000 to May 2001
**Principal Court Clerk** - New York City Civil Court
Bronx County, 851 Grand Concourse, Bx., N.Y. 10451

Assistant Supervisor - Bronx Civil Court. Supervise General Term Cashier.
Ensure that all Audit and Control procedures are being followed. Check to
ensure that all moneys received are properly deposited with the bank. Assist
the Supervisor in ensuring that all sections, windows and parts are properly staffed.

April 1990 to March 2000
**Associate Court Clerk** - New York City Civil Court,
Bronx County, 851 Grand Concourse, Bx., N.Y. 10451

May 1994 to March 2000 - *Supervising Clerk*, Bronx Small Claims Court.
Responsible for entire Bronx Small Claims Office operations. Assign Senior Court
Clerks and other clerical personnel to various duties within the office. Ensure that all
fees are collected. Prepare monthly Money Reports and End of Term Statistics.

March 1993 to May 1994 - *In charge of Calendar Part for
Housing Court*. Assign cases to Housing Court Judges. Assist
attorneys and litigants in moving cases on the calendar. Supervise
Senior Court Clerks, Court Officers and other clerical personnel.

September 1990 to March 1993 - *Assistant Supervising Clerk*,
Bronx Housing Court. Assist the Supervising Clerk in making sure that all parts and
all work stations are covered. Assist in evaluating work procedures and making
changes, where necessary. Substitute for the Supervising Clerk. Supervise Associate
Court Clerks, Senior Court Clerks, Court Officers, and other clerical personnel.

April 1990 to September 1990 - *In charge of Calendar Part
for Housing Court*. Assign cases to Housing Court Judges.
Assist attorneys and litigants in moving cases on the
calendar. Supervise Senior Court Clerks, Court Officers,
and other clerical personnel.

February 1985 to April 1990
**Senior Court Clerk** - New York State Supreme Court,
Criminal Branch, 1st Judicial District,
100 Centre Street, New York, New York 10013

January 1989 to April 1990 - *Clerk's Office/Part Clerk*.
Swear in witnesses. Poll Jurors. Maintain custody of exhibits. Call the calendar of the
part. Read the charges. Take the plea. Maintain Court Records. Issue bench and
arrest warrants. Write commitment papers and probation orders. Supervise
Uniformed and non-uniformed personnel. Provide information to the public.

2

February 1985 to January 1989 - *Docket Room Clerk*.
Process Grand Jury Indictments and issue numbers to same.
Retrieve Criminal Court Complaints for indicted cases from
lower court. Issue Arrest Warrants for No Arrest Indictments.

November 1983 to February 1985
**Senior Court Officer** - New York State Supreme Court,
Criminal Branch, 1st Judicial District,
100 Centre Street, New York, New York 10013

December 1981 to November 1983
**Uniformed Court Officer** - New York City Criminal Court,
100 Centre Street, New York, New York 10013

Maintain order and provide security in court buildings and courtrooms. Guard
prisoners in detention pens. Escort prisoners to and from courtroom. Restrain
unruly individuals. Make arrests. Search court directs and other prisoners.
Use established search procedures to assure that no weapons, electronic of
photographic equipment are brought into the courtroom. Escort Judges and
Juries to and from the courtroom. Guard and deliver material to sequestered
Juries. Provide general information to visitors. Check to insure that all necessary
documents are available prior to court session. Maintain and update court records.
Assist and substitute for the Court Clerk.

March 1981 to December 1981
**Senior Office Assistant** - New York State Supreme Court,
Civil Branch, 1st Judicial District, Calendar Clerk's Office
60 Centre Street, New York, New York 10007

Assist Calendar Clerk in assigning cases to trial parts each new term (4 weeks).
Check undefended matrimonial notes of Issue and pre-calendar conference forms for
correctness. Proofread calendars and file cards for accuracy. Assign pre-calendar
conference numbers. Maintain and update court records. Provide information to
visitors and telephone callers.

January 1980 to March 1981
**Senior Clerk** - New York State Department of Health,
Office of Health Systems Management, Medicaid Manage-
ment Information System, Dental Unit - New York City.

