Walter J. Nicholson

As a 30-year career Court employee, I view the position of Chief Clerk of Bronx Supreme Court's Civil Term as a privilege and a chance to make a significant contribution to the Unified Court System.

High on the list of priorities for the new Chief Clerk would be to establish and maintain our Motion Support Office, Room 217, as an open, inclusive, dynamic and responsive office where litigants, attorneys and the general public are afforded competent, professional and courteous service. Room 217 is the hub that sets the tone for either a positive or negative experience by court users. I believe that a visible presence by the Chief Clerk in Room 217, not to micro manage but to lead by example would serve to boost the morale of an overburdened office. I also believe managers meetings on a frequent basis are a necessity to address operational problems arising from the processing of Civil Supreme's heavy caseload. I would also encourage our Administrative Judge to hold similar meetings with front line supervisors as a way to keep everyone informed and focused on our goals.

In addition to the huge case processing challenges facing the new Chief Clerk, there are two prominent initiatives I believe will have to be addressed in the short term; 1) Agency Autonomy and 2) Establishing an Office of the Self Represented.

With the proposed Bronx Criminal Court project due to be implemented in the fall of 2004 and the enormous resources needed to successfully merge the Criminal Court with the Supreme Criminal Term, I would anticipate the separation of Administrative functions within the Twelfth Judicial District as a logical step to ensure appropriate administrative support for the Criminal and Civil Terms. Having been involved in the creation of the first Administrative Office for the Twelfth Judicial District in 1985, I feel well qualified to establish a functioning administrative office with minimal manpower. I believe I have established relationships during my career with employees in the Office of Court Administration's Personnel and Budget offices which will prove to be a huge asset to the Court.



The second initiative, establishing an Office of the Self Represented, has been on Bronx Supreme Court's "back burner" for several years. Initially a part of our FY 2000-2001 budget request, we have been constrained by space limitations in our 851 Grand Concourse facility and also by burgeoning caseload and Judicial certifications that have strained our personnel resources. We appear to have overcome the first obstacle with the acquisition of the "press room" on the first floor. Overcoming the second obstacle will require redeployment of resources and some creative personnel decisions.

In closing, I would like to reiterate that it indeed would be a privilege to serve as Chief Clerk of Bronx Supreme Civil Term and to apply my knowledge and experience to meet the exciting challenges ahead.

2004 MAR 24  PM 3· 3.

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

## WALTER J. NICHOLSON
## 7 TENEYCK AVENUE
## GREENWOOD LAKE, NEW YORK 10925

### *QUALIFICATIONS SUMMARY*

An achievement orientated career public servant with over 29 years of experience with the Unified Court System.For the last 17 years, I have served the Administrative Office of the Twelfth Judicial District and this positions has rewarded me with extensive experience in administrative and operational management including budget preparation, purchasing, personnel recruitment and employee training.It is this experience that I feel would best serve the needs of the new Chief Clerk of the Civil Term for it appears that some transition to administrative autonomy from the Criminal Term is inevitable due to the recent initiative to expand the Criminal Term of the Supreme Court.

### *WORK EXPERIENCE*

**DEPUTY CHIEF CLERK V**          FEBRUARY 1991 -PRESENT
Supervisor of day to day operations of the Twelfth Judicial Districts' Administrative Office; interview and assess candidates for employment; coordinate non-judicial training programs;prepare quarterly Budget Management Plans; confer with Chief Clerk and Administrative Judges on Personnel and Budget issues; Facilities Coordinator and liasion with DCAS ensuring compliance with Court Facility standards.

**PRINCIPAL COURT CLERK**          MARCH 1989-FEB.1991
Personell Officer resonsible for processing all personell transactions for Bronx Supreme Court ensuring compliance with the Unified Court Systems procedures for appointment and promotion;coordinator for Community Intern Programs for placement of disadvantaged youths; telecommunications coordinator

**ASSOCIATE COURT CLERK**          APRIL 1987-MARCH 1989

Reaponsible for the preparation and administration of the Bronx Supreme Court's Law Library Budget;Personnell Officer; certified trainer for non-judicial training program for Probationary review.

**SENIOR COURT CLERK**     NOVEMBER 1981-APRIL1987
Assigned to bronx supreme criminal term; performed duties of a trial part
clerk including swearing jury panels and witnesses;supervising courtroom
personnell; liasion with District Attorney's office, Dept. Of Probation,
Dept. Of Correction and other collateral agencies;

**SENIOR COURT OFFICER**     APRIL 1977-NOVEMBER 1981
Provided courtroom and building security as part of a team for Felony Trial
Parts

**UNIFORMED COURT OFFICER**     APRIL 1974-APRIL 1977
Provided courtroom security and in court case processing duties for the
Bronx Criminal Court

## *EDUCATION*

ST.NICHOLAS OF TOLENTINE H.S. 1961-1965 ACADEMIC
FORDHAM UNIVERSITY  1965-69  BACHELOR OF SCIENCE
S.U.N.Y ALBANY  1987    CERT. IN COURT MANAGEMENT

UCS-5 (Rev. 10/98)



2004 MAR 24  PM

BRONX SUPREME COURT
CHIEF CLERKS OFFICE



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position:<br>CHIEF CLERK VII | Announcement #:<br>25404 | Geographic Location of Position:<br>SUPREME COURT, BRONX COUNTY |
|---|---|---|

| 1. Last Name NICHOLSON  First Name WALTER  Initial J | 2. AGE: Are you at least 18 years of age?<br>Yes ☒  No ☐<br>If no, indicate your date of birth<br>Month       Day       Year |
|---|---|
| Mailing Address<br>**3** TENEYCK AVENUE | |
| City or Post Office       State       Zip Code<br>GREENWOOD LAKE    NY    10925 | 3. CITIZENSHIP:                Form I-9 attached ☐<br>Are you a citizen of the United States? Yes ☒  No ☐<br>If no, do you have a legal right to work in the<br>United States ? Yes ☐  No ☐ |
| Telephone Number          Social Security Number<br>Home:      Business: | |

4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN

| If you answer is "YES" to any of these questions, give details on an attached sheet.<br>a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | YES | NO |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5.<br>EDUCATION | NAME OF SCHOOL AND<br>CITY IN WHICH LOCATED | Full<br>or<br>Part-<br>Time | No. of<br>years<br>Credited | Were You<br>Graduated | Type of<br>Course or Major Subject | No. Of<br>Credits<br>Received | Degree<br>Received<br>Or<br>Expected |
|---|---|---|---|---|---|---|---|
| High School** | SEE RESUME ATTACHED | | | | | ███ | |
| College, Univ.<br>Professional or<br>Technical<br>School | | | | | | | |
| Other Schools<br>or<br>Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment<br>first,<br>including volunteer work, military service, internship,<br>work-<br>study, etc. Attach a resume if available.)<br><br>NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY<br>EARNINGS | EMPLOYED | | REASON<br>FOR<br>LEAVING | TITLE AND DUTIES OF YOUR POSITION<br>Describe the kind of work performed and<br>supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM<br>Mo. Year | TO<br>Mo.<br>Year | | |
| | | | | | |
| | | | | | |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

PLEASE COMPLETE THIS AFFIRMATION
I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal
Law (§210.45)

x _Walter J. Nicholson_
Signature of Applicant

_March 24, 2004_
Date

UCS-5 (Rev. 10/98)



2004 MAR 25  AM 9:

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION  FOR  EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Supreme Court, Bronx County, NYC |
|---|---|---|

| 1. Last Name   First Name   Initial |
|---|
| Pardo      Tracy |

**2. AGE:** Are you at least 18 years of age?
Yes ☒ No ☐
If no, indicate your date of birth
Month        Day        Year

Mailing Address

5715 Mosholu Avenue #7B

| City or Post Office | State | Zip Code |
|---|---|---|
| Bronx | New York | 10471 |

Telephone Number 718        718     Social Security Number
Home: 796-3243   Business: 590-3319  094426407

**3. CITIZENSHIP:**                           Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒   No ☐
If no, do you have a legal right to work in the
United States ? Yes ☐   No ☐

| 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | SEE RESUME (ATTACHED) | | | | | | |
| College, Univ. Professional or Technical School | | | | | | | |
| Other Schools or Special Courses | | | | | | | |

**If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law §210.45.

X _____
Signature of Applicant

March 19, 2004
Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

*TRACY PARDO*     MAR 25 AM 9 1

SUPREME COURT
CHIEF CLERKS OFFICE

**EXPERIENCE**

## NYS FAMILY COURT - Bronx County
<u>Deputy Clerk of Court</u>                                    7/98 - Present
Manage court operations and specialized units. Developed and supervised the first Child
Protective/Permanency Planning Unit in NYS, and the Domestic Violence tracking system
associated with child protective proceedings. Devised and implemented forms and managerial
procedures in the office of the self-represented. Created a training lab for new employees.
Lectured on domestic violence at the NYPD Academy and at other community based
seminars. Assisted in the creation of Adoption Services Center, a Bronx based pro-se
adoption legal services.

<u>Court Clerk Specialist</u> -                                    7/2002 - 10/2002
Appellate Division - Second Department - 45 Monroe Place, Brooklyn, NY
Managed the central clerk's office. Supervised the intake processing of all appeals, motions,
writs, etc. in the Appellate Division. Prioritized work assignments and redeployed non-
judicial staff on a daily basis. Assisted the Chief Clerk with special projects.

<u>Principal Court Clerk</u> - Bronx Family Court                  2/94 - 7/98
Supervised Petition Division including Adoption Unit, Special Proceeding Unit, USDL Unit,
Record Room and Petition Room. Planned and coordinated work schedules. Informed
subordinates of changes in laws, rules, policies; handled complaints and resolved problems of
judges, attorneys and general public. Assisted the Clerk of Court with court operations for a
five-month period.

<u>Principal Court Clerk</u> - Civil Court                         10/90 - 2/94
Supervised Landlord/Tenant Operations. Served as the Commissioner of Arbitration.
Responsible for planning and coordinating work schedules/assignments for both courtroom
and back office operations. Assisted in all stages of Court Automation.

<u>Associate Court Clerk</u> - Civil Court                         3/89 - 10/90
 Bronx County Landlord/Tenant Court
Assistant Supervisor, responsible for training new personnel, compiling statistical data as well
as assisting in resolving problems concerning judges, attorneys and the general public. In
addition, as Automation Specialist, handled problems and day to day operations of the
computer system.

<u>Senior Court Clerk</u> - Bronx County Clerk's Office            12/85 - 3/89
Law and Equity Department . Supervised personnel, responsible for accuracy and entry of
judgments, handled inquiries and problems of litigants and attorneys.

**Senior Court Officer** - Supreme Court, Criminal Division       9/83 - 12/85
Assisted the Judge and Court Clerk in daily operation of the court part.

**Uniformed Court Officer** - Family Court, Bronx       5/82 - 9/83
Assisted Judge, Hearing Examiners and Court Clerks in the Part.

**Assistant to the Director of Public Relations** -       9/79 - 9/83
City College, CUNY
Assisted the Director with internal and public press releases, supervised office personnel
including writers.


## EDUCATION

City University of New York
City College of New York
Undergraduate Degree - Bachelor of Arts - History Major.

## ORGANIZATIONS AND COMMITTEES
Vice-President - Cervantes Society
Office of Court Administration, Exam Committee
Office of Court Administration, Gender Bias Committee
Americans with Disabilities Act Coordinator, Bronx Family Court
Arbitrator - Fee Dispute Arbitration in Domestic Relations Cases
Judges and Lawyers Breast Cancer Alert
National Conference of Puerto Rican Women
Mosholu Avenue Apartment Corporation

2004 MAY -7 AM 8: 12

SUPREME COURT
CHIEF CLERKS OFFICE

Writing sample submitted by Tracy Pardo

Position of Chief Clerk VII, Civil Division

Announcement # 25405

collected by the court which is currently in use. In keeping with the idea of constantly looking for ways to improve court services, I strongly advocate the use of the latest technology to better service the community, reduce waiting time, and to afford me the ability to redeploy court staff to better serve the needs of the court.

Currently, as an Assistant Deputy Chief Clerk assigned to Bronx Family Court, I have had extensive exposure to the management of county operations including budget proposals. I have on a number of occasions filled in as the Chief Clerk. This court currently has thirty court parts, over two hundred employees, and will process approximately fifty thousand petitions this year. I am the court liaison with over thirty ancillary agencies involved in Child Protective issues including Adoptions. When I was employed with the Appellate Division, Second Department, I was responsible for managing the central clerks office and supervising the processing of all appeals, motions, writs and attorney registrations. I also assisted the Chief Clerk with special projects. While with the Bronx Civil Court, I was responsible for the supervision of fifty employees and the daily assignment of staff to court parts. My office processed over ninety thousand petitions annually. In addition, I also supervised the Special Term which processed all the civil, small claims as well as 325D cases transferred from Supreme Court.

In light of an austere budget, I fully understand that it is imperative to be creative with the resources on hand and open to new methods, new technology, new ideas to accomplish the court's mission. In this vain, I have employed these ideas in the different positions I have held in the Appellate Division, Bronx Civil Court, Bronx Supreme Court, Bronx Family Court and the Bronx County Clerk's office.

In closing, I feel that I possess a very diversified supervisory background along with the necessary management skills coupled with a positive, pro-active, creative approach to serving the bench and the community at large. I am a life long resident of the Bronx with deep roots and a sincere commitment to providing the best services possible. I also feel that I will be very instrumental in a smooth transitional merger of courts in the near future.

Thank you for your consideration.

Tracy Pardo

The Chief Clerk serves in a confidential capacity and is responsible for managing court operations related to case processing, budget and payroll preparation, personnel management, employee relations, deployment of non-judicial personnel, and coordination with non-court agencies. The Chief Clerk must possess excellent interpersonal skills and have the ability to maintain open lines of communication between judicial and non-judicial staff, this is imperative to providing quality service to the bench and the community at large. The position also requires a pro-active approach to management with a flair for creativity.

I feel that I have developed the skills needed for this position having worked in various courts, as a direct result of five promotions, over my twenty-two year career and supervising as many as two hundred employees as an Assistant Deputy Chief Clerk. As a manager, I have developed excellent communication, leadership, interpersonal, organizational and problem solving skills with a keen eye for creativity. One of my strengths is creating a positive work environment to benefit both court users and the court staff. In addition, I have first hand experience in the following areas as a member of such committees:

O.C.A. Gender Bias Committee, American with Disabilities Act Coordinator, O.C.A. Exam Committee, National Conference of Puerto Rican Women, Arbitration - Fee Dispute in Domestic Relations Cases/ Supreme Court.

I have extensive experience in collaborating with numerous public and private agencies regarding court operations and the needs of the community we serve. I have represented the court and lectured at the New York City Police Department Academy regarding domestic violence and at Bronx based community groups regarding Family Court issues. Throughout my career, I have always taken a pro-active and creative approach to court operations and services in an effort to better serve both the bench and the community. As the supervisor of Self Represented Services, Bronx Family Court, I streamlined the petition process by instituting a number of changes to expedite the approximately fifty thousand petitions filed annually. These changes included redesigning the entire process, redeployment of existing staff and the use of staggered shifts and meal periods which directly reduced the waiting time for court users. I created and implemented the state's first Child Protective Permanency Planning Unit which processes neglect and abuse matters and tracks them for compliance with both state and federal statutes. This model was subsequently adopted city-wide. While with New York City Civil Court, I developed a process to accurately account for all fees



Joseph J. Parisio
17 Greaves Place
Cranford , New Jersey 07016-1838

The role of the Chief Clerk of the Civil Term, Supreme Court, Twelfth Judicial District, is one of the most demanding positions in the State of New York-Unified Court System.  In order to undertake the duties and responsibilities of the position, a successful candidate must possess many qualities: the knowledge, talent, and experience to grasp the complexities of civil case processing; a thorough knowledge of the Unified Court System's budget, personnel, and financial management practices; and the leadership skills to understand, direct, and motivate a large and diverse workforce.  The capacity to assess a situation and make rapid, essential, and accurate decisions, is not a talent easily perfected. I believe that I possess that talent and other qualities, both personal and professional which make me the right candidate to be the next Chief Clerk of the Civil Term, Supreme Court, Twelfth Judicial District.

The Chief Clerk must be adept in all aspects of Civil case processing.  I have been a student of case processing since 1993. As a Principal Court Clerk in New York County Supreme Court, Criminal Term, I began researching Differentiated Case Management (DCM). In 1994, I coauthored a report which proposed implementing DCM in my court. As a member of the staff of the Deputy Chief Administrative Judge's office, I spent much of the last eight years, analyzing civil case processing.  I participated in the design of the Comprehensive Civil Justice Program (CCJP) and since 1999, I have been the chairperson of the New York City, Citywide Differentiated Case Management Working Group. In that capacity, I developed an unmatched perspective on civil case processing in New York City.  I have participated in the analysis of the City Cases inventory, and developing the format of our regular review of the accuracy of city case identifiers. I am presently working with Thomas Kilfoyle and Chip Mount, in developing a format for a review of the CCJP, and with the Division of Technology on the design of the UCMS Civil Module.

My initial undertaking would be to thoroughly familiarize myself with the structure and operation of the Civil Term.  I would assess the court, searching for areas in which we could improve administration and case processing. I would begin by meeting with the Administrative Judge and exchanging views regarding the current condition of the court, and what he sees as potential areas of concern.  I would identify and discuss areas that I would like to examine and assess for improvement.  After reaching a general agreement, I would meet with my senior staff, apprise them of our objectives and solicit their views and concerns. I would always encourage all participants to share their ideas.

I would review the status of the Supreme Court, Twelfth Judicial District's 2005-2006 budget preparation. I have extensive experience in the area of court agency budget practices having  participated in the review of the budget requests submitted by all court agencies within New York City during the past five years and the preparation of the New York City  Budget Proposals.  The Bronx Criminal Pilot Project will impact, and very likely change, the totality of the Twelfth Judicial District's budget proposal. It is likely, that the Civil Term and the Criminal Division will, for the first time, will be preparing separate budget submissions.

I would analyze the existing personnel vacancies, in light of  fill level and  allocation, and make recommendations to the  Administrative Judge, regarding which vacancies should be filled.

I would review our personnel practices, relating to performance evaluations and probationary reviews to ensure compliance with Unified Court System policies. I would review any pending employee disciplinary cases and determine their status. I would review the status of any pending purchases and assure compliance with established practices in purchasing and cash flow management.

Above all, the Chief Clerk is a leader. Leadership is not demonstrated simply by the ability to direct subordinates and issue orders. The Chief Clerk must possess the ability to understand and motivate all of the people that make the Bronx County Supreme Court what it is today. In assuming the duties of this position, it is vital to remember that you are not only responsible to the senior administrators of the Unified Court System and your Administrative Judge, but also to your employees and the people who enter your doors as court users each and every day. I would impart to my intermediate supervisors that leading is often more about service and responsibility, than about command.

As Chief Clerk, I would be continually examining the processes and practices of the court. The goal would always be improvement, but also to identify and eliminate risk points. The trust and confidence of our users are vital to the successful administration of justice. While it is impossible to anticipate all instances of misconduct, we can make every effort to detect and improve areas where our scrutiny can identify potential problems. Once a problem area has been detected, we must identify all of the steps in the process and where problems may occur. After careful analysis, changes in procedure would be proposed which could prevent future problems from occurring.

The Chief Clerk must be a technician, coach, counselor, accountant, detective and planner. The vision to see what the court could become, and the ability to plan the steps on the road to achieving that vision are among the most indispensable a Chief Clerk could possess. A talented court manager without vision, may be a valued custodian but is not the person to lead this court into the twenty-first century. It is crucial that the successful candidate for this position be a manager who not only understands what the court is today, but one who has a vision of what the court could be twenty years from today. The panel members may be aware of my extensive participation in the development of the Bronx Pilot Project. I feel that I have demonstrated, in this project, and in my entire career, that I possess both the qualities and the vision to be the next Chief Clerk of the Civil Term, Supreme Court, Twelfth Judicial District.

Joseph Parisio                                        May 7, 2004

**JOSEPH J. PARISIO Jr.**
17 Greaves Place
Cranford, New Jersey 07016-1838
(908) 272-3579
E-Mail: jparisio@courts.state.ny.us

2004 MAR 24  PM 3:0

█████ ████ SREME COURT
CHIEF CLERKS OFFICE

March 22, 2004

Honorable Gerald Esposito
Administrative Judge
Supreme Court, Civil Term
Bronx County
851 Grand Concourse
Bronx, New York 10451

Dear Judge Esposito:

In response to Announcement Number 24405, please accept this resume in application for the position of Chief Clerk VII, in the Supreme Court, Civil Term, Bronx County.

I look forward to the opportunity to discuss this application with you in the near future.

Sincerely yours,

Joseph J. Parisio Jr.

## JOSEPH J. PARISIO Jr.
17 Greaves Place
Cranford, New Jersey 07016-1838
(908) 272-3579
E-Mail: jparisio@courts.state.ny.us

## EXPERIENCE:

### OFFICE OF THE DEPUTY CHIEF ADMINISTRATIVE JUDGE, NEW YORK CITY COURTS
1996 - Present

*Court Clerk Specialist*

- Conduct analysis of the administration and operation of the Supreme, Family, Civil, Criminal and Housing Courts within the City of New York. Advise and make recommendations to the DCAJ-NYC concerning court operations, judicial staffing and case flow management.
- Chair the New York City Differentiated Case Management Working Group, whose mission is to successfully implement the Comprehensive Civil Justice Initiative.
- Member of the Statewide CCIS Users Group.
- Member of the Bronx County Criminal Courts Merger Project Working Group. The Working Group's function is to plan and implement the Fall, 2004 merger of the Bronx County Criminal Court and the Bronx County Supreme Court.
- Participate in the review of New York City Court Agency Budget requests and the preparation of the New York City Review Agency Budget submission.
- Participate in the preparation of the presentation of the New York City Budget request at the annual Unified Court System Statewide Budget Hearing.
- Review and make recommendations concerning reclassification requests.
- Review and request clarification/corrections to the annual Internal Controls Reports.
- Monitor, manage and make recommendations concerning Employee Disciplinary cases. Prepare Directives appointing Hearing Officers and Directives imposing penalties after an Employee Disciplinary Hearing is held. Discuss settlement offers with OCA's Counsel.
- Work closely with the Office of Court Research on projects designed to assess the impact of operational changes on the courts.
- Represent the DCAJ-NYC on hiring panels for senior legal, administrative and supervisory positions.
- Act as the DCAJ-NYC representative in Employee Grievance proceedings including: holding Step I grievance meetings and issuing Step I grievance decisions.
- Prepare orders, including: the Annual Citywide Judicial Assignment Order, Administrative Assignment and Transfer Orders, Orders Authorizing the Empaneling of Special Grand Juries and Orders Appointing a Special Prosecutor.
- Review and make recommendation concerning request for Legal Dual Employment.
- Review and make recommendations concerning Alternative Work Schedule Requests.
- Work with the Office of Education and Training to design and conduct training classes including: a lecture on Differentiated Case Management in 1996 and, most recently, the design of the Performance Management Training Seminar for senior supervisory personnel.

- Member of the Statewide Criminal Standards and Goals Committee.
- Member of the Uniformed Court Officer Evaluation Board.
- Member of the Citywide Supreme Court Officer hiring panel.

### NEW YORK COUNTY SUPREME COURT, CRIMINAL TERM        1992 - 1996
*Principal Court Clerk*
- Responsible for the daily operation of 21 Criminal Term parts located at 100 Centre Street, as well as the Central Clerks Office, including the Correspondence Unit and the Indictment Bureau.
- Represented the Court at meetings with other court agencies including: the Criminal Court, the Family Court and the Office of the Deputy Chief Administrative Judge, New York City Courts.
- Represented the Court at meetings with outside agencies including: the District Attorney's Office, the Office of the Special Narcotics Prosecutor, the United States Immigration and Naturalization Service, the Police Department, the Department of Corrections, the Department of Finance, the Probation Department and the Office of the Mayor of the City of New York.
- Coordinated the 1993/1994 transition from the Individual Assignment System to the Court's present Three Tier case management system.
- Managed the selection and installation of the Courts High Density Mobile File system.

### NEW YORK COUNTY SUPREME COURT, CRIMINAL TERM        1987 - 1992
*Associate Court Clerk*
- Court Clerk in charge of an Arraignment and Assignment part.

### CRIMINAL COURT OF THE CITY OF NEW YORK        1985 - 1987
*Senior Court Clerk*
- Court Clerk in charge of a Felony Waiver Part in Kings County Criminal Court

### CRIMINAL COURT OF THE CITY OF NEW YORK        1984 - 1985
*Court Officer Sergeant*
- Court Officer in charge of an Arraignment Part and Summons Part.

### CRIMINAL COURT OF THE CITY OF NEW YORK        1982 - 1984
*Uniformed Court Officer*
- Provide Security in Arraignment, All-Purpose and Jury parts.

### PUBLICATIONS:

Rakower, E., Parisio, J., *Proposal to Implement an Expedited Drug Case Management System.* New York County Supreme Court, Criminal Term : June, 1994

## HIGHLIGHTS OF TRAINING EXPERIENCE:

**National Center for State Courts, Institute for Court Management.**
*Williamsburg, Virginia*

**Court Executive Development Program.**

Courses Completed:

- Trial Court Performance Standards:
  *Scottsdale, Arizona*

  Seminar of measurements of performance based on factors including Public Perception and Timeliness and Quality of Service.

- Issues in Caseflow Management:
  *San Francisco, California*

  Seminar on modern case management techniques, concentration on principals of Differentiated Case Management.

- Managing Courts Financial Resources:
  *Phoenix, Arizona*

  Seminar on modern methods of public sector Budgeting and Fiscal management.

- Court Technology Conference IV:
  *Detroit, Michigan*

  A four day conference dealing with the latest developments in court related technology, including: jury management, court security and case processing.

- Managing Trials: The Court's Role:
  *Maricopa County Superior Court*
  *Phoenix, Arizona*

  A seminar on the court's role in reducing delay during the trial phase of criminal and civil cases.

## EDUCATION:

**Richmond College, City University of New York**, Staten Island, New York
Bachelor of Arts in English Literature, June, 1978

**References available upon request**



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

2004 MAR 24 PM 3:0

# APPLICATION FOR EMPLOYMENT

SUPREME COURT
CHIEF CLERKS OFFICE

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Bronx County |
|---|---|---|

| 1. Last Name: Parisio | First Name: Joseph | Initial: J |
|---|---|---|

Mailing Address

17 Greaves Place

| City or Post Office: Cranford | State: New Jersey | Zip Code: 07016-1838 |
|---|---|---|

Telephone Number: Home: 9082723579 Business: 2127480047    Social Security Number

2. AGE: Are you at least 18 years of age?
Yes X No ☐
If no, indicate your date of birth
Month _____ Day _____ Year _____

3. CITIZENSHIP:    Form I-9 attached ☐
Are you a citizen of the United States? Yes X No ☐
If no, do you have a legal right to work in the
United States? Yes ☐ No ☐

4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN
If you answer is "YES" to any of these questions, give details on an attached sheet.
a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Msgr. Farrell HS | FT | 4 | Yes | | | |
| College, Univ. Professional or Technical School | Richmond College, CUNY | FT | 4 | Yes | English Literature | 128 | June, 1978 |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

NAME, ADDRESS AND BUSINESS OF EMPLOYER

| | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year / TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|
| See Resume | | | | |
| | | | | |
| | | | | |
| | | | | |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

x _____    March 22, 2004
Signature of Applicant                Date

THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER



# STATE OF NEW YORK
## UNIFIED COURT SYSTEM

## APPLICATION FOR EMPLOYMENT

Title of Position: *CHIEF CLERK VII*  Announcement #: *25405*   Geographic Location of Position: *Bronx County*

| 1. Last Name *Rivera* First Name *Pablo* Initial *G.* | 2. AGE: Are you at least 18 years of age? |
|---|---|
| Mailing Address | Yes ☑ No ☐ |
| *62 Newberry Ave, Apt. 4H* | If no, indicate your date of birth |
| City or Post Office *Staten Island,* State *NY* Zip Code *10304* | Month     Day     Year |

3. CITIZENSHIP:     Form I-9 attached ☐
Are you a citizen of the United States? Yes ☑  No ☐
If no, do you have a legal right to work in the
United States ?  Yes ☐   No ☐

Telephone Number: Home: *718 668-0991* Business *(212) 948-5306*   Social Security Number  SS# *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*

| 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. | | |
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | ✓ |
| ii. Have you ever forfeited bail or other collateral? | | ✓ |
| iii. Do you now have any criminal charges pending against you? | | ✓ |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | ✓ |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | ✓ |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | ✓ |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | *Bronx HS of Science* | *Full* | *3* | *yes* | *Academy* | | |
| College, Univ. Professional or Technical School | *Elizabeth Seton College Yonkers, NY* | *Full* | *2* | *yes* | *Legal Studies* | *60* | *AAS* |
| | *Fordham University Bx NY* | *Full time* | *4* | *yes* | *Political Science* | *128* | *BA* |
| Other Schools or Special Courses | *Fordham + Siena, Albany* | *part* | *1½* | *no* | *Court Mgt.* | *12* | *MA* |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| *Resume submitted* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

### PLEASE COMPLETE THIS AFFIRMATION
I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

X  *Pablo Rivera*                              *3/24/2004*
Signature of Applicant                              Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

Pablo G. Rivera

♦     Employee relations, education and training of court personnel, the local bar and other groups. Development of software for Commercial Division's *Case Management Program*, participating in various court pilot programs (Electronic Filing), appearing either as a panelist, speaker or moderator in various court, school or bar or bar association sponsored C.L.E. programs, contributed to the development of several court operations manuals and presently serve on various court and bar association committees.

**Significant Achievements :**
♦     Participated in the evolution of a newly formed division, formulating and developing working relationships with the bench, bar and public that have served as a model for this and other courts around the world.
♦     Involved in the pioneering of the posting of entered decisions on- line and publications that publish decisions of interest made by all Commercial Justices in the state. These are available to all, either in hard copy or electronically.

**New York County Clerk's Office**                                  1993-1996

**Principal Court Clerk and Chief Judgment Clerk**
*Main Duties Include:*
♦     Supervision of the unit that is responsible for the entry of money and equity judgments, either pursuant to court order or CPLR §3215.
♦     Assisting the Chief Clerk in resolving employee issues and supervision problems that may arise with the over 75 employees assigned to the office.
♦     Training and education of new employees.

**Significant Achievements:**
♦     Consolidation of several unit functions and increasing efficiency.
♦     Improving the overall operation of the Law & Equity section.
♦     Mending the relationship between the court staff and the bar and members of the public, by use of new management techniques.

**Kings County Family Court**                                     1988-93

**Associate Court Clerk and Petitions and Parts Division Supervisor**
*Responsible for:*
♦     Oversight of both these units. The Petitions Division is responsible for the preparation and scheduling of petitions of almost all Family Court case types, including Guardianship, Child Protective Proceedings and Adoptions. This operation is almost 95% pro-se litigant driven, including prisoner applications.
♦     Parts Division duties include: making of clerk courtroom assignments, processing units(orders) staffing, and interpreter assignments.
**Significant Achievements:**
♦     Consulted and assisted in the development and implementation of the Family Court Automation Project.
♦     Developed and implemented Kings County Family Court's IAS protocols.
♦     Instrumental in securing larger and more suitable quarters for the Petitions Division, resulting in increased productivity and a marked decrease in absentee rates.



Pablo G. Rivera

**Kings County Family Court**                                    1985-1988

<u>Senior Court Clerk</u>
*Duties:*
- Courtroom Management
- supervision of courtroom staff
- scheduling, record keeping, statistical reporting, production of prisoners

*Significant Achievements:*
- Assigned as part clerk to the Administrative Judge in the Child Abuse/Designated Felony Part and Special Term 5 of the Supreme Court(matrimonial)

**Richmond County Family Court**
                                                  *1983-1985*

<u>Court Officer-in Charge</u> (SCO eligible)
*Duties:*
- Supervision of Uniformed Court Officers
- Responsible for judicial, staff and facility security and deployment of security personnel.
- Prisoner transport and firearm safety and training. Inspection of safety and security equipment.
- Unit training officer.

*Significant Achievements:*
- Revamped security and safety procedures, required daily building inspections including outer perimeters.
- Created security and safety inspection reporting system and forms

**Kings County Family Court**                                    1981-1983

<u>Uniformed Court Officer</u>
*Duties:*
- Judicial and building security, calendar preparation and posting, prisoner transport, swearing of witnesses.

*Achievements:*
- Assistant training officer
- NYS Uniformed Court Officer Association delegate
- Decorated for heroism.

**Prospect Hospital, Bronx , New York**
**1973-1981**

<u>Admitting Clerk/ Patients Accounts Manager</u>
*Duties:*
- Processing of inpatient admissions, scheduling, preparation of medical/surgical consents,
- Pre-admission interviews.
- Conducted insurance investigations, reviewed and worked on patients accounts.
- Accounts Receivable control, credit and collection.

Pablo G. Rivera

**Significant Achievements:**
♦     Reduced Accounts Receivable by substantial amounts.

**Education:**
Bronx High School of Science   *1969*
Elizabeth Seton College -A.A.S.- Legal Studies and Paralegal Certification   *1980*
Awarded the *Bailey Seton Medal for Academic Excellence*
Fordham University- BA -Political Science  *1986*
*National Dean's List*
Fordham University/ SUNY Albany- MA level course work- Court Management  *1986-88*
All phases of UCS offered training, from Bias Reporting to Management and Performance
Evaluation instruction. Certified UCS Clerk trainer.

**Military:**
Lieutenant Colonel, New York State Guard                  **1988-Presently on**
Civil Affairs Unit                                        **State Reserve List**
Operations Officer
C.L.E. Administrator (JAG)

**Affiliations:**
♦     Association of the Bar of the City of New York- ADR Administrator's Committee.
♦     New York City County Lawyers Association / Practising Law Institute - C.L.E. panelist and moderator.
♦     First Vice President-New York State Supreme and County Court Clerk's Association.
♦     Member, UCS Anti-Discrimination Panel
♦     Cub Scout Pack 85, Staten Island, New York
♦     Castleton Moravian Church, Staten Island, NY- *Kids Praise* - Ecumenical children's musical theater group.
♦     New York Guard Association-Military Fraternal Association

**Language skills**: Fluent in Spanish, written and spoken

**\*References will be submitted under separate cover or hand delivered.\***



Ronald Romano
Assistant Deputy Chief Clerk
Kings County Civil Court
141 Livingston Street
Brooklyn, New York 11201
Employment announcement #25405

How I would perform the duties and responsibilities of
Chief Clerk, Bronx Supreme Court, Civil Division

Unfortunately, I have not been a part of Bronx Supreme Civil. I have not seen its operation nor have I met with its employees. So, I have not been able to analyze this Court's strengths and weaknesses to develop a course of action. However, the same can be said of when I started in New York Criminal Court and Bronx Civil Court. As the supervisor in each of these courts we were able to accomplish many outstanding things. This same experience was brought to Brooklyn Civil where we have risen to be one of the most efficient, productive, and user friendly courts in the State of New York. It is my intention to do the same things that I'm doing in Brooklyn Civil and bring that experience to Bronx Supreme Civil.

The formula I've used is simple. I treat my job like it is that of a manager of a professional sports team. As the manager I know that each person has a role to play. My role is to make sure every one is productive. For our court as a whole to be productive we must have a group of individuals doing their job, but working together as a team to accomplish goals. These goals may be set by the Chief Judge, the Chief Clerk or even the supervisors and employees in each court. Whatever the goals, whether it be to get rid of backlogs such as judgments or case backlogs, initiate new rule changes such as an increase in fees, implement a new computer program or just increase customer service, my job will always be to motivate, initiate, lead and accomplish. As a manager or Chief Clerk this can be done many ways. I will meet with the Chief Judge and my other supervisors to see what is expected of our court and me. I will then meet with the supervisors of each section and find out the inner workings of our court and then analyze our court's strengths and weaknesses. I will go to each section to learn each job and find out what needs to be done to assist each employee in the completion of their tasks. My door will always be open to any employee who has a suggestion or an idea. Every one will be empowered to participate. My job will be to make sure our employees have the training, equipment, supplies, technology and atmosphere such to do their jobs properly. Together we will establish the means and methods that will be used to make us a better court. Additionally, as Chief Clerk I will be fully knowledgeable of Supreme Court law and familiarize myself with all memos and directives. I will use the interview process to hire competent productive employees. I look forward to a challenging and exciting experience in Bronx Supreme Civil. But most of all, I will bring 30 years of experience, dedication, hard work and accomplishments. I'm ready to build a winning team!

Ronald Romano



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

2006 MAR 25  AM 9: 03
BRO... ...REME COURT
CHIEF CLERKS OFFICE

# APPLICATION  FOR  EMPLOYMENT

| Title of Position: | Announcement #: | Geographic Location of Position: |
|---|---|---|

| | |
|---|---|
| **1. Last Name**     **First Name**     **Initial**<br>ROMANO     RONALD     P<br>**Mailing Address**<br>33 HADLEY DRIVE<br>**City or Post Office**     **State**     **Zip Code**<br>ROBBINSVILLE, NEW JERSEY     08691<br>**Telephone Number**     **Social Security Number**<br>Home: 609-443-5009 Business: 718-643-4555 | **2. AGE: Are you at least 18 years of age?**<br>Yes☐ No ☐<br>If no, indicate your date of birth<br>Month     Day     Year<br><br>**3. CITIZENSHIP:**     Form I-9 attached ☐<br>Are you a citizen of the United States? Yes ☑     No ☐<br>If no, do you have a legal right to work in the<br>United States ? Yes ☐     No ☐ |

**4.  ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**

| If you answer is "YES" to any of these questions, give details on an attached sheet. | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:<br>i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | | | | | | | |
| College, Univ. Professional or Technical School | ✱ SEE ATTACHED | | | | | | |
| Other Schools or Special Courses | | | | | | | |

**If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)<br><br>NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION<br>Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| ✱ SEE ATTACHED | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

X _Ronald Romano_      3/19/04
   Signature of Applicant      Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

# RESUME

'04 MAR 25  AM 5:00

SUPREME COURT
CHIEF CLERKS OFFICE

**Ronald Romano**
**33 Hadley Drive**
**Robbinsville, New Jersey 08691**
**(609) 443-3009**

**Personal:**       Date of Birth: November 25, 1952
             Marital Status: Married
             Children: Two

**Education:**      Mount Saint Michael High School, Class of 1970
             Subject: Academics

             Iona College, Class of 1974
             B.A. Degree in History, Minor in Sociology
             Involved in many sports, Goalie for Ice Hockey
             Team, Deans List.

             Additional Studies;
             Criminology, Juvenile Delinquency,

**Employment:**       *Kings Civil Court*
               September 29, 2000 - Present
               Assistant Deputy Chief Clerk

**Employment:**       *Bronx Civil Court*
               March, 1996 - September, 2000
               Principal Court Clerk

-1-

**Employment:**    *New York Criminal Court*
October 1990- March 1996
Associate Court Clerk
I have worked in all aspects of this court including All Purpose Parts, Summonses and Arraignments. From July 1992 till March 1996, I was the supervisor of the Summons Complex at 346 Broadway. As supervisor of the Summons section I was in charge of as many as twenty five people in two offices and two courtrooms. It was here in the summons part where I concentrated on organization, such as starting a correspondence unit, to handle several months of backed up mail, and catching up with a several month backlog of judgments. In our County I introduced new stats for both the DAT part and the Summons part to keep our Chief Judge and Chief Clerk informed of our Court's progress. Additionally, I took an active role in some of the changes to Summonses city wide. Among those changes was the new summons computer program where I was involved in its initial planning stage. Another major change was New York City's quality of life program. Our court played a big role in its success. It was my responsibility to see that was that it was implemented properly in the Manhattan Summon's part.

**Employment:**    *Bronx County Clerk*
November 1981- October 1990
Senior Court Clerk
            Duties included supervising the Central Jury Room and assisting hundreds of jurors on a daily basis. Accounting duties included juror's payroll and budget planning for the Jury Complex.

**Employment:**    *Bronx Supreme Court, Criminal Division*
August 1978- November 1981
Senior Court Officer
            I worked some of the most publicized trials in the Bronx.

**Employment**    *Bronx Civil Court*
April 1974- August 1979
Uniformed Court Officer
            My experience included all facets of this court, including Landlord and Tenant, Small Claims and Civil Court.

-2-

# JOB DESCRIPTION

## PRESENT POSITION

Currently I am the supervisor of the Civil Term in Kings County, which includes The General Clerk's Office, Cashier, Motion Support Office, Calendar Department, Data Entry, Record Room and Trial and Conference courtrooms. Additionally, I oversee the Small Claims Court. In the past eight years, I have been directly involved in changes to Civil Court city-wide and have been involved in major changes to both Bronx Civil and Kings Civil Court. Some of these changes include the automation of the two courts, major clerks office and courtroom renovations, new stationary and mobile file racks for our Record Rooms, new work stations, and the reorganization of court personnel. My goal in both the Bronx and in Kings County was to address the many problems the court had and correct them, then introduce new ideas and new technologies. This was done with the assistance of many people working as a team. The results were that our court became more efficient and user friendly.

## MY DUTIES

To make sure all offices and courtrooms are properly staffed on a daily basis

To address and resolve such disciplinary problems as poor attendance, lateness, rudeness to the public and failure to complete assignments properly and timely.

To oversee and check over all Civil and Small Claims weekly and monthly stats. I complete the OCA,s computer generated stats.

My job is to assist attorneys and the public and help answer any questions they have. Many of the questions asked involve legal questions which I resolve or help resolve..

I complete several Performance Evaluations each year and in addition check over all evaluations completed by our courts supervisors. Additionally, I complete several probation reports throughout the year.

I send memos when necessary, write reports to the Borough Chief Clerk and Chief Judge on such subjects as new ideas, building problems and newly proposed forms.

Throughout the years, I have attended numerous meetings and seminars on such subjects as security in the courts, new computer technology, increasing supervisory skills, ADA and stress reduction to benefit our court. Some of the meetings I have attended include our present computer program, Civil Court parts and our new stats. Presently, I have been involved in the new New York State Civil Case Management Program which will be our court's future computer program for many years. I have already met up in Albany, Rochester and in New York County several times for this program.

I have been involved in both the Bronx and Kings Counties budget planning process.

-3-



## Accomplishments in Bronx Civil Court

Supervising and planning the reconstruction of the Bronx Civil and Small Claims Clerk's offices, and the construction of three new courtrooms in the basement floor of our courthouse. This involved going to numerous meetings, daily planning, and making day to day decisions on space and material usage. The construction included new offices and counters, new data voice and electrical wiring, new light fixtures, floor tile and ceiling tile and a new cashier office. Additionally I pushed for and got a new air filtration system to give the offices cleaner and healthier air.

Planning and supervising the installation of mobile and stationary file rack systems in several locations.

Planning and supervising the installation of new work stations.

All the work above involved daily planning and relocations of personnel, computers, and phones without interfering with the day to day operation of the court.

Instituted ADBM computer program in Bronx County Civil Court which was our court's first step into the automated world.

I gave input and supervised our Boroughs testing of the Civil Case Management program for the city, excluding New York County. Additionally, I helped make positive changes for this program while in the Bronx and Kings County's. I did training for this program in both county's.

After construction was completed I reorganized all offices to bring about increased customer service.

4

## Accomplishments in Kings Civil Court

Addressed the significant number of complaints concerning our Civil Case Management program in Brooklyn. The problems included slowness in inputting and retrieving data, and errors in the data dispensed through our search menus. These problems were all corrected, and as a result of this fact Kings Civil was able to make additions to the program that have made our court even more user friendly. It is one of the major reasons our court has been able to handle the high volume of cases that we have.

Assisted and helped supervise and plan the reconstruction of a large part of our building. This included data, electrical and voice wiring, new fixtures, ceiling tile and floor tile throughout the building, a new cashiers office and two new filing rooms.

Supervised and planned the installation of work stations and stationary file rack systems in our court.

Added five public access computers to aid the public and attorneys.

Reorganized our clerks offices to become more efficient thus increasing work output per person.

## Future

The future will be brighter than the past in that what we do right we will continue and we will try to make it even better. What we don't do right as a court will be changed to make it right. My job will be the same as it was the last eight years in Civil Court. I will continue to work with our Chief Judge and Chief Clerk to make us a more productive court. I will make sure our employees have the training, technological equipment, supplies, forms and the right environment to do our jobs. Each employee has something to offer our court. I will listen to their ideas and suggestions and base my decisions for change with their assistance. Above all I will continue making our employees part of a team with the goal of always making our court more customer oriented and more user friendly.

Page -5-



**Roseann Siegel**

Principal Court Clerk, Bureau Chief, Appeals Bureau
Bronx Suprema Court, Criminal Term
851 Grand Concourse
Bronx, New York 10541
(718) 590-3800

2004 MAR 24  PM 3: 3.

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

March 24, 2004

Hon. Gerald Esposito
Administrative Judge
Supreme Court, Civil Term
851 Grand Concourse
Bronx, New York 10451

Dear Hon. Gerald Esposito:

I have attached my application for the position of Chief Clerk VII along with a copy of my resume.

I have had numerous supervisory assignments, including the running of a satellite court in Westchester County. These experiences have prepared me for the responsibilities of the job of Chief Clerk.

Thank you for your consideration in this matter.

Sincerely,

Roseann Siegel
Bureau Chief, Appeals Bureau
Supreme Court, Civil Term



Withdrew

# ROSEANN SIEGEL

*22 BONNIEWOOD DRIVE * MAHOPAC, NEW YORK 10541 * 845-528-4791 * 718-590-3800*

## EXPERIENCE

**BRONX SUPREME COURT - CRIMINAL TERM**
*Principal Court Clerk, Bureau Chief of Appeals Bureau, August 2001 to present.*
Responsibilities: Manage and oversee the day to day operation of the Appeals Bureau, including supervising an Associate Court Clerk and a Court Assistant which includes conducting probation and performance evaluations, accepting and reviewing for accuracy of incoming documents, answering inquiries from public, attorneys, the Appellate Division and the Court of Appeals through written correspondence and telephone conversations, numerous exchanges with Judge's, part clerks, court reporters and other Court personnel, preparing the record on appeal.

**BRONX SUPREME COURT - CIVIL TERM**
*Associate Court Clerk, April 2000 to August 2001*
Responsibilities: Manage and oversee the day to day operation of the motion support office, including supervising part clerks and back office staff; assigning and monitoring work assignments; accepting and reviewing for accuracy of incoming documents; monitoring and implementation of standardized procedures and policies; conducting probation and performance evaluations; training of new employees; answering complex and unusual inquiries from staff, public, attorneys; compiling and review of statistical reports; acting as a liaison between motion support and the DCM department; interpreting the CPLR and the enforcement of the Court Rules.

**NEW ROCHELLE FAMILY COURT**
*Associate Court Clerk, September of 1995 through April 2000*
Responsibilities: Manage and oversee day to day operation of a satellite court that has two full time parts and a total staff of about 25, including supervising staff; overseeing network computer system; monitoring of time and leave; assigning and monitoring work assignments; accepting and reviewing for accuracy of incoming documents; monitoring and implementation of standardized procedures and policies; conducting probation and performance evaluations; answering complex and unusual inquiries from staff, public, litigants and attorneys; compiling and review of statistical reports; assessing court needs regarding staffing, facilities and health and safety.

**BRONX SUPREME COURT - CIVIL TERM**
*Senior Court Clerk, May of 1992 through September of 1995*
Responsibilities: compiling and reviewing of statistical reports; preparing the Judge's calendar; working as a Part Clerk including the duties of annotating Court Calendars and the recording of the minutes; answering questions from public, litigants and attorneys; back up to supervising Associate Court Clerk including the duties of assigning and monitoring work assignments; entering of the calendar dispositions and the Judge's decisions; interpreting the CPLR and the enforcement of the Court Rules.



### BRONX CRIMINAL COURT
*Court Officer Sergeant, April of 1990 through May of 1992*
Responsibilities: Supervision of Court Officers in the courtroom; managing and overseeing the day to day operation of a criminal IA part; assigning and monitoring work assignments; maintaining courtroom security and Court decorum.
*Court Officer, October of 1988 through April of 1990*
Responsibilities: maintaining Court security and decorum; answering questions from the public and attorneys.


### NEW YORK LIFE INSURANCE COMPANY
*Claims Analyst, September of 1986  through October of 1988*
Responsibilities: The review of all claims. Annuity accounts. Answering of inquiries and  complaints from customers.

### PLYMOUTH SHOPS
*Store manager, June of 1984 through September of 1986*
Responsibilities: the overseeing of the day to day operation of a retail store including hiring of personnel, evaluations of staff, inventory control, merchandising and customer service.


## EDUCATION

### MANHATTAN COLLEGE
*Bachelor of Arts: Sociology and Communications, Class of 1984*
Honors : A member of the National Sociology Honor Society; Dean's list for two years.



2004 MAR 24  PM 3:32

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION  FOR  EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Supreme Court, Bronx County, New York City |
|---|---|---|

| 1. Last Name   First Name   Initial | 2. AGE: Are you at least 18 years of age? |
|---|---|
| Siegel   Roseann | Yes ☐ No ☐ |
| Mailing Address | If no, indicate your date of birth |
| 22 Boniewood Drive | Month   Day   Year |

| City or Post Office   State   Zip Code | 3. CITIZENSHIP:   Form I-9 attached ☐ |
|---|---|
| Mahopac   N.Y.   10541 | Are you a citizen of the United States? Yes ☐  No ☐ |
| Telephone Number   Social Security Number: 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 | If no, do you have a legal right to work in the |
| Home: (845) 528-4791  Business: (718) 590-3800 | United States ?  Yes ☐   No ☐ |

| 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. | | |
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | X |
| i. Have you ever been convicted of an offense against the law? | | |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Bronx High School of Science, Bronx, NY | | | yes | College Prep | | |
| College, Univ. Professional or Technical School | Manhattan College, Bronx, NY | | | yes | Sociology & Communications | | BA |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available ) | | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | FROM Mo. Year | TO Mo. Year | | |
| See attached resume | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

## PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law {§210.45]

X _____        3·23·04
        Signature of Applicant                              Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

RECEIVED
5/25/04

# Benjamin Steinberg
3215 Arlington Avenue Bronx N.Y. 10463

(718) 796-1287

May 20, 2004

*l. m. 6/1/04*
*@ wk. + home*
*to call me*

*Called me +*
*Spoke @*
*4pm.*

Judge Gerald V. Esposito
Administrative Judge - Civil Branch
12th Judicial District
Supreme Court, Bronx County
851 Grand Concourse
Bronx, N.Y. 10451

Dear Judge Esposito:

I regret that I am unable to attend the interview for your Chief Clerk VII Position (announcement #25405), on the scheduled May 27, 2004 date. Unfortunately, this date coincides with the celebration of second day of the Jewish Holiday of *Shavuot*.

I am still very much interested in meeting with you and the interview panel to discuss the Chief Clerk VII Position, and the exponential contributions my talents offer to the Bronx Supreme Court.

Please let me know if there is any possibility of conducting an interview on an alternate date.

I am confident you will find my unique work experience, diverse legal knowledge, and dynamic management skills make me an ideal candidate for your Chief Clerk VII Position.

Sincerely,

Benjamin Steinberg

Benjamin Steinberg



## Benjamin Steinberg

3215 Arlington Avenue Bronx  N.Y.  10463

(718) 796-1287

May 3, 2004

Bronx Supreme Court
851 Grand Concourse, Suite 825
Bronx, N.Y.  10451

Attn:  Ms. Lily M. Marquez

Dear Ms. Marquez:

Pursuant to your request, enclosed please find a written statement detailing how I would perform the duties and responsibilities of Chief Clerk, Bronx Supreme Court, Civil Division.

If you have any questions or require additional information, please let me know.

I look forward to meeting with the interview panel on Friday, May 7, 2004 at 4:15 PM.  Thank you for your kind assistance in this matter.

Sincerely,

Benjamin Steinberg

Benjamin Steinberg

encl.



## How to Effectively Perform the Duties and Responsibilities of
## Chief Clerk of the Bronx Civil Court

The fundamental responsibilities of the Chief Clerk of the Supreme Court, Bronx County, Civil Term are to provide exemplary leadership and effective management of the courts. What follows are my ideas of what this entails.

The Unified Court System is a customer service operation. The business of our courts is conducted every day simultaneously in 62 counties throughout the state. Bronx County generates a disproportionally large volume of that daily business. This means more emphasis must be given to areas of administration, supervision, and security.

Management of the court is an adventure. This adventure must be met with a proactive management system that always anticipates more. MORE is my acronym for focusing on the key areas of a successful operation. Namely; Motivation, Organization, Rapport, and Education. The balance of these essential elements applied to each area of the court's operation, will yield optimum results.

### Motivation    ~ DIPLOMATIC & FLEXIBLE]

Why take on the challenges of the Bronx County Civil Term? What is my motivation and what will motivate others? Clearly, the vision and direction of the Supreme Court emanates from the Administrative Judge. Judge Gerald Esposito is renowned throughout Bronx County as a man of incomparable vision and outstanding leadership. It would be a privilege to work with him toward achieving his vision of managing the most efficien courthouse in New York State.

With a background of 8 years of court administration and 2 years of legal service management, I am eager to apply my talents to the administration of the Supreme Court, Bronx County. I intend to hone my skills toward helping Judge Esposito crystallize his vision of the court, and relate his mission to the courthouse staff of Bronx County. I am confident that our enthusiasm and commitment to excellence will be contagiously spread throughout the 150 plus workforce.

### Organization

The Chief Clerk of a court of this magnitude is a "crisis manager." That is not to say that there is a particular crisis in the court, but rather that the clerk must be prepared to address any crisis that may arise from a time-management stand point. Thus, the Chief Clerk must be available and prepared for everything. My experience as Deputy County Clerk offers much insight to the preparation of a time-management schedule that allows for interruption of a crisis while maintaining efficient priority-based supervision.

Organization also involves the management of space. It will be helpful that the Supreme Court, Criminal Term is planning to move to it's new complex in the near future. In the meantime, part of my attention will be focused on maintaining the same caliber of court efficiency by utilizing and maximizing the available space. I am confident that facility issues will be seamlessly resolved, based on my relationship and experience with Tom Latido, and the facilities staff. Facility issues are but one area of proper organization.

UNIFIED COURT
SUPREME COURT
2006 MAY -7 AM 8:1_

Page 1 of 2



Administration is another key element of the organization of the Bronx County Supreme Court. The court budget is a major area of concern. The question as to whether to combine resources with the criminal court or maintain a separate civil court budget must be decided. Working in conjunction with Judge Esposito, my administrative background would be most instrumental in helping to determine budgetary decisions and in facilitating budget preparation.

Supervision of people is of continued importance. A supervisor must always allow time to address the human element of their operation. Addressing small concerns early prevents them from becoming emergencies. A significant amount of time would be devoted to reviewing staff work, quality, and performance. Everyone would be encouraged to make a commitment to excellence in their work.

Insuring that case management continues to adhere to the standards and goals set forth in the Uniform Rules, would be one of my priorities. With the strict attention of Judge Esposito and myself, fluctuations in Bronx County statistics will be addressed promptly and properly.

Fiduciary appointments will be carefully supervised to insure adherence to the directives of Inspector General and the Office of Court Administration.

## Rapport

The Clerk's Office does not function in a vacuum. Thus, an essential responsibility of the Chief Clerk is to establish and maintain rapport. The Administrative Judge, Part Judges, attorneys, the public, security personnel, the County Clerk, the Borough President, and employees of the Office of Court Administration are a necessary part of the court's operation.

I am privileged to maintain good relationships with many of the Bronx County Offices as well as clerks and judges throughout our court system. However, one of my goals as Chief Clerk would be to expand my network of peers in these areas and to seek their expertise and advise in resolving common challenges.

## Education

One of my first responsibilities will be to educate myself as to the unique operations of the Bronx Supreme Court. I will dedicate time to meet with the supervisors of our various departments (Law Department, Matrimonial, Certiorari, Trial Support, Exparte, Motion Support, Court Reporters, and Court Interpreters), to learn the way these departments are configured and to observe how these offices operate in Bronx County.

I will also commit to continued education in areas of administration, management, courthouse security, law, and technology. As Chief Clerk, one of my responsibilities and duties will be to keep abreast of changes in these areas and to educate our judges, employees, and the public as to new developments in our laws and court procedures.

In addition, I will encourage every employee of the Bronx County Supreme Court to learn as much as they can about their division, about the court system, about the law, and about technology.

Utilizing a team management approach we can make the Bronx County Supreme Court and the entire court system an outstanding customer-oriented, user-friendly operation. It has been my experience that when you expect more you accomplish more.

Page 2 of 2



# Benjamin Steinberg

3215 Arlington Avenue Bronx N.Y. 10463

(718) 796-1287

## WORK EXPERIENCE

### THE OFFICE OF COURT ADMINISTRATION

*Special Project Coordinator*                                    *April 2000 – Present*

Prepare reports for The Chief Judge. Responsibilities include drafting interagency contracts with New York City, preparation of hearing evidence, and correspondence for the Chief Administrative Judge and the Office of the Inspector General. Research and recommend procedures for legislative subcommittees. Develop action plans for implementation of legislative enactments. Committee member for NYC Family Court Access, NYS Court Reporters, and Alternative Dispute Resolution Mediation.

### AMERICAN CLERICAL SERVICE

*Managing Attorney*                                    *November 1997 – January 2000*

Supervised office staff and courthouse personnel throughout the 5 boroughs of New York City. Trained personnel in courthouse procedures and coordinated customer service. Provided legal support for subscribing attorneys and law firms. Administered payroll and health benefits. Developed marketing materials and coordinated sales.

### COUNTY CLERK, NEW YORK COUNTY

*Deputy County Clerk*                           *November 1995 – November 1997*
*Senior Court Analyst*                              *May 1991 – November 1995*
*Senior Court Clerk*                                  *December 1990 – May 1991*

Supervised the Jury Division of New York County. Monitored and managed 66 person department at 6 jury locations. Prepared budgets, implemented policies and managed the swift and courteous reception of jurors attending and postponing jury service. Conducted hearings for noncompliant jurors. Investigated discriminatory practices by employers charged with dismissing employees engaged in jury service. Coordinated special jury projects.

### PODELL, ROTHMAN, SCHECHTER & BANFIELD

*Associate Appraiser*                                    *December 1988 - December 1990*

### THE CITY OF NEW YORK, DEPARTMENT OF FINANCE

*Assistant Assessor*                                    *September 1986 – December 1988*

## EDUCATION

**St. John's University School of Law**
*Jamaica, New York, J.D. 1995 – Admitted to Practice in New York State*

**Baruch College**
*New York, New York, Bachelor of Business Administration, 1986*

## REFERENCES
*Available Upon Request*



## Benjamin Steinberg

3215 Arlington Avenue Bronx N.Y. 10463                                    2004 MAR 22  PM (718) 796-1287

March 12, 2004                 SUPREME COURT
                               CHIEF CLERKS OFFICE

Hon. Gerald Esposito
Administrative Judge
Supreme Court, Civil Term, Bronx County
851 Grand Concourse
Bronx, N.Y. 10451

Dear Judge Esposito:

Thank you for taking the time to review this application for your Chief Clerk VII Position. The enclosed resume details the unique skills and job experience that make me a qualified candidate.

Currently I work for the New York State Office of Court Administration. As Special Project Coordinator of the Division of Court Operations, I serve on several committees dedicated to improving the court system statewide.

My managerial skills include more than 8 years in administration with the County Clerk's Office in New York County. This includes approximately 4 years in the Administrative Office, where my responsibilities included tracking all new filings, auditing, bookkeeping, budgeting, voucher preparation, and transferring custodial funds. I also served as Deputy County Clerk where I was responsible for the supervision and training of a Jury Division Staff of approximately 70 employees. Our staff worked diligently to help implement Judge Kaye's jury reforms throughout our 6 jury locations.

As Managing Attorney of the second largest court service in New York City, I was responsible for human resources, payroll, and court procedure training for approximately 140 employees. Other responsibilities included customer service for attorney subscribers.

My computer knowledge includes proficiency in Microsoft Word, Access, and Excel, WordPerfect and HTML (web design). In addition, I am educated and have conducted training for our judges in legal research using WESTLAW and LEXIS on line.

I am confident you will find my unique experience, legal knowledge and powerful work skills make me an ideal candidate for your Chief Clerk VII Position. Please contact me so that we can arrange a meeting to discuss this exciting opportunity in greater detail.

Sincerely,

Benjamin Steinberg

Benjamin Steinberg

encl.



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: SUPREME COURT BRONX COUNTY |
|---|---|---|

| 1. Last Name STEINBERG    First Name BENJAMIN    Initial | 2. AGE: Are you at least 18 years of age? Yes ☒ No ☐ |
|---|---|
| Mailing Address 3215 ARLINGTON AVENUE | If no, indicate your date of birth    Month    Day    Year |
| City or Post Office BRONX NY    State    Zip Code 10463 | 3. CITIZENSHIP:    Form I-9 attached ☐ Are you a citizen of the United States? Yes ☒  No ☐ |
| Telephone Number Home: (718) 796-1287    Business: (212) 428-7789    Social Security Number 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 | If no, do you have a legal right to work in the United States? Yes ☐  No ☐ |

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.
a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | ✓ |
| ii. Have you ever forfeited bail or other collateral? | | ✓ |
| iii. Do you now have any criminal charges pending against you? | | ✓ |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | ✓ |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | ✓ |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | ✓ |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | YUHSBB | FULL | 4 | Yes | n/a | | |
| College, Univ., Professional or Technical School | Baruch College | FULL | 4 | Yes | Marketing | 128.0 | BBA |
| Other Schools or Special Courses | St. John's Law School | FULL | 4 | Yes | n/a | 64.0 | JD |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| Please See Attached Resume | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

x _Benjamin Steinberg_
Signature of Applicant

_March 12, 2004_
Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

Steve Stone



2006 MAY 18  PM 1:25

CHIEF CLERKS OFFICE

How I would undertake my duties as a Chief Clerk of the Civil Team

Many candidates for this position will mirror statements made within 2004 State of the Judiciary and pay particular heed to the stated re-commitment towards the reformation of the courts structure. I expect that many will cite the pilot program for Bronx counties Criminal courts consolidation and discuss generic strategies that will need to be implemented.

A few candidates might even discuss budgetary concerns and the need to examine specific operational issues in staffing. In particular, issues of security, the nature of training to prepare staff for a court merger and the necessary infrastructure. All points are indeed valid, however they are speculative and such discussions are academic, as the pilot program will provide key insights for other court mergers and the methods for the process to go forward.

The role of the Chief Clerk is to take the visions of Judiciary and turn them into a reality in accordance to the available funds, staff and support provided. Therefore it is imperative that any candidate for this position should, among many other attributes, be a proven innovator, with a track record of success. A person whose accomplishments are based upon the response for a need to change. A person willing to deviate from standard business practices to that which is appropriate to goals of the Administration. To do so successfully, a firm understanding of civil operations and the abilities of staff, both managerial and non-supervisory, is needed to be coupled with a commitment to lead the change. This may be accomplished by setting a strong example, and empowering key staff members to accomplish set goals. Ultimately, the non-judicial staff will be bear the brunt of any policy change. As such, they will need support and training to have the ability to accomplish these tasks.

I have been extremely fortunate in my career within the courts as I have been allowed to take lead roles on projects outside the scope of my title and position. My previous supervisors have recognized that often a title or paygrade does not necessarily relate to whether a person is qualified to handle making management level decisions. Their faith in my abilities has allowed me to institute procedures which have either created greater efficiency, a reduction in costs or staff, or provide relevant information to end users.

Typically, I have used technology as the facilitator for most projects I have been involved in. This was necessitated by having no other resources available to work with and tasks that could not be handled in a traditional manner. As a Chief Clerk, I would seek to motivate staff to take initiative and develop themselves to do the same.



# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Supreme Court, Bronx County, New York City |
|---|---|---|

| 1. Last Name: Stone | First Name: Steve | Initial | 2. AGE: Are you at least 18 years of age? Yes X No ☐ |
|---|---|---|---|

Mailing Address

714 Lexington Blvd.

If no, indicate your date of birth
Month        Day        Year

| City or Post Office: Bethel | State: CT | Zip Code: 06801 |
|---|---|---|

3. CITIZENSHIP:     Form I-9 attached ☐
Are you a citizen of the United States? Yes X No ☐
If no, do you have a legal right to work in the
United States ? Yes ☐     No ☐

Telephone Number     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     Social Security Number
Home: 203-798-1693     Business: 718-590-3855

### 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN
If you answer is "YES" to any of these questions, give details on an attached sheet.
a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | NO |
| ii. Have you ever forfeited bail or other collateral? | | NO |
| iii. Do you now have any criminal charges pending against you? | | NO |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | NO |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | NO |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | NO |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Great Neck Village School | Full | 4 | | | | |
| College, Univ. Professional or Technical School | See Attached Resume | | | | | | |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| See Attached Resume | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### 7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

X ___Steve Stone___     3-24-03
Signature of Applicant
CHIEF CLERKS OFFICE/
BRONX SUPREME COURT

2004 MAR 25 AM 9:0

# Steve A. Stone

714 Lexington Blvd.
Bethel, CT 06801
Home: 203-798-1693

Office: 718-590-3713,14
sstone@courts.state.ny.us

## WORK EXPERIENCE

**1994–Present:  Bronx Supreme Court - Civil Term**
*Differentiated Case Management Clerk*

- Manage day to day operations of Bronx Supreme Court City part, coordinating projects with city agencies and court staff
- Developed database to generate customized case information sheets in centralized conferencing parts.
- Generate, report and analyze statistical data and present findings to Senior Management/Judiciary on IAS case activity and performance.
- Implemented web-based labeling program to generate short form orders, labels and to collect Statistical data.
- Active member Universal Case Management software development committee (UCMS); make recommendations and design specifications to RTP programming staff.
- Assist and maintain Civil Term Information systems with Local LAN group.

*Part Clerk - IAS-3 City Conference and Trial Assignment Part*

- Developed and maintain Trial Assignment procedure for City Part
- Established and maintained procedures to notify city agencies of court appearances.
- Created in-part procedures and forms for tracking of cases into and out of IAS-3.
- Managed and maintained activity for caseload in excess of 6,400.
- Buffer, field, conference and direct parties for the Court.

*Part Clerk - IAS parts 4 - 6 and Non-City Trial Assignment Part*

- Maintained, called, marked, printed and entered calendars for trial ready cases.
- Reviewed, rejected and processed stipulations, subpoenas and applications prior to Court's signature.
- Maintained minutes, motion and conference calendars; oversaw courtroom trial operations.

**1991-1994:  Brooklyn County Clerks Office**
*Jury Enforcement Unit*

- Established department; created procedures to identify and contact jury duty scofflaws.
- Created database to automate the execution of civil contempt orders and track scofflaws.
- Prepared, oversaw service and filed civil contempt Show Cause orders and judgements.
- Assisted the court attorney in prosecuting recalcitrant scofflaws and recommended appropriate fines.
- Delivered weekly status reports to first Deputy County Clerk in staff meetings.

*Jury Clerk*

- Interviewed potential jurors and evaluated eligibility for exemption or deferral from jury service.
- Fingerprinted and qualified potential Grand Jurors.

**1989-1990:  NPD/Nielson Marketing Group, Port Washington, New York**
*Equipment Coordinator*

- Coordinated material distribution for special marketing and training promotions.
- Responsible for repair and replacement of equipment for 15,000 member ScanTrak home shopping panel.
- Generated allocation, efficiency and equipment turnaround reports.

**1986-1989:  Great Neck Bookstore, Great Neck, New York 11021**
*Manager*

- Managed small independent bookstore for absentee owner, supervised staff of 6.
- Selected, purchased and oversaw Publisher returns of stocked titles and merchandise.

## EDUCATION

1997 – 2001: Empire State College, New York, New York
**B.S. Business Studies/Small Business Management G.P.A.  3.95**
1984 – 1986: Saint John's University, Jamaica, New York
**Computer Science and Information Systems**

## SKILLS

MS Office XP, WordPerfect Suite 2000, FrontPage, Macromedia DreamWeaver & Freehand, Adobe Photoshop & Exchange, DataCase, CMS, QWS, and Win XP, NT, ME, 9x. O/S.



# Career highlights

1. City Clerk and Trial Assignment Coordinator       01-03
   a. Implemented Brooklyn Supreme Court's final conference program, scaling program into Supreme Bronx's operational capacity.
   b. Developed and maintained individual Trial Assignment lists for Assistant Corporation Counsel.
   c. Developed Calendaring techniques and mechanics for moving city litigation for trial.
   d. Act as the Court's liaison to coordinate final conference and trial assignment dates with non-city litigants. Resolved scheduling issues which prevent jury selection and trial assignment.
   e. Developed automated case summary sheets that captured individual case pedigree information for the courts notes.
   f. Liaison with City tort division Bureau Chief, regarding Final Conference and trial assignments scheduling.
   g. Provided calendar information for City Controller's office and Transit Authority counsel.
   h. Coordinated 2003 court directed early settlement initiative with city agencies.
2. Collaborated final accounting spreadsheet on Guardianship.       08-03
   a. Provided programming code and support through all phases of development.
3. Downstate program debugger for Case Management Software.       07-02
   a. Analyzed beta software and performed Q&A on Oracle based release.
   b. Developed anomaly log and reported on programming shortfalls.
4. Access to entire Civil Database across all New York state counties.       01-02
   a. Program in SQL to generate custom statistical reports.
5. Created centralized submission motion part calendar practice.       12-01
   a. Mass produced jacket labels and Short Form Orders; including caption, relief's sought and assigned justice.
   b. Automated aspects of statistical gathering for CARS report.
   c. Automated procedure to reduce manpower required to prepare motions.
   d. Realized cost savings for Civil Term by eliminating various recording diaries and economics of scale.
   e. Collaborated with Department of Technology programmers to modify CCIS and WebLabels code.
6. Programmer for Oracle Web portal.       11-01
   a. Authored and developed content and framework for 12th judicial districts web presence.
7. Developed CMS case striping techniques for custom report generation       10-00
8. Pioneered techniques used in generating PC part Case summaries and CC Worksheets.       07-00
   a. Reported specific case pedigree, timeframes and notes from previous court appearances.
   b. Generated dates that never fell on weekends, holidays or reserved conference days.

9. Working Member of Universal Case Management Committee.       10-99
   a. Attend meetings with OCA Dept of Technology programmers to develop the next generation of court information management programs.
10. Pre-DCM department start-up.       06-99
    a. Studied case inventory and provided input to first generation DCM operational procedures.
       i. Established timelines and techniques for flagging status-changing events.
    b. Created DCM Website.
    c. Created Web site for Supreme Court, 12th Judicial District.
11. IAS 3 (city part) clerk.       09-97
    a. Instituted City notification procedures to insure city had files for all cases calendared for the day.
    b. Ran afternoon compliance calendars (pursuant to §3404 & §3216).
    c. Instituted transfer procedures for cases no longer eligible in the city part.
    d. Managed case load scheduling and conferencing for Pre-note caseload
12. STP Clerk 4 rotations.       02-95
13. Pioneered Macro scripting in CCIS dummy terminals.       06-94.

Hon. Gerard V. Esposito
Administrative Judge
Supreme Court Bronx County
Civil Branch
851 Grand Concourse Rm. 825
Bronx, NY 10451:

Dear Hon. Gerard V. Esposito,

I would like to thank you for this opportunity to express my views on how I would carry out the duties and responsibilities of Chief Clerk, in your court.

As you know, the position of Chief Clerk is the highest-ranking, non-judicial officer in the court. The position of Chief Clerk provides the successful candidate with a wonderful opportunity to serve the judiciary, judicial staff and non-judicial personnel, as well as, the awesome responsibility to effectively deliver court services to better serve the citizenry of Bronx County.

At the outset, I am acutely aware that the prospect of hiring someone from outside of your court could be considered a daunting task. However, it can provide a unique opportunity for you to select a person with my skills and experience. Because I have not previously served in your court, I do not have any preconceived notions about incumbent personnel, nor the operation of your court. Consequently, any assessments or observations that I would report to you would be similar to the view and opinions of the general public. This, I believe, would allow us to see ourselves as others may see us and thus could provide an opportunity for a fresh start, at all levels.

As my resume indicates, my experience in case management is deeply rooted in the Supreme Court Criminal Term. Yet, I respectfully submit to you, that the experience of scheduling and expediting cases to comply with statutory regulations is directly applicable to your court. The efficient scheduling and management of cases coincides with your effort to effectively deliver court's services to the judiciary, the general public, and the bar.

At the Supreme Court Criminal, New York County, I spearheaded an Indictment to Arraignment Program that effectively streamlined our scheduling procedures, increased the attendance of defense attorneys at arraignment and resulted in a substantial reduction of twenty percent (20%) in court appearances through disposition. Moreover, this was achieved by carefully reviewing, reconfiguring and eliminating some traditional court practices, and it did not require the addition of new personnel. Based on that experience, I am confident that, if selected, I would bring a fresh perspective to your court – one that is tempered with a genuine respect for the efficient service your staff has maintained over the years.

Initially, to accomplish this goal, it would require me to have a designated period of from sixty to ninety days – one or two hours per day to study your court. This estimate is based on a general managerial requirement to establish an adequate time span that reduces the effect of any anomalies that can occur in any operational study. This period of observation will allow me to

meet and interact with the judicial staff and the front line employees who do the job on a daily basis, and will allow for a meaningful dialogue about court procedures and policies. Moreover, a shorter period of review may not provide useful data, nor reveal to us the informal relationships that employees may have established to meet their responsibilities. In addition, a cursory inspection and review of your court's operation could send the wrong message to the judicial staff and non-judicial employees and could possibly produce a backlash of negative morale and a loss of trust that could take years to rectify.

Also, my position of Deputy Chief Clerk for over twelve years, has kept me involved and abreast of Office of Court Administration polices and programs management as well as their respective reporting mandates. If selected, I would immediately bring that knowledge and experience base to your court.

Additionally, my assignment to work for the Honorable Juanita Bing Newton, DCAJ for Justice Initiative has provided me with an exciting opportunity to discuss, develop and implement new policies and programs that are designed to have a direct effect on how the courts deliver services statewide.

In closing, the general practice in exhibited in private industry is to hire its top managers with the goal to "hit the ground running." However, as one of the three branches of government in the State of New York; the courts have a greater responsibility to the public than to deliver speed or quantity. The courts are mandated with the responsibility to deliver justice in a fair, timely and impartial manner and, in my humble opinion, I believe that mandate requires us to hit the ground right.

Again, I thank you for this opportunity to share my views on how I would carry out the duties of Chief Clerk, in you court.

Sincerely,

Wilfred E. Trotman
Deputy Chief Clerk

Wilfred E. Trotman, Jr.
67 Schuman Place
Baldwin, N.Y. 11510
(516) 223-1514

2004 MAR 26  AM 10· 12

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

3/22/2004

Hon. Gerard V. Esposito
Administrative Judge for
Supreme Court, Bronx County
851 Grand Concourse
Bronx, New York 10451

Dear Judge Esposito,

Please find enclosed my resume and application for the position of Chief Clerk VII of the Supreme Court - Civil Term, Bronx County, for your review and consideration. I am confident that my 26+ years of experience in the Unified Court System have afforded me the opportunity to acquire a broad knowledge base of court operations, administrative procedures, and fiscal policy established by the Office of Court Administration.

Moreover, as the Deputy Chief Clerk V in the Supreme Court New York County for more than ten years, I acquired expertise in case management, budget preparation and submission, and cultivated a profound interest in the training and development of nonjudicial employees.

I look forward to an opportunity to discuss my qualifications and relevant experience for the challenging position of Chief Clerk VII, in your court.

I thank you for your consideration in this matter.

Sincerely,

Wilfred E. Trotman, Jr.

**Wilfred E. Trotman, Jr.**
67 Schuman Place
Baldwin, New York 11510
(516)223-1514
*btrotman@courts.state.ny.us*

**Experience**

**6/2002 - Present    Facilitating Access Coordinator**
Assigned to the Deputy Chief Administrative Judge for Justice Initiatives to assist in the
creation, development and management of the CourtHelp website project to enhance
court services to self-represented litigants. Also, responsible for coordinating and
training UCS employees statewide to distinguish the difference between legal
information v. legal advice through UCS established guidelines. Responsible for the
following: locate and contact information sources; collect available materials; identify
and develop the content for the website; identify points of contact at the information
sources; plan and coordinate a public relations campaign and community outreach
effort to advertise the availability of the CourtHelp (UCS) site; and assist in the
development, planning and implementation of the Facilitating Access Training Program.

**10/92 - 5/2002    Deputy Chief Clerk V, Supreme Court, Criminal Branch
New York County**
Assist Chief Clerk VII in managing court operations for: 43 courtrooms; 43 judges; 270
security officers and 300 trial and back-office support positions. Responsible for the
preparation, submission and management of the court's $32 million budget. Prepared
and submitted the following annual reports: budget management plan; three year plan;
automation plan; internal controls and workforce diversity reports.
Consulted with the Administrative Judge and Chief Clerk to establish policy with respect
to case management, statistics and general court operations.
Researched, updated and implemented regulations from the Office of Court
Administration. Schedule and conduct new employee orientation, sexual harassment
and quality service training programs for non-judicial personnel. Assisted in hiring,
training and evaluation of all non-judicial personnel.

**1/85 - 10/92    Associate Court Clerk-in-Charge of
Calendar/Statistics Division
Supreme Court Criminal Branch, New York County**
Supervised staff of 17 persons (i.e. Court Clerks, Analysts, and Data Entry personnel)
in department that is responsible for filing and scheduling of approximately 17,000
indictments, annually. Scheduled and assigned indictments to 3 Arraignment -
Assignment and 51 IAS Parts. Established and monitored quality control of case files,
statistical reports, and data entry. Submitted proposals for budget consideration and
bids. Implemented new operational and administrative procedures; coordinated
policies with affected law enforcement agencies( i.e., District Attorney's Office, Legal
Aid Society, and Probation Department). In addition, designated as the **Equal
Employment Opportunity Staff Liaison** to assist the Chief Clerk in attaining goals
and timetables established by the Workforce Diversity Program.

**9/83 - 1/85**        **Senior Court Clerk, Supreme Court, Criminal Branch,**
                 **New York County**

Implemented court policies and procedures. Prepared orders and documents for
Judges signature. Reviewed and analyzed court records to give testimony at Grand
Jury hearings and Court proceedings. Directed activities of Court Officers, Interpreters,
and Court Reporters.

**7/80 - 9/83**        **Senior Court Officer - Supreme Court Civil Term,**
                 **New York County**

 Responsible for security of Justices, personnel, general public and maintenance and
security of court exhibits.

**1/78 - 7/80**        **Uniformed Court Officer, New York City Family Court,**
                 **New York County**

Provided security for judges, non-judicial personnel, and litigants. Escorted jurors to
hotel for sequestration. Maintained and secured court exhibits during court
proceedings.

**Education and Training:**

New York University(SCPS)BA in Social Sciences - Fall 2004
Audrey Cohen College - Business Degree Program (6/96)
Office of Court Administration, Cultural Diversity Training - Certified
Instructor.(7/90)
Baruch College - Diploma program in Data
Processing.(12/88)
SUNY at Albany (8/89)
Court Systems Management
Office of Court Administration's Performance
Appraisal and Counseling-Certified Instructor.
Office of Court Administration, Frontline
Leadership/Working-Certified Instructor(10/88)
Office of Court Administration
Mission/Organization-Certified Instructor(10/87)

**Affiliations:**

Tribune Society, Inc., Past President(1988-91)
New York State Court Clerks Assn.
New York State Supreme and County Court Clerks Assn.
Judicial Commission on Minorities(1989-91) Focus Group



EMPLOYMENT
OPPORTUNITY
<u>ANNOUNCEMENT</u>
STATE OF NEW YORK
UNIFIED COURT SYSTEM

**PLEASE POST**
ANNOUNCEMENT NO. **25405**

| | |
|---|---|
| <u>POSITION TITLE:</u> | CHIEF CLERK VII                          JG - NS |
| <u>LOCATION:</u> | SUPREME COURT, BRONX COUNTY, NEW YORK CITY |
| <u>BASE SALARY:</u> | $118,805 |
| <u>CLASSIFICATION:</u> | EXEMPT/CONFIDENTIAL |
| <u>QUALIFICATIONS:</u> | BACHELOR'S DEGREE FROM AN ACCREDITED COLLEGE OR UNIVERSITY AND ONE SIX (6) YEARS OF WORK EXPERIENCE INVOLVING MANAGERIAL RESPONSIBILITIES SUCH AS HUMAN RESOURCE ADMINISTRATION, BUDGET PREPARATION, AND REVIEW OF DOCUMENTS FOR COMPLIANCE WITH POLICES, RULES, AND PROCEDURES; <u>OR</u> AN EQUIVALENT COMBINATION OF EDUCATION AND EXPERIENCE |

<u>DISTINGUISHING FEATURES OF WORK:</u>

Chief Clerks VII are the highest-ranking non-judicial employees in the New York City Civil Court, the New York City Criminal Court, and the Family Court in the City of New York. They are also the highest-ranking non-judicial employees in the largest Supreme Courts in the State that are characterized by a combination of the following factors: Supreme Courts that for each of two (2) consecutive years have multiple, full-time parts; more than 150 employees (1) and a combined civil and criminal filings total (2) of more than 25, 000 or more than 20,000 civil filings, or more than 10,000 criminal filings. Classification of individual positions to this title may also be affected by mitigating circumstances such as aberrations in caseload statistics. Chief Clerks VII serve in a confidential capacity and are responsible for managing court operations related to case processing, budget and payroll preparation, personnel management and employee relations, deployment of non-judicial personnel, and coordination with non-court agencies., and for performing other related duties. A Chief Clerk VII is also responsible for the receipt, accounting, and disbursing of fines, fees, bail and other public or custodial funds.

<u>ASSIGNMENT:</u>       Bronx Supreme Court  - Civil Term

<u>GENERAL INFORMATION:</u>

The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in the title and every position does not necessarily require the same duties. Although a position is available and situated at a specific location, the appointee may be subject to reassignment of any position in the same title in this promotion unit dependent upon the needs of the Unified Court System. All applications received from this announcement may be used to fill any vacancies in this title that may occur in this court or agency within the next three (3) months. Position(s) available at the present time 1 .

ALL INTERESTED PERSONS MEETING THE MINIMUM QUALIFICATIONS ARE ENCOURAGED TO SUBMIT A UCS-5  APPLICATION FOR EMPLOYMENT FORM (obtainable from any administrative office in a court building or at : www.nycourts.gov/careers/ucs-5.pdf )AND A RESUME TO:

> HON. GERALD ESPOSITO
> ADMINISTRATIVE JUDGE
> SUPREME COURT, CIVIL TERM
> BRONX COUNTY
> 851 GRAND CONCOURSE
> BRONX, NEW YORK  10451

**APPLICANTS ARE ENCOURAGED TO COMPLETE THE EEO DATA COLLECTION FORM.**

<u>POSTING DATE:</u>       MARCH 3, 2004

<u>APPLICATIONS MUST BE POSTMARKED OR RECEIVED BY:</u>       MARCH 24, 2004

**THE NEW YORK STATE UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES, AND INDIVIDUALS WITH DISABILITIES ARE ENCOURAGED TO APPLY.**

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM



2004 MAR 26 AM 10:12

BRONX S...
CHIE...

## APPLICATION FOR EMPLOYMENT

| Title of Position: *Chief Clerk VII* | Announcement #: *23405* | Geographic Location of Position: *Bronx County* |
|---|---|---|

| 1. Last Name *Trotman* First Name *Wilfred* Initial *E.* | 2. AGE: Are you at least 18 years of age? |
|---|---|
| Mailing Address *67 Schuman Place* | Yes ☑ No ☐ |
| | If no, indicate your date of birth |
| City or Post Office *Baldwin* State *N.Y.* Zip Code *11510* | Month      Day      Year |
| | 3. CITIZENSHIP:          Form I-9 attached ☐ |
| Telephone Number Home: *223-1874*  Social Security Number  Business: *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* | Are you a citizen of the United States? Yes ☑ No ☐ |
| | If no, do you have a legal right to work in the |
| | United States? Yes ☐  No ☐ |

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**

If your answer is "YES" to any of these questions, give details on an attached sheet.

a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | ✓ |
| ii. Have you ever forfeited bail or other collateral? | | ✓ |
| iii. Do you now have any criminal charges pending against you? | | ✓ |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | ✓ |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | ✓ |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | ✓ |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | *Wm. H. Taft H.S.* | *F* | *4* | *Yes* | *History* | | |
| College, Univ. Professional or Technical School | *See attached resume* | | | | | | |
| Other Subjects or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available). | | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | WEEKLY EARNINGS | FROM Mo. Year | TO Mo. Year | | |
| NAME, ADDRESS AND BUSINESS OF EMPLOYER | | | | | |
| *See attached resume* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law [§210.45]

x _(signature)_                                   *03/22/04*

Signature of Applicant                           Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**