

**EMPLOYMENT OPPORTUNITY ANNOUNCEMENT
STATE OF NEW YORK
UNIFIED COURT SYSTEM**

PLEASE POST
ANNOUNCEMENT NO. 24402

| | | |
|---|---|---|
| **POSITION TITLE:** | COURT CLERK SPECIALIST | JG: 30 |
| **LOCATION:** | SUPREME COURT, CRIMINAL TERM, NEW YORK COUNTY | |
| **BASE SALARY:** | $75,804 + LOCATION PAY $1,200 | |
| **CLASSIFICATION:** | NON-COMPETITIVE | |
| **QUALIFICATIONS:** | ONE YEAR OF SERVICE IN THE PRINCIPAL COURT CLERK, PRINCIPAL APPELLATE COURT CLERK OR PRINCIPAL SURROGATE'S COURT CLERK TITLE; OR ADMISSION TO THE NEW YORK STATE BAR AND THREE (3) YEARS OF LEGAL EXPERIENCE; OR AN EQUIVALENT COMBINATION OF EDUCATION AND EXPERIENCE. | |

**DISTINGUISHING FEATURES OF WORK:**

Court Clerk-Specialists work in the largest Supreme and Surrogate's Courts that are located in New York City, Appellate Divisions, or in counties with populations exceeding 400,000, where they supervise a staff of principal court clerks and other subordinate personnel who apply expert knowledge to complex problems in special terms, Appellate Divisions, or to particular functional areas of Surrogate's Court. They may also be designated to act in the absence of the Chief Clerk or Commissioner of Jurors and perform other related duties.

**ASSIGNMENT:** Supreme Court, Criminal Branch

The candidate who will be selected for the Court Clerk Specialist position will assist in managing court operations at 111 Centre St where there are 15 felony parts. Duties of the position include, but are not limited to: monitoring the work activities and performance of court clerks and subordinate personnel, visiting court parts on a daily basis, reviewing paperwork maintained and submitted by court clerks, applying technical and procedural expertise in unusual and difficult situations and questions related to criminal matters and advising subordinate personnel, Judges and attorneys as to proper procedure, assisting in implementing changes in procedures resulting from new legislation and new policy formulation, conducting performance evaluations, monitoring attendance and punctuality of employees; consulting with Judges, Chief Clerk, First Deputy Chief Clerk and other court administrators and representatives of outside agencies relative to the operation of the Court.

Please submit a writing sample of between 250-350 words answering the following question: What in your background, your experience, your personality has prepared you to do the job of a Court Clerk Specialist for the Criminal Term of Manhattan Supreme Court?

**GENERAL INFORMATION:** The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in the title and every position does not necessarily require the same duties. Although a position is available and situated at a specific location, the appointee may be subject to reassignment to any position of the same title in this promotion unit dependent upon the needs of the Unified Court System. All applications received from this announcement may be used to fill any vacancies in this title that may occur in this court or agency within the next three (3) months. Position(s) available at the present time _1_.

ALL INTERESTED PERSONS MEETING THE MINIMUM QUALIFICATIONS ARE ENCOURAGED TO SUBMIT A UCS-5 APPLICATION FOR EMPLOYMENT FORM (obtainable from any administrative office in a court building or at : www.nycourts.gov/careers/ucs-5.pdf ) A RESUME AND A WRITING SAMPLE TO:

ALAN MURPHY
CHIEF-CLERK VII
SUPREME COURT, CRIMINAL TERM
100 CENTRE STREET, ROOM 1008
NEW YORK, NEW YORK 10013

APPLICANTS ARE ENCOURAGED TO COMPLETE THE EEO DATA COLLECTION FORM.

**POSTING DATE:** MARCH 10, 2004

**APPLICATIONS MUST BE POSTMARKED OR RECEIVED BY:** MARCH 31, 2004

THE NEW YORK STATE UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES, AND INDIVIDUALS WITH DISABILITIES ARE ENCOURAGED TO APPLY.