**TITLE: COURT CLERK SPECIALIST**

Effective Date: 05/28/1979
Title Code Number: 9441134
Salary Grade: 30
Jurisdictional Classification: NC

## DISTINGUISHING FEATURES OF WORK:

Court Clerk-Specialists work in the largest Supreme and Surrogate's Courts that are located in New York City, Appellate Divisions, or in counties with populations exceeding 400,000, where they supervise a staff of principal court clerks and other subordinate personnel who apply expert knowledge to complex problems in special terms, Appellate Divisions, or to particular functional areas of Surrogate's Court. They may also be designated to act in the absence of the Chief Clerk or Commissioner of Jurors and perform other related duties.

## TYPICAL DUTIES:

Applies legal-technical expertise in a specialized area of the law to the review of the most unusual and complex orders, motions and other court documents.

Implements changes in procedures and court operations resulting from legislative action or policy formulation.

Consults with judges and court administrators and recommends new court procedures and guidelines.

Devises and implements unit work procedures and guidelines.

Summarizes the status and sufficiency of the most complex accounting proceedings prior to review by the Surrogate.

Discusses difficult and unusual legal and procedural applications with attorneys and advises them as to proper procedure.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

## KNOWLEDGE, SKILLS, AND ABILITIES:

Ability to train, supervise, and coordinate the activities of subordinate staff.

Ability to evaluate staff performance against job requirements.

Ability to establish work priorities.

Expert knowledge of all court procedures and practices, legal terminology, and relevant statutes, rules, regulations, and forms in the court of assignment.

Knowledge of clerical and office procedures.

Ability to read and comprehend at the twelfth grade level.

Ability to read and analyze legislation, complex legal memoranda, policy statements and other technical materials and to identify relevant issues and facts.

http://webcontent.courtnet.org/w1_docs/oca/hr/personnel/titles/active/9441134.htm?popup=n&qry_salar...   12/23/2004

Ability to handle sensitive materials on a confidential basis.

Knowledge of the functions and organization of the Unified Court System.

Knowledge of personnel practices and procedures.

Knowledge of budgeting practices and procedures.

Arithmetic ability at the eighth grade level.

Ability to understand and follow oral and written instructions.

Ability to work independently.

Ability to write and use correct English spelling, punctuation, and grammar.

Ability to speak clearly and concisely and to communicate technical language to laymen.

Ability to exercise patience and tact.

Ability to write legibly.

**QUALIFICATIONS:**

One year of service in the Principal Court Clerk, Principal Appellate Court Clerk or Principal Surrogate's Court Clerk title;

or

Admission to the New York State Bar and three (3) years of legal experience;

or

An equivalent combination of education and experience.