**FRANCES M. O LEARY, Esq.**
2307 PEARSALL AVENUE, BRONX, NEW YORK 10469
Home Phone: (718) 881-9013, Work Phone: (718) 590-8932

**LEGAL WORK EXPERIENCE**: 1985 to Present, Court Attorney:

Hon. Robert A. Sackett, Bronx County Supreme Court, Criminal Term
January 2004 to Present

Hon. Nelson Roman, Bronx County Supreme Court, Civil Term
January 2003 to December 2003

Hon. Norma Ruiz, Bronx County Supreme Court, Criminal & Civil Terms
January 2000 to December 2003

Hon. Peggy Bernheim, Bronx County Supreme Court, Criminal Term
January 1999 to December 1999

Hon. Denis Boyle, Bronx County Supreme Court, Criminal Term
January 1995 to Spring 1997

Hon. James Griffin, Queens County Supreme Court
January 1991 to Spring 1992

Hon. Anthony Savarese, Queens County Supreme Court
First Felony Waiver part, W-50, 1988-1989

Criminal Court Law Department, Bronx County, Spring 1992 to January 1995
Criminal Court Law Department, Queens County, Sept 1987 to Spring 1992, except as noted
Criminal Court Law Department, New York County, May 1985 to Spring 1987

**EDUCATION**
BROOKLYN LAW SCHOOL, J.D. 1983
CITY UNIVERSITY OF NEW YORK:
JOHN JAY COLLEGE OF CRIMINAL JUSTICE, 1974-1978, B.S., 1978, Cumme Laude
CITY COLLEGE OF NEW YORK, Architecture MBA Program, 1970-1972, no degree
Recipient of a New York State Regents Scholarship, 1970

**UNIFIED COURT SYSTEM WORK EXPERIENCE**
SENIOR, ASSOCIATE AND PRINCIPLE COURT ATTORNEY,
Criminal and Supreme Courts, Criminal and Civil Terms, May 1985 to Present
SENIOR COURT CLERK, Surrogate s and Civil Court, September1983 to May 1985*
SENIOR COURT OFFICER, New York County, Supreme Court, 1982 to Sept. 1983
UNIFORMED COURT OFFICER, New York and Bronx Counties, 1978 to 1982
*N.B. Twice certified as eligible for appointment to the position of Associate Court Clerk

## RELATED WORK EXPERIENCE

Active Member of the OCA Matrimonial Fee Dispute Resolution Panel        1999 to Present

CORRECTIONS OFFICER, New York State Department of Correctional Services,
Appointed in the first class of women trained to work a male facility, November 1977, pursuant to a Federal Court Compromise Order of October 1977.
Assigned to Mid-Orange Correctional Facility; converted from a Division for Youth facility by DOCS staff. Performed all aspects of the Security Functions, including Housing, Education, Visiting, Recreational and Outside Gang supervision.
Did Road block and Transportation duty; designed the Key Board system at Mid-Orange. Also worked Taconic Correctional Facility, Bedford, New York.

## ADMISSIONS
NEW YORK STATE BAR                                                    February 1984
UNITED STATES DISTRICT COURT, Southern and Eastern Districts    October 1984
UNITED STATES SUPREME COURT                                      November 1999

## BAR ASSOCIATIONS
Bronx Women's Bar Association                New York State Bar Association

## OTHER ASSOCIATIONS
| | |
|---|---|
| Co-chair, Mt. St. Michael Parents' Club Communion Breakfast | 2000 & 2001 |
| Bronx and Lower Westchester Mothers of Twins Club | 1989-2000 |
| President, same      1991-1993      Treasurer, same | 1995-1997 |
| New York State Organization of Mothers of Twins Clubs | 1994-1998 |
| Chair, same, Ways and Means and Scholarship Committees | 1994 & 1999 |
| Recording Secretary Parents Association, PS 153x | 1996-1997 |
| President, Eastchester Nursery School | 1993-1995 |

## PERSONAL
Married to Dennis P. Gallagher, NYPD Captain. We have twin boys, aged fourteen.

## REFERENCES
Hon. Milton Williams, Associate Justice, Appellate Division, First Department
Hon. Stephen Crane, Associate Justice, Appellate Division, Second Department
Hon. Zachary Carter, former United States Attorney for the Eastern District of NY
Hon. Patricia Williams, Acting Justice of the Supreme Court, Bronx County
Hon. Robert T. Johnson, District Attorney, Bronx County
Hon. Richard Lowe III, Justice, New York County Supreme Court
Hon. Richard Lee Price, Justice, Bronx County Supreme Court, Chair, Bronx Gender Bias
Hon. Sallie Manzanet, Justice, Bronx County Supreme Court
Hon. John Stackhouse, Justice, New York County Supreme Court
Hon. Nelson Roman, Justice, Bronx County Supreme Court
Hon. Robert A. Sackett, Justice, Bronx County Supreme Court