UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————

| | |
|---|---|
| FRANCES O'LEARY,<br><br>                    Plaintiff,<br><br>    -against-<br><br>NY STATE UNIFIED COURT SYSTEM,<br><br>                    Defendant. | NOTICE OF MOTION<br>FOR<br>SUMMARY JUDGMENT<br><br>05 Civ. 6722 (HB) |

———————————————————

   PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendant's annexed Statement pursuant to Local Civil Rule 56.1, the Affidavit of John J. Sullivan, sworn to on August 7, 2006, with accompanying documentary evidence, and all prior pleadings and proceedings herein, the undersigned, on behalf of defendant will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure Rule 56, for summary judgment, on the ground that there is no genuine issue as to any material facts and defendants are, as a matter of law, entitled to have judgment granted in their favor, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       August 7, 2006

          MICHAEL COLODNER
          Attorney for Defendant
          Office of Court Administration
          25 Beaver Street, 11th floor
          New York, New York 10004
          (212) 428-2150

By: _____
    John J. Sullivan (JJS9947)
    Assistant Deputy Counsel

TO: Steven M. Coren, Esq.
    Coren & Associates, P.C.
    570 Lexington Avenue
    New York, New York  10022

2

STATE OF NEW YORK
COUNTY OF ALBANY

Kathleen Cunningham, being duly sworn deposes and says that deponent is over the age of 18 years, is not a party to the action and resides at 206 Factory Hollow Road, Valley Falls, New York 12185, and that on the 8th day of August, 2006, deponent served one copy of the within Notice of Motion and 56.1 Statement upon the following via Express Mail:

> Steven M. Coren, Esq.
> Coren & Associates, P.C.
> 570 Lexington Avenue
> New York, New York 10022

at the address designated by him by depositing the same in a postpaid wrapper in an official depository of the United States Postal Service in the State of New York.

*Kathleen Cunningham*
Kathleen Cunningham

Sworn to before me this
8th day of August, 2006

*Joanne Debra Rooney*
NOTARY PUBLIC

JOANNE DEBRA ROONEY
Notary Public, State of New York
No. 01RO6034216
Qualified in Rensselaer County
Commission Expires December 8, 2009