**TITLE:** SENIOR COURT ATTORNEY (TRIAL PART)

**Effective Date:** 04/01/1997
**Title Code Number:** 9443367
**Salary Grade:** 25
**Jurisdictional Classification:** NC-CONF

## DISTINGUISHING FEATURES OF WORK:

Senior Court Attorneys (Trial Part) work with substantial independence from supervision and are responsible for researching and analyzing complex and difficult legal issues and questions and performing other related duties. They serve in a confidential capacity and under supervision for judges or groups of judges in Family and district Court; County and Surrogate's Courts in counties with populations less than 400,000; the Criminal Court and the Civil Court of the City of New York, and in City Courts with two or more full-time judges. Senior Court Attorneys (Trial Part) may be assigned to judges designated as Acting Justices of the Supreme Court for one full term or less.

## TYPICAL DUTIES:

Researches and analyzes complex legal questions and issues.

Drafts opinions, decisions, orders, jury charges, correspondence, and other written material.

Reviews and verifies citations.

Confers with and advises judges on legal issues.

Writes confidential legal memoranda and recommends decisions.

Conducts conferences with litigants and other parties to legal actions to clarify issues to be resolved.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

## KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of the laws and rules governing civil and criminal practice, the New York State and Federal Constitutions, legal terminology, and forms.

Knowledge of trial and hearing procedures.

Ability to write clear and concise prose.

Ability to handle sensitive matters on a confidential basis.

Ability to analyze legal issues and identify relevant case opinions and facts.

Ability to communicate orally in a clear and succinct manner and to communicate technical language to laymen.

Ability to interpret laws, rules, and regulations.

Ability to establish work priorities.

Ability to work independently.

**QUALIFICATIONS:**

Admission to the New York State Bar;

**and**

Two years of service in any legal series title in the Unified Court System.

**TITLE: ASSOCIATE COURT ATTORNEY (TRIAL PART)**

Effective Date: 04/01/1997
Title Code Number: 9443368
Salary Grade: 29
Jurisdictional Classification: NC-CONF

## DISTINGUISHING FEATURES OF WORK:

Associate Court Attorneys (Trial Part) research and analyze complex and difficult legal issues and questions and perform other related duties. They serve in a confidential capacity and under supervision for judges or groups of judges in Family and District Court; County and Surrogate's Courts in counties with populations less than 400,000; the Criminal Court and the Civil Court of the City of New York, and in City Courts with two or more full-time judges. Associate Court Attorneys (Trial Part) may be assigned to judges designated as Acting Justices of the Supreme Court for one full term or less.

## TYPICAL DUTIES:

Researches and analyzes legal questions and issues and prepares memoranda with recommendations.

Drafts opinions, decisions, orders, jury charges, correspondence, and other written material.

Confers with and advises judges on unusual or complex proceedings.

Drafts confidential opinions, decisions, orders, jury charges, and other material.

Conducts conference with litigants and other parties to legal actions to clarify issues to be resolved.

Reviews and verifies citations.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

## KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of the laws and rules governing civil and criminal practice, the New York State and Federal Constitutions, legal terminology, and forms.

Knowledge of trial and hearing procedures.

Knowledge of interviewing techniques.

Ability to write clear and concise prose.

Ability to organize factual and legal data into clear and logical sequences.

Ability to handle sensitive matters on a confidential basis.

Ability to analyze legal issues and identify relevant case opinions and facts.

Ability to communicate orally in a clear and succinct manner and to communicate technical language to laymen.

Ability to interpret laws, rules, and regulations.

Ability to establish work priorities.

Ability to work independently.

**QUALIFICATIONS:**

Admission to the New York State Bar;

**and**

Four years of service in the Senior Court Attorney (Trial Part) title;

or

Six years of service in any legal series title in the Unified Court System.

TITLE: PRINCIPAL COURT ATTORNEY (TRIAL PART) TO ACTING JUSTICE

Effective Date: 05/01/1990
Title Code Number: 9443364
Salary Grade: 31
Jurisdictional Classification: NC-CONF

**DISTINGUISHING FEATURES OF WORK:**

Principal Court Attorneys (Trial Part) to Acting Justice are assigned full-time to judges designated as Acting Justices of the Supreme Court for one or more full terms. Principal Court Attorneys (Trial Part) to Acting Justice are responsible for researching and analyzing uniquely intricate, complex, and sensitive legal issues and questions and for providing other personal and confidential assistance to an Acting Justice of the Supreme Court.

**TYPICAL DUTIES:**

Researches and analyzes legal questions and issues and prepares memoranda with recommendations.

Drafts opinions, decisions, orders, jury charges, correspondence and other written material.

Confers with lawyers on unusual or complex proceedings and reviews legal documents filed in connection with such proceedings.

Reviews and verifies citations.

Confers with and advises judge on legal issues.

Arranges judge's calendar and schedules meetings and conferences.

Conducts conferences with litigants and other parties to legal actions to clarify issues to be resolved or to settle cases.

*The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in this title, and every position does not necessarily require these duties.*

**KNOWLEDGE, SKILLS, AND ABILITIES:**

Knowledge of the laws and rules governing civil and criminal practice, the New York State and Federal Constitutions, legal terminology, and forms.

Knowledge of trial and hearing procedures.

Knowledge of interviewing techniques.

Ability to write clear and concise prose.

Ability to organize factual and legal data into clear and logical sequences.

Ability to handle sensitive matters on a confidential basis.

Ability to read and comprehend complex legal and other technical data.

Ability to analyze legal issues and identify relevant case opinions and facts.

Ability to communicate orally in a clear and succinct manner and to communicate technical language to laymen.

Ability to interpret laws, rules and regulations.

Ability to establish work priorities.

Ability to work independently.

**QUALIFICATIONS:**

Admission to the New York State Bar;

            **and**

Two years of service in the Associate Court Attorney (Trial Part) to Acting Justice title;

            or

Equivalent legal experience.