

UCS-23

EMPLOYMENT
OPPORTUNITY
ANNOUNCEMENT
STATE OF NEW YORK
UNIFIED COURT SYSTEM

**PLEASE POST**
ANNOUNCEMENT NO. 25405

---

| | | |
|---|---|---|
| **POSITION TITLE:** | CHIEF CLERK VII | JG - NS |
| **LOCATION:** | SUPREME COURT, BRONX COUNTY, NEW YORK CITY | |
| **BASE SALARY:** | $118,805 | |
| **CLASSIFICATION:** | EXEMPT/CONFIDENTIAL | |
| **QUALIFICATIONS:** | BACHELOR'S DEGREE FROM AN ACCREDITED COLLEGE OR UNIVERSITY AND ONE SIX (6) YEARS OF WORK EXPERIENCE INVOLVING MANAGERIAL RESPONSIBILITIES SUCH AS HUMAN RESOURCE ADMINISTRATION, BUDGET PREPARATION, AND REVIEW OF DOCUMENTS FOR COMPLIANCE WITH POLICES, RULES, AND PROCEDURES; OR AN EQUIVALENT COMBINATION OF EDUCATION AND EXPERIENCE. | |

**DISTINGUISHING FEATURES OF WORK:**

Chief Clerks VII are the highest-ranking non-judicial employees in the New York City Civil Court, the New York City Criminal Court, and the Family Court in the City of New York. They are also the highest-ranking non-judicial employees in the largest Supreme Courts in the State that are characterized by a combination of the following factors: Supreme Courts that for each of two (2) consecutive years have multiple, full-time parts; more than 150 employees (1) and a combined civil and criminal filings total (2) of more than 25,000 or more than 20,000 civil filings, or more than 10,000 criminal filings. Classification of individual positions to this title may also be affected by mitigating circumstances such as aberrations in caseload statistics. Chief Clerks VII serve in a confidential capacity and are responsible for managing court operations related to case processing, budget and payroll preparation, personnel management and employee relations, deployment of non-judicial personnel, and coordination with non-court agencies., and for performing other related duties. A Chief Clerk VII is also responsible for the receipt, accounting, and disbursing of fines, fees bail and other public or custodial funds.

**ASSIGNMENT:**   Bronx Supreme Court - Civil Term

**GENERAL INFORMATION:**

The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in the title and every position does not necessarily require the same duties. Although a position is available and situated at a specific location, the appointee may be subject to reassignment of any position in the same title in this promotion unit dependent upon the needs of the Unified Court System. All applications received from this announcement may be used to fill any vacancies in this title that may occur in this court or agency within the next three (3) months. Position(s) available at the present time 1.

ALL INTERESTED PERSONS MEETING THE MINIMUM QUALIFICATIONS ARE ENCOURAGED TO SUBMIT A UCS-5 APPLICATION FOR EMPLOYMENT FORM (obtainable from any administrative office in a court building or at : www.nycourts.gov/careers/ucs-5.pdf )AND A RESUME TO:

HON. GERALD ESPOSITO
ADMINISTRATIVE JUDGE
SUPREME COURT, CIVIL TERM
BRONX COUNTY
851 GRAND CONCOURSE
BRONX, NEW YORK   10451

APPLICANTS ARE ENCOURAGED TO COMPLETE THE EEO DATA COLLECTION FORM.

**POSTING DATE:**   MARCH 3, 2004

**APPLICATIONS MUST BE POSTMARKED OR RECEIVED BY:**   MARCH 24, 2004

THE NEW YORK STATE UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES, AND INDIVIDUALS WITH DISABILITIES ARE ENCOURAGED TO APPLY.