

# STATE OF NEW YORK
2004 MAR 25 AM **UNIFIED COURT SYSTEM**

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Bronx County |
|---|---|---|

**1. Last Name** Christie **First Name** Grace **Initial** A.

Mailing Address: 83-33 Austin St. Apt. 2A

City or Post Office: Kew Gardens  State: NY  Zip Code: 11415

Telephone Number Home: 718-847-9383  Business: 718-643-2078

Social Security Number: 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

**2. AGE:** Are you at least 18 years of age? Yes ☒ No ☐
If no, indicate your date of birth
Month ____ Day ____ Year ____

**3. CITIZENSHIP:** Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒ No ☐
If no, do you have a legal right to work in the United States? Yes ☐ No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
|   i. Have you ever been convicted of an offense against the law? | | X |
|   ii. Have you ever forfeited bail or other collateral? | | X |
|   iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

**5. EDUCATION**

| | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Half Hollow Hills, Dix Hills | Full | | Yes | Regents Diploma | | |
| College, Univ. Professional or Technical School | SUNY at Stony Brook Sunylat Stony-Brook CUNY | Full Part Part | | No No No | Liberal Arts Liberal Arts Liberal Arts | 36 | |
| Other Schools or Special Courses | Nassau Community College Mt. Sinai Hospital | Part | | No | Nursing Crisis Intervention Counselling | 24.5 | |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| See Attached Resume | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS:** ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law §210.45].

x _Grace A Christie_
Signature of Applicant

_3/22/04_
Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

**GRACE A. CHRISTIE**
**83-33 Austin Street, Apt. 2A**
**Kew Gardens, NY 11415**
**(718) 643-2078 (W)**
**(718) 847-9383 (H)**

2006 MAY 16  AM 9:2

SUPREME COURT
CHIEF CLERKS OFFICE

If promoted to the position of Chief Clerk of Supreme Court, Bronx County, I would utilize my knowledge of procedures that I have acquired during my twenty years of employment in the New York State Court System. I would begin by familiarizing myself with both the procedures and personnel of the Supreme Court, Bronx County. My experience in the Courts would help me to see and make changes, if any, that would allow this court to continue functioning in an efficient and expeditious manner.

My supervisory experience includes supervising a span of seven to twenty employees. My experience as a clerk in the Arraignment Part of the Criminal Term includes supervising Court Officers as well as Clerks. My current assignment as a Court Clerk Specialist includes supervising clerks of various titles and other non-judicial personnel. I oversee the foreclosure motion part as well as the foreclosure auction procedures. I communicate with those that I supervise as well as Judges, Judges Chambers' staff, attorneys and pro-se litigants through both written memorandum and conferences.

The team approach of management has served me well. The feedback from those I supervise has been predominantly positive. A team, as defined in the Webster's Dictionary, is "work done by several associates with each doing a part but all subordinating personnel prominence to the efficiency of the whole." An efficient Court includes employees who are a team and work toward a common goal.

Unless an individual has the knowledge of the operation, that individual cannot be an effective manager. I have been a part clerk in both the Criminal and Civil Terms, an arraignment part clerk and a clerk assigned to the Criminal Term Office. Since 1998, I have been assigned to the Ex-Parte Office of the Supreme Court, Kings County. In the Ex-Parte Office, my duties include reviewing Orders, Ex-Parte Orders, Orders to Show Cause, as well as other documents



for submission to the Court. I also train subordinate court clerks to review Ex-Parte Orders, Orders, and Orders to Show Cause. We advise the Judicial staff about procedural and possible legal insufficiencies in these documents.

I have extensive knowledge of the Court forms, rules, procedures and relevant statutes. My ability to identify and use appropriate resources (statutes, etc.) allows me to answer questions concisely and accurately. I read and analyze legal memoranda, as well as other policy statements, to identify relevant facts and implement changes in office procedures as established by the Court Administrator. As Chief Clerk, my experience and abilities will enable me to ensure the continuous efficiency of Supreme Court, Bronx County.



2004 MAY 14  AM 9. 2.

GRACE A. CHRISTIE
83-33 AUSTIN ST., APT. 2A
KEW GARDENS, NEW YORK 11415

STATE SUPREME COURT
CHIEF CLERKS OFFICE

May 12 , 2004

Supreme Court, Civil Term
Bronx  County
851 Grand Concourse, Suite 825
Bronx , New York 10451

Dear Ms. Marquez:

Enclosed is my essay that is required for my interview for the Chief Clerk position in Supreme Court, Bronx County.  Thank you for your assistance.

Sincerely,

Grace A. Christie
Grace A. Christie



2004 MAR 25  AM 9: 00

SUPREME COURT
CHIEF CLERKS OFFICE

GRACE A. CHRISTIE
83-33 AUSTIN ST., APT. 2A
KEW GARDENS, NEW YORK 11415

March 18, 2004

Hon. Gerald Esposito
Administrative Judge
Supreme Court, Civil Term
Bronx County
851 Grand Concourse
Bronx, New York 10451

Dear Justice Esposito:

Enclosed is my application for the Chief Clerk VII position in the Supreme Court, Bronx County and a copy of my resume. Thank you for your consideration.

Sincerely,

Grace A. Christie

**GRACE A. CHRISTIE**
83-33 Austin St., Apt. 2A
Kew Gardens, New York   11415
(718) 643-2078 (W)
(718) 847-9383 (H)

**EXPERIENCE:**

December 2001 to
Present

**SUPREME COURT, KINGS COUNTY, CIVIL TERM**
Court Clerk Specialist

Supervise, devise and implement ex-parte, order department and computer Department work procedures and guidelines. Consult with Judges and court administrators and recommend new court procedure and guidelines. Train, supervise and coordinate activities of assigned staff.

March 2000 to
December 2001

**SUPREME COURT, KINGS COUNTY, CIVIL TERM**
Case Management Coordinator

Assigned to Ex-Parte Office. Responsible for supervising Principal Court Clerks, Associate Court Clerks, Senior Court Clerks and Data Entry Clerks. Responsible for Training Principal Court Clerks, coordinating employee tasks and schedules, and checking and expediting ex-parte applications, including Orders to Show Cause for legal sufficiency and form.

January 1998 to
March 2000

**SUPREME COURT, KINGS COUNTY, CIVIL TERM**
Principal Court Clerk

Ex-Parte Office Supervisor. Responsible for supervising Associate Court Clerks, Senior Court Clerks and Data Entry Clerks. Responsible for checking and expediting ex-parte applications, including Orders to Show Cause for legal sufficiency and form.

October 1990 to
January 1998

**COUNTY COURT, NASSAU COUNTY, MINEOLA, NEW YORK**
**SUPREME COURT, QUEENS COUNTY, CIVIL TERM**
**SUPREME COURT, NEW YORK COUNTY, CRIMINAL TERM**
Associate Court Clerk

Duties included courtroom supervision, training, preparation and correlation of Courtroom calendars; coordinated courtroom proceedings. Supervised Court Officers and Court Reporters. Reviewed ex-parte applications for legal sufficiency and form.

August 1985 to
October 1990

**SUPREME COURT, NEW YORK COUNTY, CRIMINAL TERM**
**NEW YORK CITY CIVIL COURT, NEW YORK COUNTY**
Senior Court Clerk.

Prepared and correlated courtroom calendars. Coordinated courtroom proceedings. Supervised Court Officers and Court Reporters. Reviewed judgments for legal sufficiency and form.

May 1983 to
August 1985

**NEW YORK CITY CIVIL COURT, NEW YORK COUNTY**
Uniformed Court Officer

Performed various security functions within the court, including the protection of Judges and sequestration of jurors.

1995

**SPECIAL PROJECT**

Participated as a trainer in the Supervision/Management Skills for Court Clerks Program. Coordinated and effectuated training of all Court Clerks in Queens County.

**COMMITTEE MEMBER**

Foreclosure Committee, Supreme Court, Kings County

**VOLUNTEER WORK**

Crisis Intervention Counselor with Sexual Assault and Violence Intervention Program at Mount Sinai.

**Barry Clarke**

2004 MAY -3 PM 2

NX SUPREME C
IEF CLERKS OF

2004 APR 33 AM 9: 50

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

Once afforded the opportunity to meet the challenges of the position of Chief Clerk VII, Supreme Court, Bronx County; I would initiate the undertaking of the duties and responsibilities of the position in three phases:

    1) Observation of the current practices.

    2) Establishment of new targets and reaffirmation of active goals.

    3) Implementation of these targets and goals.

## 1. Observation of current practices phase:

I would sit in at meetings at various levels. This affords me the opportunity to learn the different aspects of the day to day operation. I would become aware of any issues and/or concerns and the actions needed to effectively address these issues or concerns. These meetings would positively introduce my role to court staff and commence a productive working relationship.

Subsequent interaction with the department heads and staff will allow me at some point to match skills and personalities among employees. This process facilitates my ability to create teams that are capable of accomplishing desired results quickly, efficiently and effectively.

Brainstorming with colleagues and familiarizing myself with current practices and policies would be essential in this phase. I would immediately review the court statistics over the past few years regarding filings, case management and calendaring to note trends and to ensure that the direction of the court remains positive and productive. In addition, I will actively review and analyze the court budget for the past few years to get a sense of the court's priorities.

I would seek out non-court agencies for a thorough understanding of how those agencies and the court coordinate efforts to adequately serve the public. I would meet with and become actively involved with DCAS personnel regarding the physical plant. This will ensure that the facility is well maintained and

1

suitable for employees and the public.

## 2. Establishment and reaffirmation of current goals phase:

I will make sure that there is clear and open communication throughout the court regarding policies, procedures, objectives and goals. It has long been my belief that successful teamwork requires that everyone on the team understands the purpose and direction of the team and work together to push for success. I would empower the staff by having them discuss how to achieve the desired goals and to ascertain if there is a need to revitalize these goals or establish new goals.

One goal I would personally seek to achieve is to have a thorough understanding of the staffing needs of the court and work with team members to establish a plan in the event of staff reductions. My primary objective is to develop an energetic, cohesive and productive work group.

Another goal is to seek out the "stars" of the court and provide them with the tools and training to take an active participation in the day to day operation of the court and become leaders.

## 3. Implementation of targets and goals phase:

I would seek to strengthen any current policies and procedures. This will involve meeting with Administrative Judge Esposito on a regular basis to ensure that the Standards and Goals of the court are met. Planning and organization is the key to any successful organization. I am a firm believer that prior planning to achieve targets and goals is to key to achieving positive results. Based on that premise I would ensure that the desired results will be accomplished for all court projects. To achieve these results I would:

> 1) thoroughly research the project/problem/issue
> 2) define and clearly identify the objective
> 3) set a strategy
> 4) implement the strategy
> 5) monitor on an ongoing basis and make changes if necessary.

It is well established that planning a project with attention to detail makes the difference between acceptable results and exceptional results. In seeking exceptional results, I feel successful implementation of targets and goals may be accomplished by adequate planning and thru written, verbal and computer communication.

2

Barry Clarke
510 East 17th Street
Brooklyn, N.Y. 11226
(H) 718-856-2328
(W) 212-374-8433

Ms. Lily M. Marquez
Administrative Aide
Bronx, Supreme Court
851 Grand Concourse
Suite 825
Bronx, New York
10451

April 26, 2004

Dear Ms. Marquez:

As per your April 20, 2004 correspondence, enclosed is the
required writing sample regarding - How I would perform the
duties and responsibilities of Chief Clerk VII, Bronx Supreme
Court, Civil Division.

My scheduled interview is Thursday, May 12, 2004 at 10:15 A.M.

Thank you for your assistance.

Sincerely,

Barry Clarke
Barry Clarke

# Barry R. Clarke, ESQ.

510 East 17th Street
Brooklyn, N.Y. 11226
(718) 856-2328

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

### Education:

*Juris Doctor*, 2001* New York Law School
*B.S.*, Legal Studies, 1993 *John Jay College-C.U.N.Y

### Professional Memberships:

New York State Bar (2003)
Tribune Society
Metropolitan Black Bar Association
New York County Lawyers Association
(Civil Practice Committee)
Brooklyn Bar Association
New York State Bar Association
John Jay College of Criminal Justice Alumni Association
New York Law School Alumni Association

### Appointments:

Appointed by the Mayor (2003) to the *Mayor's Committee for the Appointment of City Marshals*.

### Work Experience:

#### New York State Courts, New York City:

*New York County Civil Court:*
*1995-present*** **Deputy Clerk of County**.   Entrusted with the supervision of 300 non-judicial employees, my responsibilities include the administration of the Landlord and Tenant, Small Claims, Special Term, General Clerk's offices, and the Harlem Justice Courthouse. Assisting the Clerk of County with the budget preparation, facility and caseload management, archives, file retrieval, collection and analysis of statistics,

1



counseling, purchasing, case file coordination, and judicial assignments is incorporated in my weekly schedule. I monitor our Resource Center to ensure that books, forms and videos are current and available to self represented litigants. I ensure that there is adequate staffing of the offices and court room parts. Also, I am directly involved in the scheduling of employee training such as peace officer training, firearms re-qualification, and new employee orientation. Development of employees to be trained in *Quality Service* and surveying employees answering the phones to ensure professionalism are routine rituals. I am obliged to monitor personnel *time and leave*. I act as the court liaison for filming projects in the courthouse. Also as a liaison with in-house agencies such as Northern Manhattan Legal Services, Legal Aid, Department of Social Services, Safe Horizon, Mediation, Human Resources Administration, Municipal Archives, DASNY, and DCAS, I have a full scope of knowledge of the workings of these supporting agencies. I respond to inquiries from organizations such as the Bar Association, Mayor's, State Senator and NYC Assembly offices. Assisting the outreach coordinator in planning and organizing programs to inform the public of court services and being directly responsible for responding to public inquiries and complaints, I am skilled in public interfacing. To ensure that there is efficient operating elevators, heating, air conditioning, plumbing, electrical supply and the cleanliness of the facility, I interact daily with DCAS and the building engineer. I am an active participant of the facilities inspection team consisting of OCA, DCAS, the Mayor's office and the NYC office of Management and Budget. I take special pride in being the ADA representative for the building and handling all ADA issues pertaining to New York County Civil Court. I am accountable for the caseload management of a court which averages 150,000 filings per year and approximately 100,000 other proceedings.

*Queens County Civil Court: Landlord and Tenant Office*
1994-1995**__Principal Court Clerk__.       I was the supervisor of sixty employees. My responsibilities included the administration of the intake and management of cases involving Landlord and Tenant issues. I assigned work responsibilities to employees, established office priorities and deadlines for completion of the work. I conducted employee performance evaluations and counseling sessions. I interacted closely with the housing court judges and administrative personnel in implementing procedures to ensure compliance with the landlord and tenant laws.

*Kings County Civil Court: General Clerk's Office*
1989-1994**__Associate Court Clerk__.       I was responsible for the supervision of twenty to thirty employees. I was directly involved in implementing and carrying out civil court caseload management and procedures. I supervised the calendaring of civil court cases, the preparation of judgments, certifications, exemplifications, transcripts, infant compromises, name changes, and satisfaction of judgments.

2

*New York County Supreme Civil Court: Ex-Parte office*
1988-1989**__Court Clerk__,    I was assigned to the ex-parte motion office. My duties involved the review of papers including name changes, infant compromises, mechanic liens, orders to show causes, restraining orders etc. prior to submission to the assigned judge.

*New York County Supreme Civil Court:*
1986-1988**__Court Officer__ My responsibilities included security in and around the courthouse.

*Triborough Bridge and Tunnel Authority:*
1978-1986**__Officer__  My duties included the patrol of bridges, tunnels, and toll plazas, collection of tolls, receipt of daily funds, scheduling of officers, maintaining and updating of employee files, timekeeping responsibilities, and customer relations.

### Community Activities

Member of the Flatbush-Tompkins Congregational Church
*Board of Trustees*
*Sunday school teacher*

### Interests:

Reading, travel, basketball, tennis and youth mentoring.

### References available upon request

3

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

2004 MAR 16 AM 10:24


BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: CHIEF CLERK VII | Announcement #: 25405 | Geographic Location of Position: BRONX COUNTY, NYC |
|---|---|---|

| 1. Last Name CLARKE | First Name BARRY | Initial R. | 2. AGE: Are you at least 18 years of age? Yes ☑ No ☐ |
|---|---|---|---|

Mailing Address

510 EAST 17TH STREET

If no, indicate your date of birth
Month       Day       Year

| City or Post Office BROOKLYN | State N.Y | Zip Code 11226 |
|---|---|---|

Telephone Number 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  Social Security Number
Home: (718) 856-2328  Business: (212) 374-8433

3. CITIZENSHIP:                    Form I-9 attached ☐
Are you a citizen of the United States? Yes ☑  No ☐
If no, do you have a legal right to work in the
United States?  Yes ☐   No ☐

### 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN

If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

### 5. EDUCATION

| | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Samuel J. TILDEN | Full | | Yes | | | |
| College, Univ. Professional or Technical School | JOHN JAY College NY CITY | P/T | 6 | Yes | Legal Studies | 128 | RECEIVED |
| Other Schools or Special Course | N.Y. LAW SCHOOL | P/T | 4 | Yes | LAW | | JURIS DOCTOR |

*If you have a high school equivalency diploma, give number and year of issue:

### 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| NYS Civil Court, N.Y. County | | 9/95 | PRESENT | | DEPUTY CLERK OF COUNTY PRINCIPAL COURT CLERK |
| NYS Civil Court, Queens County | | 11/94 | 9/95 | PROMOTION | SUPERVISED LANDLORD + TENANT OFF. ASSOCIATE COURT CLERK, |
| NYS Civil Court, Kings County | | 1/89 | 11/94 | PROMOTION | SUPERVISED GENERAL CLERK OFFICE SR. COURT CLERK |
| NYS Supreme Court, NY County | | 4/88 | 1/89 | PROMOTION | EX PARTE OFFICE SR. COURT OFFICER |
| NYS Supreme Court, NY County | | 1/86 | 4/88 | PROMOTION | SECURITY |

### 7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

#### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

x _Barry Clarke_                    3.10.04
Signature of Applicant                Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

2004 MAY -4  PM 2: 19

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

May 4, 2004

To:  Lily Marquez

From: Helen P. Corporan

Re: Writing Sample


Good afternoon.  Enclosed is the writing sample that you requested in reference to the interview for the position of Chief Clerk, Bronx Supreme Court, Civil Division.  Thank you.

For the first time in the history of Bronx Supreme Court, the duties of Chief Clerk will be divided between the Criminal and Civil Divisions. This is a new and exciting prospect, one that, if given the opportunity, I would approach with respect and integrity. As the first female First Deputy Chief Clerk of Bronx Supreme Court, I have strived to lead by example. I believe that a leader must be, above all, honest, principled and ethical in his/her dealing with others, and these traits should be the cornerstone for the foundation of a good administrator.

Coupled with respect and integrity, it is my belief that in order to accomplish my job more effectively, my main priority should be quality service to those that I would serve as Chief Clerk of the Civil Term. First and foremost, is the mission of the Unified Court System. Our employee handbook states our mission as the following, "to achieve timely and efficient case resolution, while maintaining a professional workforce and providing quality service to the public." As Chief Clerk it would be my duty to work directly with Administrative Judge Gerald V. Esposito and his staff towards meeting these goals. My responsibility would not end there. A leader must also serve his subordinates. In my present position I am well aware of the need to keep abreast of current policy changes and legislation that affects our Court and how essential it is to have this information flow to the various levels of employees who are actually implementing these policies. I would insure that the lines of communication were kept open between my office and Civil Term central clerk's office. As First Deputy Chief Clerk, I have developed a good working relationship with both non-judicial and judicial employees of the Civil Term and would endeavor to preserve this relationship.

In keeping with the spirit of quality service, I would be remiss if I did not mention our clients, the members of the bar and the Bronx County community

at large. As part of our obligation to the community, it has long been a dream of mine to see come to fruition the establishment of the much needed, and long overdue, Bronx County Office of the Self-Represented. Should I be granted the position of Chief Clerk of the Civil Division, I look forward to working with Justice Esposito toward inaugurating this venture.

As First Deputy Chief Clerk of the Civil Division I have worked directly with the Chief Clerks and Administrative Justices that have been in office since I acquired the position in January of 2001. This experience has been invaluable since it has taught me various skills, such as budget preparation. Every year I am called upon to revise the current budget and prepare a proposal for the upcoming budget submission. I have worked directly with the human resource's department and have a hand in the hiring of personnel for the Civil Division. On a daily basis I have met with the previous Chief Clerks, all of which I have had good working relationships with and have learned enormously from their leadership. This has helped me to no end in performing my duties more efficiently. I know that this insight will be priceless to me should I be chosen for the position of Chief Clerk, especially now during the period of adjustment pending the Criminal Courts' merger.

In keeping with my sense of responsibility, I have continued to pursue higher education and to further hone my management skills. With this in mind, I am currently pursuing a Master's Degree in Public Administration and the knowledge that I am acquiring at John Jay College of Criminal Justice has served me well, as I know it will if given the position of Chief Clerk. I hope to continue to remain active in the various committees that I give my time to, such as the Bronx County Gender Fairness Committee, the DCM Working Group Committee, the CCIS and

City Case Working Group Committee and the Integrated Domestic Violence Court
Working Group Committee.

In closing I would like to thank you for giving me the opportunity to
interview for this position.



Helen P. Corporan

2004 MAR 16  AM 10: 2 .

SUPREME COURT
CHIEF CLERKS OFFICE

273 Reynolds Avenue
Bronx, New York 10465
Hcorpora@courts.state.ny.us
718 590 6644

March 15, 2004

Hon. Gerald V. Esposito
Administrative Judge
Bronx Supreme Court, Civil Division
851 Grand Concourse
Bronx, New York 10451

Dear Justice Esposito:

Enclosed is my application and resume for the position of Chief Clerk VII of the Civil Term of Bronx Supreme Court.

I have been First Deputy Chief Clerk of the Civil Division for over three years now and during that time I have continued to acquire the skills needed to properly manage court operations. Knowing how valuable it is to keep abreast of current policies and education, I have continued to pursue a higher level of education. I am currently enrolled in a Graduate Program at John Jay College of Criminal Justice. My goal is to acquire a Master's Degree in Public Administration with a specialty in Court Administration.

Apart from my studies, I believe that any administrator should possess strong people skills and develop good relationships with the general court community that we work in. During my career and especially as First Deputy Chief Clerk, I have used my networking skills to build a healthy working relationship with the County Clerk's office, Surrogate Court, the Office of the Bronx Borough President, Civil Court and the Criminal Division of Bronx Supreme Court. I believe that this mutual respect is key to performing the duties of Chief Clerk VII.

I look forward to further discussing my background and experience with you.

Sincerely,

Helen P. Corporan



Helen P. Corporan
273 Reynolds ave.
Bronx, New York 10465
718 931 7206
718 590 6644

## Employment History

### January 2001 through present time

**First Deputy Chief Clerk** of Bronx Supreme Court, Civil Division—In this position I am in charge of the Civil Division of Bronx Supreme Court. Under my supervision are 25 assorted court parts, 65 non-uniformed employees, 30 uniformed court officers and the Central Clerk's Office of the Civil Division. I manage court operations relating to case processing, public and employee relations, the hiring of new employees, and the deployment of non-judicial personnel, along with various other administrative duties.

### March 2000 to January 2001

**Case Management Coordinator,** Bronx Supreme Court, Civil Division— Appointed along with two other Coordinators to draft and proposal and subsequently develop new Differentiated Case Management System for Bronx Supreme Court. Supervision of 5 DCM staff members and coordination of duties within said department and the 3 courtrooms designated to handle cases under the new criteria established. Helped develop templates for forms, statistical reports and case inventories to be used in department. Collaborated with co-coordinators in the DCM Manual in use in Bronx Supreme Court. Liaison between office and a third of our Justices during the initiation and implementation of the system. Trained assorted court personnel, including judges and their staffs, in the use of the Case Management System on their PCs.

### April 1993 to March 2000

**Associated Court Clerk**—Bronx Supreme Court, Civil Division--- Promoted to position upon passing examination. Held various positions within Central Clerk's



Office. Started as **Supervisor of the Front Intake Counter**, in charge of three Senior Court Clerks. After two years, offered lateral move to the Legal Support Bureau where I was in charge of the **Mental Hygiene Hearings**. Coordinated said hearings for the following year. Worked as the **Infant Compromise Clerk** and assisted public with partial withdrawals of same. Handled all the **Inmate Mail** and addressed their issues, both on paper and over the phone. In 1998, offered and accepted the position as **Head of Guardianship Department**, where I handled all guardianship and fiduciary matters in Supreme Court. Subsequently trained and supervised a Senior Court Clerk within the department. Was implemental in uncovering several infant compromise fraud cases, dealing directly with the Bronx District Attorney's Office in the prosecution of these matters.

September 1988 to April 1993

**Senior Court Clerk**—Bronx Supreme Court, Civil Division. Hired off of promotional exam. Assigned as back-up clerk to IA-5. Scheduled attorney notices, printed calendars, processed motions filed in Central Clerk's Office. Subsequently assigned as **clerk in charge of IA-5** working with Justice Hansel McGee.

December 1983 to September 1988

**Official Court Interpreter (Spanish)**—Criminal Court of the City of New York. Performed simultaneous interpretation of on- the- record proceedings and translation of records. Conducted interviews in courtpens and mental institutions for members of the bar and various outside agencies.

March 1981 to July 1981

**Senior Office Assistant** — Bronx Surrogate's Court. Hired from promotional exam. Assigned to **Administration Department** and subsequently was put in charge of **Record Room.**

July 1978 to March 1981

**Clerk/Typist**— Civil Court of the City of New York, Bronx Landlord and Tenant Court. Assigned to the Calendar Division where I typed and printed court calendars. Answered phone inquiries and assisted on the Order to Show Cause Counter.



**September 1977 to July 1978**

**Assistant to Vice President H. McDowell**— Manufacturers Hanover Trust, 4 New York Plaza— Handled time sheets for the Computer Division. Did assorted typing for V.P.

**January 1977 to September 1977**

**Clerk/Messenger**—American BankNote Company— Worked in Mail Department, sorted and delivered mail. Answered telephone inquiries and assisted with filing.

## Education

**John Jay College of Criminal Justice**— Presently pursuing my Master's Degree in Public Administration with a specialty in Court Administration.

**Lehman College**, CUNY — June 1998– Received a Bachelor's Degree (cum laude) with a Political Science major and a minor in Psychology. Placed on Dean's List and inducted into the Golden Key National Honor Society. Vice-President of Political Science Club 1997-1998

**Adlai E. Stevenson High School** — January 1976– Graduated with Academic Diploma

## Professional Affiliations

DCM Working Group Committee

Supreme and County Court Clerks Association

Bronx County Gender Fairness Committee
      Subcommittee – National Domestic Violence Awareness Day
      Subcommittee – Women in the Courts
      Subcommittee– National Women's History Month

Integrated Domestic Violence Court Working Group Committee

CCIS and City Case Working Group Committee

Golden Key National Honor Society – Lifetime Member

Cervantes Society

## References

Honorable Luis A. Gonzalez, Justice of the Appellate Division
27 Madison Avenue
N.Y., N.Y. 10010
212 340 0571

Honorable Hector Diaz
County Clerk, Bronx County
851 Grand Concourse   Room 118
Bronx, NY 10451
718 590 3648

Robert A Shaw, Esq.
President, Bronx County Bar Association
Ahmuty, Demers and McManus
123 William Street NY,NY 10038
212 513 7788

UCS-5 (Rev. 10/98)



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

2004 MAR 16 AM 10 25

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: *Chief Clerk VII* | Announcement #: *25405* | Geographic Location of Position: *Bronx* |
|---|---|---|

**1. Last Name** *Corporan,*  **First Name** *Helen*  **Initial** *P.*

Mailing Address *273 Reynolds Ave.*

City or Post Office *Bronx,*   State *NY*   Zip Code *10465*

Telephone Number Home: *718 931 7206* Business: *718 590 6644*

Social Security Number *083 30 9137*

**2. AGE:** Are you at least 18 years of age?
Yes ☒ No ☐
If no, indicate your date of birth
Month        Day        Year

**3. CITIZENSHIP:**        Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒  No ☐
If no, do you have a legal right to work in the
United States ?  Yes ☐    No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**

If you answer "YES" to any of these questions, give details on an attached sheet.

a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i.  Have you ever been convicted of an offense against the law? | | X |
| ii.  Have you ever forfeited bail or other collateral? | | X |
| iii.  Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

**5. EDUCATION**

| | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | *See resume* | | | | | | |
| College, Univ. Professional or Technical School | | | | | | | |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| *See Resume* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

x *Helen P. Corporan*
Signature of Applicant

*3/16/04*
Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**



# Written by Raymond J. Diaz

In preparation for the position of Chief Clerk VII, which mandates all the necessary responsibilities and duties required to better serve the New York State Unified Court System, I have dutifully and eagerly learned and acquired the experience I believe will qualify me to fulfill and better serve this position.

As Principle Court Officer of the Bronx Supreme Court Civil Division, my duties which mirror that of the Chief Clerk VII, are staff deployment analysis and the provision of budgetary reports to facilitate the acquisition of equipment.

I hold a Master of Arts Degree from John Jay College of Criminal Justice in Criminal Justice Planning and Administration. The degree gives me the educational fortitude to handle statistical analysis, budgetary constrains and staffing deployment.

Previously in 1982-1986, I held the position of Criminal Justice Coordinator for the Borough of Manhattan that consisted of training and evaluating a staff of 107 employees with multiple job titles and responsibilities. The basic task was information gathering and computer analysis which were applied to staffing constrains.

From 1977 - 1982, at the United States Department of Justice assigned to Federal Bureau of Prison, I coordinated and trained correctional officers in collecting and analyzing prisoner information. The information was utilized for the goal of classifying security risk which led to the establishment of new prison policies and compliance procedure. Other duties, included hostage negotiator and counselor that enable time to develop my interpersonal skills.

Furthermore, I attended Pace University School of Law in 1996-1998, where I acquired legal skills which pertained to labor relations. These skills continuously enhance my ability to better serve in my present position.

# RAYMOND J. DIAZ

*351 WASHINGTON AVENUE • BROOKLYN, NEW YORK 11238 • 718-638-5070 • CELL 917-796-4996*

## Employment

**PRINCIPAL COURT OFFICER II**        **2000 – PRESENT**
*Bronx Supreme Court - Civil Division*        *Bronx, New York*

Responsibilities include supervising security operations both in and outside of the court house facility pertaining but not limited to Bronx Supreme Court. Coordinate the staffing of court parts and the training of the officers in those parts. Conduct analysis of existing security policies with regards to efficiency and cost effectiveness whose results may lead to the implementation of innovative polices. Monitor in-service training of new officers with regards to their adherence to security polices, regulations and practices. Conduct research and feasibility studies with regards to Civil Division's polices and that of other agencies.

**SENIOR COURT OFFICER**        **1986 – 2000**
*Bronx Supreme Court - Criminal Division*        *Bronx, New York*

Provided security and safeguarded the general public and court personnel. Processed and arrested prisoners; maintained court order and decorum. Trained in Coronary/Pulmonary Resuscitation (CPR), Firearms, and Judicial Protection. Duties included Educational Liaison Officer in State's Partner in Education Program for potential dropout students. Served as a Union Representative for the Senior Court Officers.

**COORDINATOR FOR THE BOROUGH OF MANHATTAN**        **1982 – 1986**
*New York City Criminal Justice Agency*        *New York, New York*

Coordinated the Release on Recognizance units on a 24 hour basis; special projects; mass arrest sweeps; computer data collection and entry; information collection and analysis in the form of monthly productivity reports; trained and evaluated a staff of 107 employees; with multiple tasks on R.O.R. procedures and computers; established agency policy and compliance procedures; conducted research and feasibility studies.

**SECOND LIEUTENANT OF FEDERAL RIOT CONTROL UNIT**        **1977 – 1982**
*United States Department of Justice, Federal Bureau of Prisons*        *New York, New York*

Assigned stations included the Atlanta Penitentiary, Miami Metropolitan Correctional Institute, San Diego Metropolitan Correctional Institute and New York Metropolitan Correctional Center. Coordinated and trained the federal correction officers on special riot control weapons and procedures. Safeguarded, transported, confined federal prisoners within and out of the institution. Collected and analyzed information of prisoners' background, escape risk, security classification. Assisted as a Liaison between prisoner and unit team, interpreted, hostage negotiator and counselor. Worked as a unit committee member for prisoners, which established prison policy and compliance procedures.

**SUPERVISOR**                                                                          **1975 - 1976**
*New York City Criminal Justice Agency*                                    *New York, New York*

Responsibilities included data collection and investigated units of the Manhattan Branch. Assisted as the agency liaison officer with Central Booking Unit, Central Warrants Unit and the District Attorney's Unit of the Manhattan Criminal Justice System. Trained and supervised the Criminal Court investigators. Decided merits of applications for defendants' release on recognizance submitted to the Justices of Manhattan Criminal Court. Gave recommendations regarding agency policies and procedures.

**INTERVIEWER & NEIGHBORHOOD REPRESENTATIVE**                          **1974 - 1975**
*Vera Institute of Justice: Pre-Trial Agency, Brooklyn Criminal Court*    *Brooklyn, New York*

Worked as an interviewer and neighborhood representative. This was a pilot project to oversee Brooklyn's Criminal Arrest could be initiated out of the court system and the warrant rate to be reduced through closed community involvement. As a neighborhood representative, I kept in contact with defendants from a section of Brooklyn and confirmed if warrants were issued. Those defendants were brought into custody. Worked as a volunteer for the community located and informed the board of all outstanding warrants and arrested those defendants who violated those orders.

## Education

**MAJORED IN LAW**                                                                       **1995 - 1997**
*Pace School of Law*                                                           *White Plains, New York*

Two (2) years completed at night.

**MASTERS OF ARTS**                                                                      **1976 - 1978**
*John Jay College of Criminal Justice*                                         *New York, New York*

Majored in Criminal Justice Planning and Administration.

**BACHELOR OF SCIENCE**                                                                  **1971 - 1975**
*John Jay College of Criminal Justice*                                         *New York, New York*

Majored in Criminal Justice Planning and Administration with a minor in Statistical Research.

## Special Awards & Honors

- Bernard Botein Award for outstanding contributions to the Administration of Justice.
- Meritorious Award for the World Trade Center disaster on 9/11/02.
- Numerous Awards for professional, community and educational service.
- Five (5) Meritorious Awards, involved off-duty arrests.
- One (1) New York City Board of Education Certificate for Law Career Day.
- Two (2) Thurgood Marshall letters of Appreciation.

## Community Affairs

- Speaker for the Quality Service for the Bronx Supreme Courthouse.
- Speaker on Elder Abuse issues at community groups.
- Member of New York City Coalition of Elder Abuse.
- March of Dimes.
- Toy Drive for Hospitalized Children.



# INTERIM ORDER

| SUBJECT: | REVISION TO PATROL GUIDE PROCEDURE 204-08, "FIREARMS - GENERAL REGULATIONS" | |
|---|---|---|
| **DATE ISSUED:** | **REFERENCE:** | **NUMBER:** |
| 09-05-00 | PG 204-08 | 35 |

1.    Current Patrol Guide procedure 204-08, "Firearms - General Regulations" prohibits members of the service from entering Family Court while armed if involved, other than as an arresting officer or on official business, in a Family Court case.

2.    This procedure is being amended to include the prohibition of members of the service from entering Supreme Court Matrimonial Parts, while carrying firearms, under identical circumstances for the safety and well-being of all parties, members of the service, and others involved in matrimonial proceedings.

3.    Therefore, Patrol Guide procedure 204-08, "Firearms - General Regulations," is amended as follows:

    a.    **REVISE** step "16", page "3", to read:

    "16.    Do not enter Family Court or Supreme Court Matrimonial Parts while armed if involved, OTHER THAN AS ARRESTING OFFICER OR ON OFFICIAL BUSINESS, in Family Court case or Supreme Court matrimonial case.
        a.    Safeguard firearms at a location other than Family Court or Supreme Court OR if within New York City, the member concerned may elect to deliver firearm to desk officer of precinct in which Family Court or Supreme Court is located.
        b.    Uniformed member of the service present at Family Court or Supreme Court as an arresting officer or on official business will report to the court officer supervisor and sign the Law Enforcement Officer log."

4.    Any provisions of the Department Manual or any other Department directives in conflict with the contents of this order are suspended.

**BY DIRECTION OF THE POLICE COMMISSIONER**

**DISTRIBUTION**
**All Commands**

UCS-5 (Rev. 10/98)



SUPREME COURT
CHIEF CLERKS OFFICE

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: CHIEF CLERK VII | Announcement #: 25405 | Geographic Location of Position: BRONX, NEW YORK |
|---|---|---|

| 1. Last Name  First Name  Initial | 2. AGE: Are you at least 18 years of age? |
|---|---|
| DIAZ       RAYMOND       J. | Yes X   No ☐ |
| Mailing Address 351 WASHINGTON AVENUE | If no, indicate your date of birth  Month       Day       Year |
| City or Post Office  State  Zip Code | 3. CITIZENSHIP:       Form I-9 attached ☐ |
| BROOKLYN,       NY       11238 | Are you a citizen of the United States? Yes X  No ☐ |
| Telephone Number  Social Security Number: | If no, do you have a legal right to work in the United States ? Yes ☐   No ☐ |
| Home:718-638-5070 Business 718-590-3875  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 | |

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**

If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | JULIA RICHMOND H.S. | FULL | 4 YRS. | YES | ACADEMIC | | |
| College, Univ. Professional or Technical School | JOHN JAY COLLEGE CRIMINAL JUSTICE | FULL | 4 YRS. | YES | MASTER DEGREE IN CRIMINOLOGY AND ADMINISTRATION | 36 | MA |
| Other Schools or Special Courses | PACE UNIVERSITY SCHOOL OF LAW | PART-TIME | 3 YRS. | NO | LAW SCHOOL | 48 | N/A |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| SEE RESUME | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45

x _Raymond J. Diaz_
   Signature of Applicant

MARCH 3, 2004
_____
Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

William F. Donohue, Esq.
222 Judson Avenue
Dobbs Ferry NY 10522
May 7, 2004

2004 MAY -7  PM 2:00

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

Responsibilities of Chief Clerk 12ᵗʰ Judicial District Civil Term

Having benefitted from three decades experience in the Uniformed Court System, I believe the position of Chief Clerk requires a commitment which exceeds working 9-5, Monday to Friday. As an attorney, my legal education, practical experience and ability to relate to people have prepared me for this undertaking. I believe Justice is best served through diligent performance of my duties. There is always more than one way to perform a task.

I possess unique qualifications to manage this position. Throughout my years of service I have personally participated in many innovations in the Court System: Felony pleas in Criminal Court, the Domestic Violence Part, the implementation of Uncontested Divorce Packets, the Panel for Self Represented Litigants and Integrated Domestic Violence . I have analyzed problems and developed solutions in the administrative(interviewed prospective and promotional candidates, provided budgetary and educational input), civil divisions ( managing Matrimonial, creating DCM and IDV, overseeing Legal Support). Most recently, after being appointed Chief of the Matrimonial Bureau, I eliminated, what was at that time, a waiting period in excess of seven months. The Bureau is now current, cases are reviewed as they arrive, there is no delay processing cases. I also have insight into the working of a judge's chambers having served as a judicial intern and having chaired Fee Resolution Dispute Panels. Therefore I have unique insight regarding Security, case management, legal procedure, budget preparation, employee evaluation and deployment, and interaction with the public and related agencies.

I have learned the best way to solve a problem is to prevent it. The seemingly daunting tasks facing the future of Bronx Supreme Court and the Uniformed Court System: Access to Justice, Juror attendance, Security and emergency preparedness, fiscal prudence and public confidence in the Court system require analysis, original thought and perseverance`. These problems must be assessed with sensitivity to the diverse customers and employees involved in the court system.



I have represented Bronx Supreme Court on the panel to increase Access to the Courts for Self Represented Litigants. This panel has implemented a course of action to increase the ability for litigants to have access to the Courts and the law. Establishing an Office of the Self Represented in Bronx County is long over due.

Methods to increase the efficiency of Juror service must continue to be sought. Eliminating unnecessary appearances by jurors and the continued improvement of the juror's environment at the courthouse must be given constant attention

My experience as a Supervising Court Officer has given me an appreciation of Court Security both in the court room and the area surrounding a court house. This knowledge is essential in an era of heightened security and the construction of a new building in our County.

While addressing these topics, resolutions must be found without requesting additional funds but lack of funds will not prevent ideas and the creation of solutions that may provide ways of eliminating expenditures and thereby freeing funds for other purposes. It is essential that while we continue to balance service and finance no one is turned away from our courts. The public confidence in the Justice system is formed by their treatment from the original contact of the court be it, a Juror's Questionnaire, service of process or telephone inquiry. At each point of contact with the public all judicial and non judicial personnel must realize they represent the Court system. Efficient and respectful treatment of people entering the building, maintenance of clean facilities and the decorous conduct of court personnel during a procedure, each ensures our users receive the best treatment possible. Fiduciary competence and oversight are also a priority to maintain public confidence in the system. Methods to monitor these appointments must continue to be fostered.

Future plans for Bronx Supreme Court should include: alternate manners for paying fees such as credit cards and internet use, examining the need for a Commercial Division in the Civil term, Electronic filing in Civil cases, use of law students in Pro Bono programs and a safe waiting area for children of court users.

My wealth of experience in the Courts and professional education gives me the foundation needed to undertake the position of Chief Clerk. I have implemented and created innovations within the court system, I possess the experience, the vision and the optimism needed to welcome new ways to bring Justice to the community that is Bronx County.



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

2004 MAR -8 AM 9:42
BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: **Chief Clerk VII** | Announcement #: **25405** | Geographic Location of Position: **Bronx County** |
|---|---|---|

**1. Last Name**    First Name    Initial
  **Donohue**    **William**    **F.**
Mailing Address
  **222 Judson Avenue**

City or Post Office    State    Zip Code
**Dobbs Ferry**    **NY**    **10522**
Telephone Number    Social Security Number
Home: **914 693-8274**    Business: **718 590-3717**   **095424044**

**2. AGE:** Are you at least 18 years of age?
   Yes **X**   No ☐
If no, indicate your date of birth
   Month    Day    Year

CITIZENSHIP:     Form I-9 attached ☐
Are you a citizen of the United States? Yes ☐   No ☐
If no, do you have a legal right to work in the
United States ? Yes **X**   No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | **Manhattan Prep**   **Bronx, NY** | full | 4 | Yes | Science | | |
| College, Univ. Professional or Technical School | **La Salle University** **Philadelphia Pa.** | full | 4 | Yes | Business Administration | 121 | B.S. May, 1972 |
| Other Schools or Special Courses | **Pace University School of Law** **White Plains, NY** | part | 4 | Yes | Law | 90 | Juris Doctor May, 1994 |

*If you have a high school equivalency diploma, give number and year of issue:

| 6 EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| See Attached Resume | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

**PLEASE COMPLETE THIS AFFIRMATION**

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

x *William F. Donohue*
     Signature of Applicant

       March 5, 2004
          Date

# THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER



### William F. Donohue, Esq.

222 Judson Avenue  
Dobbs Ferry, NY 10522

Home  (914) 693-8274  
Office: (718) 590-3717

#### Summary

An attorney with management skills and extensive experience in legal procedure and public affairs seeking an administrative opportunity, which can utilize my expertise in management, administration, legal procedure, budget preparation, statistical analysis, employee evaluation, public safety and security. Admission to the New York Bar, February, 1995.

#### Unified Court System  State of New York            1973 to Present

#### Deputy Chief Clerk  12th Judicial District
Support the Supreme Court Justices as Bureau Chief of the Matrimonial Bureau, which examines and prepares orders and judgments for the Judges, Judicial Hearing Officers and Special Referees.
Handle large volume of inquiries from attorneys and self represented litigants.

#### State of New York  Office of Court Administration
Member of the panel that reviews every applicant for the position of Court Officer in the State of New York, hear any subsequent appeals and determines their acceptance for appointment as an armed New York State Court Officer.

Member of the panel which examines and recommends programs and services for Self Represented Litigants

#### Assistant Deputy Chief Clerk   Legal Support Bureau   Bronx Supreme Court
Civil Term
Examined documents for legal propriety prior to signature of the sixty Supreme Court Justices.  These orders included:  Orders of Reference, Judgments of Foreclosure and Sale, Orders to Show Cause, provisional remedies, infant's compromises, Article 78s, guardianships, matrimonial writs and other orders that impacted individuals, corporations and non profit organizations.

#### Associate Court Clerk  Felony Complex  Criminal Court of the City of New York
Supervised 40 employees in the busiest Criminal complex in New York State.

#### Trial Clerk            Supreme Court Bronx County
Criminal Court of the City of New York

Responsible for the duties of this position in civil, criminal and domestic violence courtrooms.



**Court Officer      Supreme Court Bronx County**
**Criminal Court of the City of New York**
Supervised courtroom security for criminal actions.

**Legal**
Admitted to The New York Bar, February 1995

**Fee Dispute Arbitration Panel   12ᵗʰ Judicial District**
Arbitrate attorney client fee disagreements. Hear testimony and render a decision
resolving the dispute pursuant to the applicable law.

**Judicial Internships**
Hon. Barry Salman  New York State Supreme Court  Civil Term      Bronx County 1994
Hon. John N. Byrne  New York State Supreme Court  Criminal Term Bronx County 1993

**Personal**

**Board of Directors**
Emerald Isle Immigration Center, Queens & Bronx, New York
Our Lady of Victory Academy, Dobbs Ferry, New York
St. Catharine Academy, Bronx, New York

**Brehon Law Society, New York, New York**
Member    1994 to present

**Community Service**
CYO Basketball Coach
Our Lady of Perpetual Help, Ardsley, New York  1994-1998
Sacred Heart, Dobbs Ferry, New York           1999- 2003

**Education**
Pace University School of Law   White Plains, New York.              Juris Doctor 1994
Dean's List

LaSalle University              Philadelphia, Pennsylvania.   Bachelor of Science 1972

**Awards**
The Association of the Bar of the City of New York
Botein Award   2001
Recognizing outstanding contributions to the administration of the courts in the City of
New York

# STATE OF NEW YORK
## UNIFIED

*withdrew*



MAR 24 PM 3:3
SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION                    EMPLOYMENT

| Title of Position: **Chief Clerk VII** | Announcement #: **25405** | Geographic Location of Position: **Bronx** |
|---|---|---|

| 1. Last Name    First Name    Initial | 2. AGE: Are you at least 18 years of age? |
|---|---|
| Egan    William    C. | Yes **X**   No ☐ |
| Mailing Address | If no, indicate your date of birth |
| 14 Cypress Lane | Month        Day        Year |
| City or Post Office    State    Zip Code | 3. CITIZENSHIP:            Form I-9 attached ☐ |
| Orangeburg    New York    10962 | Are you a citizen of the United States? Yes **x**    No ☐ |
| Telephone Number    Social Security Number | If no, do you have a legal right to work in the |
| Home: 914-359-2668   Business: 718-590-3713/102-406-0060 | United States ?   Yes ☐    No ☐ |

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**

If your answer is "YES" to any of these questions, give details on an attached sheet.

a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | | |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | NC |
| ii. Have you ever forfeited bail or other collateral? | | NC |
| iii. Do you now have any criminal charges pending against you? | | NC |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | NO |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | NO |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | NO |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | DON BOSCO H.S. RAMSEY N.J. TAPPAN ZEE H.S. ORANGEBURG NY | | TWO TWO | YES | ACADEMIC | | ████ |
| College, Univ. Professional or Technical School | ROCKLAND COMM COL. SUFFERN | FULL | ONE | NO | LIBERAL ARTS | 32 | |
| | TECHNICAL CAREER INSTITUTES | FULL | TWO | YES | ELECTRONICS TECHNOLOGY | 64 | YES |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| **SEE ATTACHED** | | | | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

## PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law {§210.45}

X _____          March 24, 2004
        Signature of Applicant                      Date

### THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER



# William Charles Egan

14 Cypress Lane-Orangeburg, New York-(845) 359-2668-WEGAN@courts.state.ny.us

SUMMARY OF QUALIFICATIONS

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

A motivated **Court Clerk** with superior skills in operations management. A reliable and resourceful administrator. Proven ability in supervising subordinate clerks in policies and procedures with the highest level of professionalism.

PROFESSIONAL EXPERIENCE

**Bronx Civil Supreme**                                                          June 1990/Present

*Case Management Coordinator*

**Differentiated Case Management Department**                    Dec. 2001/Present
Work with Administrative Judge, Judges and staff to improve flow of cases.
Attend Users seminars to improve tools in CCIS.
Attend CMS groups to better implement Case Management.
Supervise DCM department.
Work to improve software (CMS) to greater assist court personnel.
Provide administrative support for front office.

*Associate Court Clerk*                                                          June 1996/Dec. 2001

**Differentiated Case Management**                                      April 2000/Dec. 2001
Integrate new Differentiated Case Management system.
Assist in development of Bronx Civil Supreme DCM manual.
Determine and maintain procedures for tracking and keeping statistics on the DCM cases.
Train Criminal Supreme clerks to perform the duties of a clerk in a Civil Term Trial Part.

**Matrimonial Department**                                                  Sept. 1998/April 2000
Work with public and attorneys in reviewing papers for submission to Special Referees.

**Motion Support Office**                                                      June 1996/Sept. 1998
Supervise activities of 26 court clerks in Civil Supreme. Department handles scheduling, calendar marking, preparation of papers submitted to courtroom, entry of all judicial orders and keeping statistics.
Trained new and existing personnel , both part clerks and back office on new and existing policies.

*Senior Court Clerk*                                                            June 1992/June 1996

**Part clerk** with Judge Salman in IA-7
**Front counter**
Main interface between civil Supreme and the public (Both attorneys and Pro-se).
Review all papers for submission to Civil Supreme.
Implemented new procedures in transition to filing state.



# William Charles Egan

14 Cypress Lane-Orangeburg, New York-(845) 359-2668 - WEGAN@courts.state.ny.us

**Bronx Criminal Court**                                              Jan. 1990/June 1992
*Court Officer*
All purpose parts - Arraignments - Building Security

**Recent Seminar**
Facilitating Access- Trainer                                          November 2003

## ADDITIONAL EXPERIENCE

**B&F Contracting** - Orangeburg, New York                           1986/1990
*Home Improvement & Home Repair*
Assisted in residential construction projects for this local general contracting firm.

**Fairchester Snacks** - White Plains, New York                      1983/1986
*Distributor*
Owned and operated distributorship in conjunction with this multi-million dollar national snack food
company (Borden, Wise). Acquired new accounts, delivered merchandise and maintained all records
including financial.
Increased annual sales by 150% over a three year period.

**Burroughs Corporation** - Belivue, New Jersey                      1975/1983
*Field Engineer*
Repaired and maintained computer mainframes and peripherals in large financial processing centers for
this multi-million dollar computer company.

## EDUCATION

**Technical Career Institutes** - New York, New York                 1972/1974
*Electronics Technology*         Graduated

**Rockland Community College** - Suffern, New York                   1970/1971
*Liberal Arts*                   40 Credits

**Tappan Zee High School** - Orangeburg, New York                    1968/1970
*Academic*                       Graduated

**Don Bosco High School** - Ramsey, New Jersey                       1966/1968
*Academic*





STATE OF NEW YORK
UNIFIED COURT SYSTEM
TWELFTH JUDICIAL DISTRICT, SUPREME COURT
851 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 590-3942

JONATHAN LIPPMAN
Chief Administrative Judge

JOAN B. CAREY
Deputy Chief Administrative Judge
New York City Courts

GERALD V. ESPOSITO
Administrative Judge - Civil Branch
Twelfth Judicial District
Supreme Court

May 14, 2004

Mr. William C. Egan
14 Cypress Lane
Orangeburg, New York 10962

Dear Mr. Egan:

Your response to employment announcement #25405 for the position of Chief Clerk VII, in the Bronx Supreme Court, Civil Division has been received.  Your interview has been re-scheduled, please appear for an interview:**

ON:    **May 27, 2004**

AT:    **10:30 a.m.**

**Supreme Court, New York County**
**100 Centre Street, Room 1715**
**New York, New York 10013**
**Telephone #: (718) 590-3942**

If you are no longer interested in the position, please sign the declination form below and return on/or before the scheduled interview date.

Sincerely,

Lily M. Marquez
Administrative Aide

_____

I am no longer interested in the position.

Name: _____      Date: 5-24-04
**Accommodations for the disabled will be provided if requested.

Roger Fahey, Jr.

2004 MAY -7 AM 8: 1.
BRONX SUPREME COURT
CHIEF CLERKS OFFICE

May 6, 2004

Hon. Gerald V. Esposito
Administrative Judge-Civil Branch
Twelfth Judicial District
Supreme Court

   The Chief Clerk of Bronx Supreme Court, Civil Division is a position I would undertake with confidence and enthusiasm. My entire work and life experience has made me familiar with the duties and responsibilities of this job.

   I am particularly sensitive to the needs of the Bronx. I have resided in the Bronx for the past 18 years. I attended Fordham University, Bronx, New York where I majored in Communications. My father was an associate court clerk in both Bronx Supreme Civil and Criminal for thirty years.. Prior to that, his father was Chief Clerk of the old Municipal Court in the Bronx. Thus, I take pride in both my family and the tradition of the court system.

   Currently Bronx Supreme Civil term has 25 parts, with a staff of 64 people. There is also a law department with three Special Referees and six court attorneys. Court officers, court reporters, and court interpreters maintain offices under the supervision of the Chief clerk.

   As administrator it is essential to leave communication lines open. Each department understands its role but sometimes conflicts arise as to job duties. Often, despite the myriad of memorandums distributed, people are often misinformed. I majored in communications and realize the importance of written statements and precise dialogue.



Supreme court interacts with the County Clerk and other agencies which use different databases. Employees should at least be somewhat familiarized with these systems. The creation of the IDV part which selects cases from Supreme Civil, family court and criminal court based on domestic violence and upcoming merger of the criminal courts also impact on Supreme Court, civil branch.

In coming years the Criminal branch of Supreme Court is expected to relocate to a new building. This presents an opportunity for the Civil branch to expand but also could present logistical problems. Currently many judges and their support staff work in subpar conditions. An analysis of upcoming needs regarding space especially with regards to pro se litigants is crucial.

The events of 9/11 shook the world, but impressed many with a sense of the strength and determination of New York city. I, like many, watched the events on television feeling frustrated at the inability to help. However when the courts resumed operation on 9/13/01 I took pride in the fact that I was part of a system that worked. It is this pride and confidence that I hope to bring to the job as Chief Clerk, Bronx Supreme Court, Civil Division.

Sincerely,

Roger M. Fahey Jr.
Associate Court Clerk
Bronx Supreme Court, Civil Division

### Roger M. Fahey Jr.
1520 Research Ave
Bronx, New York 10465
Home Phone 718 828-0438

**SUMMARY**

2004 MAR 24  AM 10: 43

From 1997-on I have been in a supervisory position in Bronx Supreme civil court. I have become knowledgeable in almost every area of Civil Supreme and am experienced at supervising people.

**WORK HISTORY**

**1997-present**     *Associate Court Bronx Supreme Civil*
Beginning July 1997, promoted to Associate Court clerk, Bronx Supreme Civil. Worked in front office in intake position. Position included receiving papers filed in Supreme Civil, and answering questions regarding Supreme court from both attorneys and pro se litigants. Also steered people to other areas of court for filing papers or answering calendar calls.

October,1998 I began as supervisor to the part and backup clerks. Worked as liason between judges and clerks. Supervised personnel of up to twelve people in office and over 15 parts, which included evaluating them. Handled all computer problems in Bronx Supreme Civil, working with computer help desk in Albany. This section maintained calendars and motions for the parts, as well as making sure calendars and important matter were printed in the New York Law Journal. Beginning October, 1999 worked in uncontested Matrimonial section, checking papers from pro se litigants and attorneys.

**1991-1997**     *Senior Court clerk, Bronx Supreme civil*
After nine months as a provisional senior court clerk, with a brief hiatus as court assistant, I became a permanent senior court clerk in Bronx Supreme court. Started as backup clerk in motion support. My duties included running calendars, checking and entering ex-parte orders and filling in as a part clerk. In summer of 1993 I became a part clerk in an individual assignment part. Duties included handling a calendar and supervising trials. From 1993-1997 I worked as the clerk in the only matrimonial part in Bronx Supreme.

**1988-1991**     *Court Assistant, Bronx civil court*
Began in court system as court assistant in small claims court. Received claim applications, check and entered calendars among other duties.

*Clerk, Dean Witter Reynolds*
Clerk on the NYSE floor. Took phone orders buying and selling stock and stock options, and relating information between floor brokers and traders.

**EDUCATION**
*Fordham University, B.A. Communications, Interned at Heights Inwood newspaper as reporter*

*Holy Cross H.S., Flushing, N.Y.*

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM



2004 MAR 24  AM 10: 40

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION  FOR  EMPLOYMENT

| Title of Position: CHIEF CLERK VII | Announcement #: 25405 | Geographic Location of Position: SUPREME COURT BRONX COUNTY |
|---|---|---|

| 1. Last Name FAHEY | First Name ROGER JR | Initial M | 2. AGE: Are you at least 18 years of age?  Yes X  No ☐ |
|---|---|---|---|
| Mailing Address 1520 RESEARCH AVE | | | If no, indicate your date of birth  Month   Day   Year |

| City or Post Office BRONX | State NY | Zip Code 10465 | 3. CITIZENSHIP:   Form I-9 attached ☐ |
|---|---|---|---|

Are you a citizen of the United States? Yes ☐   No ☐
If no, do you have a legal right to work in the United States ? Yes ☐   No ☐

Telephone Number
Home:718 828-0438   Business:718 590-3717   Social Security Number 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

| 4.  ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i.  Have you ever been convicted of an offense against the law? | | X |
| ii.  Have you ever forfeited bail or other collateral? | | X |
| iii.  Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | HOLY CROSS, FLUSHING, NY | FULL | 4 | YES | GENERAL | | |
| College, Univ. Professional or Technical School | FORDHAM UNIVERSITY | FULL | 4 | YES | COMMUNICATIONS | 128 | B.A. |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6.  EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)  NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION  Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| BRONX SUPREME COURT, 851 GRAND CONCOURSE | 1346 | 7/97 | . | | ASSOCIATE COURT CLERK |
| BRONX SUPREME COURT, 851 GRAND CONCOURSE | 900 | 4/92 | 7/97 | | SENIOR COURT CLERK |
| BRONX CIVIL COURT, 850 WALTON AVE, BX | 461 | 7/88 | 4/92 | | COURT ASSISTANT |
| DEAN WITTER REYNOLDS, 2 WTC, NY , NY | 711 | 6/79 | 7/88 | | CLERK, NYSE FLR |
| PAINE WEBBER 25 BROAD ST, NY , NY | 150 | 8/78 | 6/79 | | |

**7.  REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45

x _____
Signature of Applicant

3/5/03
Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

2004 MAR 23  PM 3 3

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

Michael Golden
5441-B  Sylvan Avenue
Bronx, New York  10471

Hon. Gerald Esposito
Administrative Judge
Supreme Court, Civil Term
Bronx County
851 Grand Concourse
Bronx, New York 10451

Dear Justice Esposito,

March 23rd, 2004

     Enclosed find  my application and resume for the position of Chief Clerk VII,
Civil Term, Bronx Supreme Court,  announcement #25405.

     Because of my knowledge of civil practice and procedure in Supreme Court and
my supervisory experience in the Civil and Criminal Term,  I believe that I possess  the
necessary skills to efficiently perform the duties and fulfill the responsibilities of Chief
Clerk in the Civil Term.

Sincerely,

Michael Golden

Michael Golden, P.C.C.



# Michael Golden

5441-B  Sylvan Avenue
Bronx, NY 10471

718 590-3715 MG3023@aol.com

### Objective

To obtain the position of Chief Clerk VII, Bronx Supreme Court, Civil Term

### Qualifications

SUPREME COURT                                                           BRONX COUNTY
**Principal Court Clerk**                                                    **1999 to present**

- Currently working in Ex Parte Orders Department. Review and check for sufficiency all Orders To Show Cause and other ex parte applications. Expedite orders that are time sensitive (emergency medical treatment, writs of habeas corpus, stays of foreclosure sales, Yellowstone injunctions, nuisance abatements and other temporary restraining orders).
- Act as supervisor of Orders Dept. when the Court Clerk Specialist is unavailable. Accessible to all the justices and court attorneys and other clerks for any assistance they request. Communicate on a daily basis with pro se litigants and members of the bar regarding proper court procedure and form.
- In Criminal Term of Supreme Court, supervised Arraignment Part. Responsible for all court staff working in the courtroom and coordinated with other agencies— Legal Aid Society, Dept. of Correction, District Attorney, representatives of various drug programs.

**Associate Court Clerk**                                                         **1995 to 1999**

- Supervised the front counter/incoming papers section in Civil Term. Responsible for training and performance of every clerk assigned to that area. Reviewed all submissions to the court, including motions, orders, writs, requests for conference, Requests for Judicial Intervention, notes of issue, orders to show cause, stipulations, opposition papers and subpoenas. Became proficient in understanding civil caseflow from commencement of action through disposition.
- Supervised the calendar/trial support section. Staffed all court parts with clerks and ensured that all daily work was completed in the office. Printed and distributed reports, generated motion calendars, computer entry of court decisions and orders.
- In Ex Parte Orders Department:  Personally handled all correspondence with incarcerated litigants ( orders to show cause, writs, Article 78 proceedings, name changes, orders in personal injury actions);
- Organized and called the calendar for Mental Hygiene Hearings at Bronx hospitals.
- Reviewed and processed applications for partial withdrawal of infant funds ( motions made by guardians of the infants);
- Reviewed orders related to all other types of cases, including: notices of settlement, judgments of foreclosure and sale, orders of reference, access orders, applications for mortgage or sale of church property, vacate tax warrants, etc.

**Senior Court Clerk**                                                         **1992 to 1995**

- Assigned to the front counter; Reviewed all  papers filed with the court. Learned about civil procedure from experience and by implementing the Uniform Court Rules. Large volume of submissions processed every day, with filings by attorneys, pro se movants, lawyer services.
- Directed persons seeking information to the proper agencies and courts.

**CRIMINAL COURT**                                              BRONX COUNTY
**Court Officer**                                               1990 to 1992

* Assigned to AP Part. Coordinated with defense attorneys, assistant district attorneys, department of correction, and court staff to efficiently call calendar of 80-100 cases/day.
* Completed all paper work for each day—calendars, orders of protection, securing orders, commitments, warrants, CPL 730 orders, etc.
* Performed court security duties-- bringing incarcerated defendants before the court, maintaining security in the courtroom, assisting the judge.

## Education

CITY COLLEGE OF NEW YORK
**B.A.**                                                        1976

HERBERT H. LEHMAN COLLEGE                                       BRONX NY
**Certificate, Computer Programming**                           1989

## Summary and other services

Twelve years total experience as clerk in Supreme Court , two years Criminal Term, ten years in Civil Term.

Quality Service Program: volunteered to be a Quality Service Evaluator for Bronx Supreme Court, and contact person for information about the program.

Directory for Court Assistance Centers and Public Access Libraries: volunteered to be contact person for Ex Parte Department in Bronx Supreme Court.

Problem solving: when asked for information by any co-worker or customer, the ability to draw on my knowledge of rules and procedure, and experience and common sense to try to find answers to questions involving any court matter.

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM



2004 MAR 23 PM 3:30

BRONX SUPREME COURT
CHIEF CLERKS OFFICE

# APPLICATION FOR EMPLOYMENT

| Title of Position: Chief Clerk VII | Announcement #: 25405 | Geographic Location of Position: Supreme Court, Bronx County, New York City |
|---|---|---|

| 1. Last Name — Golden | First Name — Michael | Initial | 2. AGE: Are you at least 18 years of age? Yes  X  No ☐ |
|---|---|---|---|
| Mailing Address: 5441-B Sylvan Avenue | | | If no, indicate your date of birth   Month    Day    Year |

| City or Post Office — Bronx | State — N.Y. | Zip Code — 10471 | 3. CITIZENSHIP:    Form I-9 attached ☐ |
|---|---|---|---|
| Telephone Number — Home: 718 601-0816 | Social Security Number 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 — Business: 718 590-3715 | | Are you a citizen of the United States? Yes  X   No ☐. If no, do you have a legal right to work in the United States ?  Yes ☐   No ☐ |

**4.  ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
   If your answer is "YES" to any of these questions, give details on an attached sheet.
   a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i.  Have you ever been convicted of an offense against the law? | | X |
| ii.  Have you ever forfeited bail or other collateral? | | X |
| iii.  Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Theodore Roosevelt H.S. , NYC | Full-Time | 4 | Yes | Academic | | |
| College, Univ. Professional or Technical School | City College of City of New York | Full-Time | 5 | Yes | Music | 132 | B.A. |
| Other Schools or Special Courses | Herbert H. Lehman College, NYC | Part-Time | 2 | ------- | Computer Programming | ------ | Certificate |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc.  Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any (Resume attached) |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| Bronx Supreme Court, 851 Grand Concourse, Bx. N.Y. 10451 | $1500 | 09 / 99 | present | --------- | Principal Court Clerk |
| Bronx Supreme Court, 851 Grand Concourse, Bx. N.Y. 10451 | $1085 | 10 / 95 | 09 / 99 | promotion | Associate Court Clerk |
| Bronx Supreme Court, 851 Grand Concourse, Bx. N.Y. 10451 | $730 | 04 / 92 | 10 / 95 | promotion | Senior Court Clerk |
| Bronx Criminal Court, 215 E. 161 St., Bx. N.Y. 10451 | $560 | 04 / 90 | 04 / 92 | promotion | Court Officer |
| | | . | . | | |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law {§210.45}

X _____
        Signature of Applicant

_____
March 23rd, 2004
Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYEE