UCS-23



**EMPLOYMENT OPPORTUNITY ANNOUNCEMENT**
**STATE OF NEW YORK**
**UNIFIED COURT SYSTEM**

**PLEASE POST**
ANNOUNCEMENT NO. 26403 AMENDED

| | |
|---|---|
| **POSITION TITLE:** | CHIEF CLERK VII                    JG -NS |
| **LOCATION:** | SUPREME COURT, KINGS COUNTY, NEW YORK CITY |
| **BASE SALARY:** | $118,805 |
| **CLASSIFICATION:** | EXEMPT/CONFIDENTIAL |
| **QUALIFICATIONS:** | BACHELOR'S DEGREE FROM AN ACCREDITED COLLEGE OR UNIVERSITY AND ONE SIX (6) YEARS OF WORK EXPERIENCE INVOLVING MANAGERIAL RESPONSIBILITIES SUCH AS HUMAN RESOURCE ADMINISTRATION, BUDGET PREPARATION, AND REVIEW OF DOCUMENTS FOR COMPLIANCE WITH POLICES, RULES, AND PROCEDURES; **OR** AN EQUIVALENT COMBINATION OF EDUCATION AND EXPERIENCE. |

**DISTINGUISHING FEATURES OF WORK:**

Chief Clerks VII are the highest-ranking non-judicial employees in the New York City Civil Court, the New York City Criminal Court, and the Family Court in the City of New York. They are also the highest-ranking non-judicial employees in the largest Supreme Courts in the State that are characterized by a combination of the following factors: Supreme Courts that for each of two (2) consecutive years have multiple, full-time parts; more than 150 employees (1) and a combined civil and criminal filings total (2) of more than 25,000 or more than 20,000 civil filings, or more than 10,000 criminal filings. Classification of individual positions to this title may also be affected by mitigating circumstances such as aberrations in caseload statistics. Chief Clerks VII serve in a confidential capacity and are responsible for managing court operations related to case processing, budget and payroll preparation, personnel management and employee relations, deployment of non-judicial personnel, and coordination with non-court agencies., and for performing other related duties. A Chief Clerk VII is also responsible for the receipt, accounting, and disbursing of fines, fees, bail and other public or custodial funds.

**ASSIGNMENT:**     Kings Supreme Court - Civil Term

**GENERAL INFORMATION:**

The above statements are intended to describe the general nature and level of work being performed by persons assigned to this title. They do not include all job duties performed by employees in the title and every position does not necessarily require the same duties. Although a position is available and situated at a specific location, the appointee may be subject to reassignment of any position in the same title in this promotion unit dependent upon the needs of the Unified Court System. All applications received from this announcement may be used to fill any vacancies in this title that may occur in this court or agency within the next three (3) months. Position(s) available at the present time 1 .

ALL INTERESTED PERSONS MEETING THE MINIMUM QUALIFICATIONS ARE ENCOURAGED TO SUBMIT A UCS-5 APPLICATION FOR EMPLOYMENT FORM (obtainable from any administrative office in a court building or at : www.nycourts.gov/careers/ucs-5.pdf )AND A RESUME TO:

> HON. NEIL FIRETOG
> ADMINISTRATIVE JUDGE
> SUPREME COURT, KINGS COUNTY
> 360 ADAMS STREET
> BROOKLYN, NEW YORK  11201

APPLICANTS ARE ENCOURAGED TO COMPLETE THE EEO DATA COLLECTION FORM.

**POSTING DATE:**     MARCH 3, 2004

**APPLICATIONS MUST BE POSTMARKED OR RECEIVED BY:**     MARCH 24, 2004

THE NEW YORK STATE UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES, AND INDIVIDUALS WITH DISABILITIES ARE ENCOURAGED TO APPLY.