File room supervisor. Assign duties to two clerks. Make spot checks to insure proper
filing of Medicaid dental prior approval forms. Maintain and update file room records.
Retrieve files for State Dentists. Check prior approval forms for completeness.

3

September 1978 to January 1980
**Office Assistant** - Office of Court Administration,
Centralized Payroll Unit - 80 Centre Street,
New York, New York 10013 .

In charge of Dental plan for employees. Instruct new employees on Dental plan
and proper completion of forms. Maintain and update statistics for reports to
Albany. Prepare monthly reports. Check for accuracy and completeness and
file all Dental Enrollment forms. Answer phone inquiries. Investigate
claims and enrollment problems.

June 1977 to September 1978
**Clerk** - New York State Supreme Court, Payroll and Audit,
Criminal Court and Supreme Court, Criminal Branch, 1st
Judicial District, Health Insurance Section -
100 Centre Street, New York, New York 10013

Handle Dental plan for employees with State Health Insurance. Initiate memos
and cause them to be distributed to employees. File health related matter
into employees health files. Assist and substitute for Health Co-ordinator.
Answer inquiries from employees, both in person and via the telephone,
concerning health and dental.

September 1976 to May 1977
**Clerk** - New York State Supreme Court, Criminal Branch,
1st Judicial District, Appeals Bureau - 80 Centre Street,
New York, New York 10013

Receive notices of Appeal and stenographic notes for
forwarding to the Appellate Division. Answer inquiries
from attorneys and defendants, both in person and via
telephone. Make periodic checks for duplication of appeals.
Enter Appellate Division orders on file cards and record
books. Check mail. (Work-study job while in college).

January 1976 to August 1976
**Clerk** - New York State Supreme Court, Criminal Branch,
1st Judicial District, Microfilm Unit - 100 Centre Street,
New York, New York 10013

Prepare stenographic notes for filming. Package notes
for return to stenographers.

REFERENCES WILL BE FURNISHED UPON REQUEST

4

**Candidate: NELIDA MALAVE, ESQ.**
**Position: Chief Clerk VII Bronx Supreme Court Civil Division**

Statement:

As an attorney who has practiced in the Bronx for 12 years, I have learned how important it is that the County be represented by professional, knowledgeable and courteous court personnel. In my tenure as a litigant, I have appeared in courthouses in all five (5) New York City boroughs as well as Nassau, Suffolk, Westchester and Rockland counties. My experience has ranged from admiration of the experienced personnel to pure exasperation of the few individuals who can tarnish a counties reputation with those they service when they fail to function the duties imposed in their job description.

Each member that comprises the Bronx Supreme Court Civil Division's staff has the opportunity to service our constituents in a manner that will expedite the court cases. Beginning with the technological staff who prepare the program applications that are user friendly, and following with the office clerical staff who care out the keyboarding functions, sort and file court papers and general office work, a litigant and fellow court personnel rely on each task as described by each employee's job description.

The Law Librarian is as crucial as this individual is responsible for library services as is the Court Reporter who must provide verbatim recordings and transcribe testimony necessary to preserve evidence. The Court Officers in the Bronx, have historically provided many services for the judges and justices they represent. Their role as peace officers who maintain order in the courthouse often make them the front-line individuals that a visitor confronts upon entering the building. The quality of their work is evidenced by the order that is synonymous with our Bronx courthouse. The beauty of the Bronx is further found in its multitude of interpreters who service the many cultures who seek to protect their rights in our courts.

The court clerks who work in both the courtrooms and as back office support assist by providing much needed clerical support including calling the calendar, preparing written correspondence and examining court documents to ensure accuracy. Finally, the Court Attorneys who research and analyze complex legal issues and questions arising in court cases are most important in controlling a court's calendar for the judges and justices.

As Chief Clerk of Bronx Supreme Civil Division I must first identify the varied duties, tasks and responsibilities assigned to each title received by employees in the courthouse. The duties as I view them include monitoring every aspect of the ultimate civil service performed for the good of the justice system in our county. While micro-managing is frequently frowned upon, it is often necessary to ensure that supportive supervision is present in every aspect of a case.

Each individual having a managerial title will be charged with their duty to provide quality work environment for their staff to perform at their peak.    The responsibilities of a Chief Clerk are also akin to the fiduciary responsibilities given to me as an attorney. The confidential nature of the Chief Clerk, especially in dealing with the budget and payroll preparation, responsibilities for the receipt, accounting and disbursing of fines, fees, bail and other public and custodial funds, is not unlike the duties imposed by such appointments as Guardianships, Referees, Court Evaluators, trustees and general practice of which I have been privileged to behold.

My background which includes a marketing major with managerial science minor at Fordham University provided me the business training I need to run the Courthouse in an effective manner. My confidence in fulfilling the duties as a Chief Clerk stem from the varied employment opportunities I have experienced.

My experiences at the New York City Department of Consumer Affairs where I worked as a Director of their East Harlem office overseeing hundreds of cases a year; the hotline room where I supervised more than 60 volunteers; and supervisor of new applications in their License Issuance Division where I oversaw 75 employees and over 500 applications a year began my preparation for the role of Chief Clerk. Later, as a law student I worked as an Intern for the New York City Law Department where I participated in the pre-trial preparation of over 300 cases. After law school and while starting my private practice, I was chief legal counsel for NAICA, Inc. a neighborhood not-for-profit corporation which provides landlord/tenant services to indigent clients.   While at NAICA, Inc., I expedited over 450 cases per year.   My further experience as a Hearing Officer at the New York City Environmental Control Board, where I performed over 25 hearings per day on a part-time basis while continuing my private practice, further prepared me for the duties and responsibilities facing the new Chief Clerk for Bronx Supreme Court Civil Division.

In summary, I believe that my experiences in various city agencies have prepared for the highest-ranking non-judicial roll in the Bronx court house. My role as an Officer of the Court granted to me on October 26, 2004 has afforded me much responsibility in dealing with the varied cases as a general practitioner. The people skills I have acquired in fulfilling my role as an attorney and counselor at law will be beneficial to the personnel management and employee relations part of my service. It is my honor and privilege to be considered for such a prestigious position.

UCS-5 (Rev. 10/98)



2004 MAR 23 AM 10: 0 ...
BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: | Announcement #: | Geographic Location of Position: |
|---|---|---|
| Chief Clerk VII | 25405 | Bronx |

**1.** Last Name: Malave    First Name: Nelida    Initial:

Mailing Address: 2823 Schurz Avenue

| City or Post Office | State | Zip Code |
|---|---|---|
| Bronx | NY | 10465 |

Telephone Number: Home: 917-359- Business:
Social Security Number: 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
3659

**2.** AGE: Are you at least 18 years of age?
Yes XX No ☐
If no, indicate your date of birth
Month    Day    Year

**3.** CITIZENSHIP:    Form I-9 attached ☐
Are you a citizen of the United States? Yes XX    No ☐
If no, do you have a legal right to work in the United States? Yes ☐    No ☐

**4.** ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN

If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Cardinal Spellman | Full | Four | Yes | Liberal Arts | | |
| College, Univ. Professional or Technical School | Fordham University Bronx, New York | Full | Four | Yes | Business | | B.S. |
| Other Schools or Special Courses | CUNY Law School at Queens College Queens, New York | Full | Three | Yes | Law | | J.D. |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| Please See Resume | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

x _____    Date: 3/17/04
Signature of Applicant

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

**NELIDA MALAVE, ESQ.**
**Attorney at Law**
**644 Soundview Avenue**
**Bronx, New York 10473**
**718-617-6388**

2004 MAR 23   AM 10  07

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

**Sole Practitioner**
**PRIVATE PRACTICE**
November 1993-March 2000
June 2001 - present

> Areas of Law Practiced:
> Real Estate, Landlord-Tenant (Commercial and Residential), Civil Litigation,
> Family Law,  Matrimonial Law, Wills, Estates and Trusts, Elder Law
>
> Casework includes:
> Client consultation and case evaluation; preliminary and pretrial conferences and
> preparations; depositions; witness preparation; preparing arguing motions; and
> negotiating settlements and pleas when appropriate and advantageous.
>
> Negotiate and preparation of personal, business and partnership contracts;
> residential and commercial landlord/tenant proceedings, leases and dispute
> resolutions; and divorce proceedings.
>
> Also serve as Court-Appointed Court Evaluator, Guardian, Guardian Ad Litem,
> and Referee for Supreme and Housing Courts of the City of New York.

**Partner**
**OQUENDO RAMIREZ ZAYAS TORRES MARTINEZ LLP.**
March 2000 to June 2001

> Participated in the structuring of this partnership and organization of this general
> law practice. Prepared reports on practice to present to partnership. Participated in
> weekly partnership meetings, client development meetings and interviewed
> possible vendors and other service-oriented companies to assist in the
> administration of practice.
>
> Head firm's Landlord/Tenant Practice: trained and supervised attorneys,
> paralegals and administrative staff in serving corporate and individual clients;
> Maintained over 1,000 eviction proceedings from inception through trials in New
> York and Bronx Counties.
>
> Worked on complex Real Estate transactions, both commercial and residential
> with Senior Partner.

**Administrative Law Judge/Hearing Officer**
**ENVIRONMENTAL CONTROL BOARD**
July 1996 to Present

Assist in the supervision of 15 Administrative Law Judges/Hearing Officers in Bronx Office by discussing cases, reviewing and approving decisions. Participated in Training and conducted Hearings in both Manhattan and Bronx offices. Also handle critical cases for office. Head Bronx Office when Supervising Judge is unavailable.

Conduct Hearings for violations issued by policing agencies using New York City Administrative Code and Charter; the New York State Constitution and Civil Practice Law and Rules, and other applicable rules, statutes and codes governing said violations. Coordinates legal research on resolving issues of law applicable to matters litigated. Write decisions pertaining to violations and impose fines, penalties, and sanctions as applicable.

**Head Legal Counsel**
NAICA, INC.
July 1994-July 1995

Supervised small legal, paralegal and administrative staff representing indigent tenants in housing proceedings for this Non-profit Landlord/Tenant Corporation.

Managed caseload of 300 cases from initial interview through trial. All cases required personal and independent counsel.

**Supervisor in License Issuance Division**
**NYC DEPARTMENT OF CONSUMER AFFAIRS**
December 1985-August 1988

Supervisor of New Applications Unit that included over 80 separate licensing categories. Supervised over 30 application reviewers that entailed organizing and heading training sessions and monthly meetings with personnel. Also submitted monthly reports to Division Director as well as annual evaluations of employees. Also served as Supervisor for Hotline of Complaint Division and Director of East Harlem Division Office.

As Supervisor of the Hotline Complaint Room: supervised over 100 volunteers who answered calls from the public regarding area merchants. Duties included training and scheduling volunteers and staff as well as submitting monthly reports and annual evaluations; screening and directing calls to other City and State Agencies.

As Director of the East Harlem Division Office: Attended many conferences and speaking engagements educate consumers in both English and Spanish about consumer-related issues; Supervised the office staff and volunteers and maintained the neighborhood office for services to the community.

## EDUCATION

**New York State Bar Admission**
1992

**Juris Doctor**
CUNY Law School at Queens College, 1991

> **Legal Intern**
> **Main Street Legal Services, Queens, New York**
> A clinical program representing clients from initial intake to drafting and executing wills, filing certificates of incorporation.
> Researched and presented (to Managing Attorney) a simulated case in Labor Law.
>
> **Scholarships:**      Puerto Rican Legal Defense & Education Fund, 1989-90
>                        National Hispanic Scholar, 1990-91

**Paralegal Program**
Baruch College, 1987

**Bachelor of Science, Marketing**
Fordham University, 1985

**Continuing Legal Education**
> Stewart Title, Real Estate Ethics, 2003
> Judicial Title, Elder Law, 2003
> First American Title, Trusts and Estates, 2003
> Judicial Title, Taxed Deferred Exchanges, 2003
> Practicing Law Institute, Real Estate Transactions, Landlord-Tenant 2002-2003

## BAR ASSOCIATIONS

Bronx Bar Association-member
Puerto Rican Bar Association Board Member, 1998-2001

## OTHER AFFILIATIONS

VISIONS, Nonprofit Corporation, Board Member, 1999-present
RAIN, Inc., Board Member, 1998-present

**Professional and Personal References Available Upon Request**

2004 MAY -4  AM 8: 36

STATE SUPREME COURT
CHIEF CLERKS OFFICE

April 26, 2004

Hon. Gerald V. Esposito
Administrative Judge - Civil Branch
Twelfth Judicial District
Supreme Court

Dear Judge:

In assuming the duties and responsibilities of Chief Clerk, I would conduct a review of the current policies and procedures that dictate the operation of the court and evaluate their efficiency and effectiveness in meeting the court's mission. Essential tools used for this evaluation would include the projected three year plan and current budget.

Understanding that there are always challenges within any system, I would enhance the flow of communication between my office and those of both the judicial and non judicial staff of the court. Feedback would be elicited on the court's operation particularly as it interacts with other components of the System and new ideas explored.

Cognizant that each operation has specific areas of concern, I would make frequent site visits. Issues concerning personnel and facilities would be individually addressed. Open and constant lines of communication will be established to assist in resolving matters expeditiously and to satisfaction.

Support systems, such as automation, cashiering and record retention would be evaluated and updated. Educational training would be reviewed to ensure that employees receive the optimum amount of in house training as well as the ability to attend the numerous seminars presented by the Office of Court Administration.

As in any undertaking that I have attempted, my administration and initiatives will reflect professional integrity in carrying out the mandates of the court.

Thank You,

Vincent Modica

Vincent F. Modica
20 Adams Street
Floral Park, New York 11001
Home: 516-354-8133
Work: 212-374-8178

March 8, 2004

Hon. Gerald Esposito
Administrative Judge
Supreme Court, Civil Term
Bronx County

Dear Justice Esposito:

Please consider me a candidate for the position of Chief Clerk VII, Supreme Court, Bronx

County. I have enclosed a resume for your review and look forward to a meeting to discuss my

qualifications for this position.

Sincerely Yours,

Vincent F. Modica

20 Adams Street
Floral Park, NY 11001

# Vincent F. Modica

Home: 516 354-8133
Work: 646 386-4878
vmodica@courts.state.ny.us

**Experience**          *July 2003 to Present*          Criminal Court, Citywide

**First Deputy Chief Clerk**

* Responsible for the operational functions of Criminal Court, located In five Boroughs and nine buildings
* Supervise a staff of 1417 non-judicial employees
* Consult with the Administrative Judge and Chief Clerk on all Court policy matters
* Assist in the creation of new programs
* Review budget requests for sufficiency in meeting court operations and goals
* Supervise preparation of budget requests to the Office of Court Administration
* Coordinate court activities with non-court agencies
* Responsible for receipt, accounting and disbursing of fines, fees and bail
* Supervise training for all non-judicial court personnel
* Liaison with DCAS on Facility issues

*April 2000 to July 2003*          *Criminal Court, New York County*

**Asst. Deputy Chief Clerk** (Deputy Borough Chief Clerk)

* Manage court operations related to processing of over 115,000 cases per year in three buildings
* Deploy and manage in excess of 400 non-judicial personnel
* Coordinates with non-court agencies
* Consult with Judges and court administrators to develop policy, administrative structure, uniform procedures and new programs
* Assist in preparing budget requests
* Responsible for the receipt, accounting and disbursing of fines, fees, and bail

*December 1987 to April 2000*                    *Criminal Court, Queens County*

**Deputy Chief Clerk, Arraignment Parts**

- Responsible for the entire arrest to arraignment process of over 65,000 cases a year
- Ensure optimal deployment methods of staff in various arraignment parts
- Devise and maintain caseflow methods
- Act as liaison with judges, court administrators, public officials and the general public on matters relating to the arraignment process

*December 1988*                    *Supreme Court, Kings County*

## Associate Court Clerk

Immediate Leave of Absence granted to continue as Deputy Chief Clerk

*1982 - 1987*                    *Criminal Court, Queens County*

## Senior Court Clerk

- Clerk-in-charge of all-purpose part AP2 from March 1987 to December 1987
- Maintained assigned motion schedules
- Responsible for completion of judgement, psychiatric exam, bail forfeiture and vehicle and traffic forms
- Supervised a staff of Court Officers and one or more Clerks in the performance of their duties
- Assistant Clerk-in-Charge of Arraignment Part from January 1983 to March 1987
- Devised statistical analysis form for Queens Arraignment Parts that was subsequently adopted citywide
- Participated in meetings with various agencies involved in the arrest process, contributing expertise to develop or modify arraignment procedures
- Assistant Clerk-in-Charge of General Clerk's Office from January 1982 to January 1983
- Responsible for Cashier's Office operations and personnel
- Responsible for notifications, transcripts, communications, search warrants and case file storage and management

*Vincent F. Modica*



*1981 - 1982*                                        *Criminal Court, Kings County*

### Senior Court Clerk

- Responsible for the supervision and operation of a Jury part
- Supervised the marking and handling of evidence
- Responsible for the swearing-in of jurors and the taking of the verdict

1977 - 1981                                        Supreme Court, Queens County

### Senior Court Officer

- Responsible for security throughout the Courthouse.
- Mark and safeguard evidence.
- Provide care and custody to Jurors.

*1974 - 1977*                                        Criminal Court, Queens County

### Uniformed Court Officer

- Responsible for the security of the courtroom, marking of calendars and the calling of cases into the record.

**Committees**

Universal Case Management System - Statewide
Local Access to State Courts - Statewide
Bronx Merger Project
Americans with Disabilities
Court Preparedness for Civil Disobedience -Republican National Convention

**Vincent F. Modica**



**Education**

State University of New York at Albany, Rockefeller College
Master's Degree Credits (14) in Public Administration

New York State Advanced Certificate in Court Systems Management
SUNY at Albany (1988)

Fordham University
B.S. Management (1973)

Unified Court System of the State of New York
Instructor Certification - "First Line Supervision"
Instructor Certification - "Advanced Office Skills"

United States Office of Personnel Management
Certificate of Training - "Supervision in the Public Service"
Certificate of Training - "Better Office Skills"

**Vincent F. Modica**

UCS-5 (Rev. 10/98)



**STATE OF NEW YORK**
**UNIFIED COURT SYSTEM**

2004 MAR 10  AM 9:

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Bronx County Supreme Ct |
|---|---|---|

| 1. Last Name: moorea | First Name: Vincent | Initial: | 2. AGE: Are you at least 18 years of age? Yes X  No □  If no, indicate your date of birth  Month ___ Day ___ Year ___ |
|---|---|---|---|

**Mailing Address:** 20 Adams Street

| City or Post Office: Floral Park | State: N Y | Zip Code: 11001 |
|---|---|---|

Telephone Number
Home: 571-354-8123  Business: 212-374-8178

3. CITIZENSHIP:                          Form I-9 attached: □
Are you a citizen of the United States? Yes X  No □
If no, do you have a legal right to work in the
United States ? Yes □   No □

4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN

If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of Years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Msgr. McClancy Memorial, Queens, New York | Full | 4 | Yes | General Ed. | | |
| College, Univ., Professional or Technical School | Fordham University, Bronx, NY | Full | 4 | Yes | Management | 124 | B.S. |
| Other Schools or Special Courses | SUNY-Albany, Albany, NY | Part | 1 | No | Masters Credit Court System Management | 16 | Certificate Court System Management |

If you have a high school equivalency diploma, give number and years of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|
| 577 Clsumt | | | | |
| | | | | |
| | | | | |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

Signature of Applicant: _Vincent G. Moorea_

Date: 3-8-04

THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER