

# STATE OF NEW YORK
## UNIFIED COURT SYSTEMS

### APPLICATION FOR EMPLOYMENT

| Title of Position: | Announcement #: | Geographical Location of Position: |
|---|---|---|
| COURT CLERK SPECIALIST | 24402 | SUPREME COURT, CRIMINAL TERM, NY COUNTY |

| 1. Last Name: | First Name | Initial | 2. AGE: Are you at least 18 years of age? |
|---|---|---|---|
| CARTAGENA | GEORGE | A | Yes  X____   No ____ |

| Mailing Address | If no, indicate your date of birth: |
|---|---|
| 48 WINTHROP DRIVE | Month_____ Day_____ Year_____ |

| City or Post Office | State | Zip Code | 3. CITIZENSHIP: Are You a citizen of the United States? Yes X__ No __ |
|---|---|---|---|
| CORTLANDT MANOR , NY 10567 | | | If no, do you have a legal right to work in the |

| Telephone Number | | | United States?  Yes___   No __ |
|---|---|---|---|
| Home:        Business:        Social Security Num: | | | |
| (914) 528-0009    (212) 374-4763    SS#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 | | | |

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If your answer is "YES" to any of these questions, give particulars on a separate piece of paper

|  | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as a youthful offender, wayward minor or juvenile delinquent<br>  i. Have you ever been convicted of an offense against the law?<br>  ( a Conviction is not automatic bar to employment , but will be considered in the context of the position  sought). | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work? | | X |
| c) Have you ever received a discharge from the Armed Force that was other than honorable ? | | X |

| 5 EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Dates of Attendance (Mo. & yr.) From   To | Were you graduated ? | Type of course or Major Subject | NO. of credits received | Degree received or Expected | Date Degree Received or Expected |
|---|---|---|---|---|---|---|---|
| High School* | A. E. STEVENSON H.S., BX , NY | 9/74 -6/78 | YES | | | | |
| College, University , professional or technical School | CITY COLLEGE OF NY<br>CUNY HUNTER COLLLEGE, NY | 9/80 - 5/81<br>9/81 - 1/83 | NO<br>NO | LIBERAL ARTS MATHIMATICS | | | |
| Other Schools or Special Courses | | | | | | | |

\* If you have a high school equivalency diploma , give number and year of issue?

**6. EXPERIENCE** (List your most recent employment first including volunteer work, military service, internship, work-study, etc. Attach a resume if available.

| NAME , ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM MO. YEAR | EMPLOYED TO MO. YEAR | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITIONS<br>Describe the kind of work performed and supervisory experience, if any. |
|---|---|---|---|---|---|
| OFFICE OF COURT ADMINISTRATION<br>25 BEAVER ST. , NY | JG-23 | 3/00 | PRESENT | PROMOTION | ASSOCIATE COURT CLERK |
| OFFICE OF COURT ADMINISTRATION<br>25 BEAVER ST. , NY | JG-21 | 5/97 | 3/00 | PROMOTION | SENIOR COURT CLERK |
| OFFICE OF COURT ADMINISTRATION<br>25 BEAVER ST. , NY | JG-18 | 5/91 | 5/97 | PROMOTION | SENIOR COURT OFFICER |
| OFFICE OF COURT ADMINISTRATION<br>25 BEAVER ST. , NY | JG-16 | 4/90 | 5/91 | PROMOTION | UNIFORMED COURT OFFICER |
| NYS DEPARTMENT OF INSURANCE<br>25 BEAVER ST. , NY | SG-9 | 1/80 | 4/90 | PROMOTION | SENIOR ACTUARIAL CLERK |
| BRONX STATE HOSPITAL<br>1500 WATERS PLACE | SG-7 | 4/79 | 1/80 | PROMOTION | STORES CLERK |

**7. REMARKS:** ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

### PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements made on this application (including any attached papers) are true. ( False statements made in this application are punishable under Penal Law §210.45 may result in your disqualification.

X _George Cartagena_                                      3/31/44

Signature of Applicant                                          Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

# George Cartagena
**48 Winthrop Drive**
**Cortlandt Manor, NY 10567**
**Home (914) 528-0009**
**Work (212) 374-4763**

## EXPERIENCE

**3/00 - Present**     *New York State Court Administration*
                       *25 Beaver Street, New York, New York*
                       *Associate Court Clerk - NY County Supreme Court Criminal Term*

- *Responsible for the operation and the daily activities of a second-tier part. This includes overseeing a conference calendar, hearings and trials.*
- *Supervising the staff and other personnel assigned to the part.*
- *Annotate an accurate record of all operations of the part as well as establish and maintain an efficient file system for all court cases assigned to the part.*
- *Receive and review court related documents pertaining to pending as well as disposed cases of the part.*
- *Act as a liaison between the judge, court personnel, attorneys, law enforcement agencies, jurors and the public.*
- *Act as a training supervisor for other court clerks.*

**5/97 - 3/00**      *New York State Court Administration*
                     *25 Beaver Street, New York, New York*
                     *Senior Court Clerk - NY County Supreme Court Criminal Term*

- *Assigned to the central clerks office.*
- *Responsible for the overall file system of the court house.*
- *Work with personnel from other agencies and the public regarding legal documents and court case information.*
- *Assigned to a variety of court parts.*

**5/91 - 5/97**      *New York State Court Administration*
                     *25 Beaver Street, New York, New York*
                     *Senior Court Officer - NY County Supreme Court Criminal Term*

- *Maintained security in and around the court house and court rooms.*
- *Responsible for the guarding and escorting of prisoners.*
- *In charge of jurors during trial proceedings.*

*4/90 - 5/91*  **New York State Court Administration**
25 Beaver Street, New York, New York
**Uniformed Court Officer - NY County Criminal Court**
- Maintained security in and around the court house and court rooms.
- Responsible for the guarding and escorting of prisoners.

*1/80 - 4/90*  **New York State Insurance Dept.**
25 Beaver Street, New York, New York
**Senior Actuarial Clerk**

- Compiled and recorded statistical information and data regarding automobile insurance coverage in New York State.
- Prepared and transcribed ratio analysis spreadsheets and reports concerning insurance companies automobile rates in New York State .
- Maintained a state register for proposed and approved automobile insurance rates increases in New York State.

*4/79 - 1/80*  **Bronx State Hospital**
1500 Waters Place, Bronx, New York
**Stores Clerk**

- Accountable for all supplies for the hospital
- Maintained accurate records of manifests of delivered supplies.

## EDUCATION

*9/80 - 5/81*  **City College of New York** - Liberal Arts

*9/81 - 1/83*  **Hunter College, New York** - Mathematics

## VOLUNTEER

*4/00 - Present*  Equal Employment Opportunities (EEO) Representative

*4/00 - Present*  Committee for "Take your child to work day"

*5/03 - Present*  Committee to redesign court file jackets and related documents

**GEORGE CARTAGENA**
**48 WINTHROP DRIVE**
**CORTLANDT MANOR, NY 10567**
**(212) 374-4763**
**(914) 528-0009**

I am applying for the position of Court Clerk Specialist in the Supreme Court, New York County, Criminal Term. I am currently an Associate Court Clerk in a Second Tier Part in the Supreme Court, New York County, Criminal Term. The experience I have obtained during my career in the court system has created a solid foundation for the position of Court Clerk Specialist.

I started my career in April 1990 as an Uniformed Court Officer in the New York County Criminal Court. I was promoted to the position of Senior Court Officer one year later. I was then assigned to 111 Centre St., where I spent six years working in different court parts as well being assigned to various security details. As result, I am familiar with the judges, supervisors and court personnel assigned to the Supreme Court at 111 Centre St. In addition, the knowledge I acquired in those years gave me insight on the unique problems associated with the overall operations of 111 Centre St. For example, there is always the need to monitor the efficiency of the Individual Assignment System (IAS) regarding a case being transferred from one court part to another court part between 100 Centre St. and 111 Centre St. I am also aware of the safety concerns with regard to the judges, jurors and the different court users relating to the transportation and handling of defendants, since the building is shared with the New York County Civil Court. My prior experience in working in 111 Centre St. will therefore be an invaluable asset for the position of Court Clerk Specialist.

In May 1997, I was promoted to the position of Senior Court Clerk in the Supreme Court, New York County, Criminal Term. I was assigned to work in the Central Clerk's Office for the next two and half years. It was at this time that I received a wide range of experience that included the technical and procedural maintenance of court files and related documents. I also was required to select grand juries, as well as testify in grand jury proceedings regarding the responsibilities and the notations of court clerks assigned to the Supreme Court. I worked with and assisted employees from outside agencies that interacted with the court system. The vast knowledge I gained while working in the Central Clerk's Office gave me the ability to advise court personnel, representatives from other agencies and the public with the proper procedures used by the Supreme Court, New York County, Criminal Term.

In April 2000, I was promoted to the position of Associate Court Clerk in the Supreme Court, New York County, Criminal Term. In the position I currently hold, it has allowed me to acquire the expertise needed to enhance my abilities in preparation for the position of Court Clerk Specialist. In my current position, my responsibilities include overseeing jury trials, calendar (conference) days, supervising court personnel assigned to the part and monitoring and recording all the activities of the court part. I have also been assigned to train other court clerks in proper protocol, documenting annotations and the workings of the file system utilized in maintaining an efficient and orderly court part.

An important aspect of the position of Court Clerk Specialist is the capability to communicate with court personnel and personnel from outside agencies. In this regard, I have established a strong rapport with many of my colleagues in the court system, along with personnel from different agencies connected with the court. These avenues of communication are essential to succeed in the position of Court Clerk Specialist.

I pride myself on being a diligent, conscientious and efficient court clerk. I possess the knowledge and the ability to assist with the management of the court's operations at 111 Centre St. I will also be able to explain to court personnel the technical aspects and procedures that are necessary in the proper maintenance and monitoring of an efficient court facility. I am confident that if given the opportunity, my prior experience and knowledge of the court system will enable me to excel in the position of Court Clerk Specialist.

UCS-5 (Rev. 10/98)



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: COURT CLERK SPECIALIST | Announcement #: 2402 | Geographic Location of Position: TERM NY SUPREME COURT CRIMINAL County |
|---|---|---|

| 1. Last Name COSTKUN | First Name JOHN | Initial |
|---|---|---|

**Mailing Address**
7825 4th Ave #D10

| City or Post Office Brooklyn | State NY | Zip Code 11209 |
|---|---|---|

Telephone Number 1137   Social Security Number
Home: 718-759-   Business 718-643-5782 | 457494

**2. AGE:** Are you at least 18 years of age?
Yes ☒ No ☐
If no, indicate your date of birth
Month      Day      Year

**3. CITIZENSHIP:**                    Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒   No ☐
If no, do you have a legal right to work in the
United States ? Yes ☐    No ☐

| 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. | | |
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | AUGUSTINIAN ACADEMY | Full | | YES | ACADEMIC | | |
| College, Univ. Professional or Technical School | NIAGARA UNIVERSITY | Full | 4 | YES | FRENCH | 132 | |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| SEE RESUME | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

**PLEASE COMPLETE THIS AFFIRMATION**
I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

x _Jean J Costell_                    3-15-04
   Signature of Applicant                    Date

**THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER**

# JOHN V. COSTELLO
7825 4th Avenue, Apt. D10
Brooklyn, New York 11209
718-759-1137

**OBJECTIVE:**    To assume a position of major responsibility as a Court Clerk Specialist for the Supreme Court of the State of New York.

**EMPLOYMENT:**

2002 - Present    **CASE MANAGEMENT COORDINATOR**
**Brooklyn Supreme Court**

Assigned to the office for ex-parte applications. Assistant Supervisor to the Court Clerk Specialist. Review orders to show cause, ex-parte orders, judgments of foreclosure, orders of reference, writs of assistance, and settled orders on notice.

2000 - Present    **DIFFERENTIATED CASE MANAGEMENT TRACKING COORDINATOR**
**Brooklyn Supreme Court**

Assigned to the DCM office. Responsible for implementation of new case tracking system.

1999 - 2000    **PRINCIPAL COURT CLERK**
**Brooklyn Supreme Court**

Assigned to the matrimonial complex. Review orders and judgements of divorce.

1998 - 1999    **PRINCIPAL COURT CLERK**
**Brooklyn Criminal Court**

Supervisor of domestic violence complex. Supervised Senior Court Clerks and Court Assistant for two all purpose criminal parts and program compliance parts.

1996 - 1998    **PRINCIPAL COURT CLERK**
**New York Criminal Court**

Supervisor of 35 employee summons part. Acted as liaison of the chief clerk and administrative judge for the summons court parts.

1995 - 1996    **ASSOCIATE COURT CLERK**
**Brooklyn Supreme Court**

Assigned to city trial assignments part and motion support office. Part clerk and processing of all civil motions filed in Supreme Court.

1986 - 1995    **ASSOCIATE COURT CLERK**
**Staten Island Supreme Court**

Calendar clerk for civil term. Processed all papers in the initiation of civil cases, such as requests for judicial interventions, uncontested and contested matrimonials, torts, foreclosures, and medical malpractice.

1986 - 1990    **SENIOR COURT CLERK**
**Staten Island Supreme Court**

Assigned to criminal team under Judge Norman J. Felig. Handled arraignments, all-purpose calendar, motions, trials, VOP etc.

1985 - 1986          **SENIOR COURT CLERK**
                     **New York Supreme Court**

                     Assigned to civil term under Judge Irving Kirschenbaum. Part clerk for the trial term.

1981 - 1985          **SENIOR COURT CLERK**
                     **New York Supreme Court**

                     Assigned to criminal term Part 48 under Judge Herman Cahn. Part clerk for the trial term.

1977 - 1981          **SENIOR COURT OFFICER**
                     **New York Supreme Court**

                     Worked in the Trial Assignment Part under the Honorable Louis Kaplan in the Civil Term.

1974 - 1977          **UNIFORMED COURT OFFICER**
                     **Brooklyn Criminal Court**

                     Worked in all purpose parts.

1972 - 1974          **CLAIMS EXAMINER**
                     **New York Life Insurance Company**, New York, NY

                     Worked in group claims under supervision of district claims manager.

**EDUCATION:**

1968 - 1972          **B.A. FRENCH LITERATURE**
                     **Niagara University**, Niagara Falls, NY

                     Graduated Cum Laude. Member of Delta Epsilon Sigma, the National Honor Society for Catholic Universities and Colleges.

**MEMBERSHIPS:**

                     Knights of Columbus, Ancient Order of Hibernians

                     Catholic Court Attaches' Guild

**REFERENCES:**

                     Available upon request.

Applicant:  John V. Costello

Question:   What in my background, my experience, and
            my personality has prepared me to do the
            job of a Court Clerk Specialist for the
            Criminal Term of Manhattan Supreme Court?

## BACKGROUND AND EXPERIENCE

I have been employed in the Unified Court System
for twenty-nine years. I was appointed a Uniformed Court
Officer in 1974, and promoted to Senior Court Officer
in 1978, Senior Court Clerk in 1981, Associate Court
Clerk in 1990, Principal Court Clerk in 1996, and
Case Management Coordinator in 2000.

I believe that I have the knowledge, experience,
and supervisory capabilities to qualify for the position
of Court Clerk Specialist. I worked as a Part Clerk in
Manhattan Supreme Court from 1981 to 1985 in the
Criminal Term. The Part conducted all levels of felony
trials. I also worked as an Associate Court Clerk in
Richmond Supreme Court in the Criminal Term. The Part
handled arraignments, pleas, sentences, VOPs, warrant
returns, and other applications under the Criminal
Procedure Law. I worked as well in the Criminal Term
Office. My duties included data processing of indict-
ments, cash bail refunds, certificates of disposition
and answering general inquiries from the public and
members of the Bar.

I was promoted to Principal Court Clerk in 1996. I was the supervisor in charge of the New York County Summons Court of the Manhattan Criminal Court. I was directly responsible for the supervision of thirty-five people and acted as the main liaison to the administrative judge and the borough chief clerk for the Summons Part, and also as the supervisor in charge of the Domestic Violence Complex in Kings County Criminal Court. I have also been a supervisor in the Civil Term in both Richmond and Kings counties.

## Personality

I believe that I have the temperament, communication skills, and work ethic which are required so that the goals of the administration for the processing of cases are met.

Case 1:05-cv-06722-HB-DCF    Document 18-18    Filed 08/09/2006    Page 11 of 57




MR ALAN MURPHY
CHIEF CLERK VII
SUPREME COURT, CRIMINAL TERM
100 CENTRE STREET, ROOM #1002
NEW YORK







# STATE OF NEW YORK
## UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: | Announcement # | Geographic Location of Position: |
|---|---|---|
| Court Clerk Specialist | 24402 | Supreme Court,Criminal -NY County |

**1. Last Name** First Name Initial
DiMaggio    Michael

**Mailing Address**
3 Hillside Street

City or Post Office    State    Zip Code
Red Bank    N.J.    07701

Telephone Number    Social Security Number
732-345-1712  212-374-4191    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
Home:    Business:

**2. AGE:** Are you at least 18 years of age?
Yes ☒    No ☐
If no, indicate your date of birth
Month    Day    Year

**3. CITIZENSHIP:**    Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒    No ☐
If no, do you have a legal right to work in the
United States ? Yes ☐    No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X- IN THE APPROPRIATE COLUMN**
If your answer is "YES" to any of these questions, give details on an attached sheet.
a) Except for minor traffic offenses and adjudications as youthful offenders, wayward minor or juvenile delinquent:

| | YES | NO |
|---|---|---|
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from The Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School | | | | | | | |
| College, Univ. Professional or Technical school | | | | | | | |
| Other Schools or Special Courses | | | | | | | |

• If you have a high school equivalency diploma, give number and year of issue•

| 6 ~ EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM TO Mo. Year Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience, if any |
|---|---|---|---|---|
| * See Attached Resume | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

7. REMARKS. ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

PLEASE COMPLETE THIS AFFIRMATION
I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law I §210.45)

x _Michael DiMaggio_    March 31, 2004
Signature of Applicant    Date

THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

2004 MAR 31  AM II: 28
SUPREME COURT NY COUNTY
CHIEF CLERK'S OFFICE

RECEIVED

# Michael DiMaggio
**3 Hillside Street**
**Red Bank, N.J. 07701**
**(732) 345-1712**

### OBJECTIVE
A position as a court clerk specialist

### EDUCATION
**Bachelor of Science Degree in Finance / Economics, 1989**
City University of New York, The College of Staten Island

### WORK EXPERIENCE
**Associate Court Clerk, N.Y. County Supreme Court Criminal Term**
August 1999 - Present

#### Supervisor of Supreme Court Clerks Office - July 2001 – Present
- Report directly to the Chief Clerk and Senior Court Managers involving procedural and personnel issues.
- Responsible for daily staffing of court parts and the clerks office.
- Coordinate and oversee supreme court functions including; Family Court removals, extradition packages, subpoenaed records and archive requests.
- Established procedure for computer generated court dispositions.
- Certified to access criminal history records for judges, administrators, and security supervisors.
- Member of Supreme Court panel responsible for interviewing and selecting clerk and clerical positions.
- Enhanced communication and professional skills through extensive dealings with court users, related agencies and the media.

#### Supervisor of Quality Control / Statistics – March 2001 – June 2001
- Liaison to Supreme Court judges regarding statistical accounting.
- Implemented the collection of court statistics using e-mail to enhance accuracy of data.
- Organized and taught group training sessions in collection and annotation of court statistics.
- Reviewed completed court files and documents for proper entries.

**Senior Court Clerk, N.Y. County Supreme Court Criminal Term**
June 1996 - August 1999

- Assigned to arraignment, hearing and trial court parts.
- Recorded court proceedings, prepared orders and forms to create and maintain a permanent record of each case.
- Examined court documents to ensure accuracy and completeness.
- Supervised selection of Grand Juries and Grand Jury matters.
- Managed uniformed court personnel assigned to court part.

**Court Officer / Senior Court Officer, N.Y. County Criminal and Supreme Court Criminal Term**
January 1991 - June 1996

- Maintained order and provided security in court facilities.
- Escorted judges, witnesses, and guarded prisoners.
- Supervised deliberating juries.
- Handled and safeguarded court documents and evidence.
- Provided information and assisted the public and court users.

### ACHIEVEMENTS
Ranked #9 on Senior Court Clerk Exam, 1996
Ranked #3 on Associate Court Clerk Exam, 1999

References on Request

# Michael DiMaggio

The legendary football coach Vince Lombardi said "Individual commitment to a group effort – that is what makes a team work, a company work, a society work, a civilization work". Athletics has played a major role in shaping my personal and professional life. Confidence, discipline, leadership, motivation, and teamwork are a few of the character traits I have developed through individual and team sports. I have drawn and relied upon many of these traits in my career in the Unified Court System.

I have served in the criminal courts for over thirteen years. However, my competitive nature has not allowed me to grow stagnant in one position. Within a short period of time I have held the titles of UCO, SCO, Senior Court Clerk, and Associate Court Clerk. Thus I have gained a keen respect for the court system from many vantage points.

As a court clerk I have been assigned to various court parts including supervising an arraignment part. There I gained valuable experience in the nuts and bolts operation of the court. Additionally I have acquired extensive knowledge in grand jury selection and supervision, material witness orders, subpoenas, extradition matters, and writs of habeas corpus. In my capacity as supervisor of the quality control department I implemented new procedures enhancing the accuracy of the courts statistical data. I also became the source for statistical questions and the liaison for Supreme Court judges regarding statistical accounting. Currently, I find myself in my most challenging role as supervisor of the Supreme Court clerk's office. It is here where I have honed my managing and interpersonal skills. As part of the administrative branch of the court I am directly responsible for personnel and procedural issues. I have also enhanced my communication skills as I interact with court users and various outside agencies on a daily basis.

In working with senior court managers the court clerk specialist should be someone who can take direction and provide independent leadership. As a supervisor the specialist needs to be dedicated to the court and its employees in order to deal with the complex issues that arise in daily court activity.

I am confident with the knowledge I have gained through front line and behind the scene experience that I can lead this court to confront any challenge, reach every goal, and continue its flagship status in the unified court system.

Alan Murphy
Chief Clerk VII
Supreme Court, Criminal Term
100 Centre Street, Rm1008
New York, NY 10013

Michael DiMaggio
3 Hillside Street
Red Bank, NJ 07701

William P. Hall
17 Graney Court
Pearl River, New York 10965
March 17, 2004

Alan J. Murphy, Chief Clerk
Supreme Court, Criminal Term
100 Centre Street
New York, New York 10013

Dear Sir:

Enclose are the submissions that are required for the job announcement of Court
Clerk Specialist, Criminal Term of Manhattan Supreme Court.

Thank you for your consideration in this matter.

Sincerely,

William P. Hall

William P. Hall

William P. Hall                                    Writing Sample

My managing prowess has been developing since my promotion to the position of Senior Court Clerk. This position provided an opportunity to supervise uniform court personnel assigned to maintain security in the courtroom. Furthermore, as an Associate Court Clerk I have enhanced my interpersonal skills by supervising Senior Court Clerks and counseling employees who violated OCA policies on time and leave. Also, I assigned clerks to various trial parts on a daily basis.

Serving as an Associate Court Clerk and Senior Court Clerk have enabled me to perform at the highest level in my current position, Principal Court Clerk. This position has been the most rewarding professionally and has prepared me for the challenges that accompany a Court Clerk Specialist. For the past six years, I have planned and coordinated work schedules, trained subordinates, and conducted workers' evaluations. I disseminated information about court procedures to attorneys, litigants, and the public on a daily basis. I have supervised operations on a daily basis as well. Additionally, I have researched legal statutes, rules, and regulations in order to analyze court documents and ascertain compliance with procedures. I ensured that personnel records were accurate in regard to annual leave, sick leave, and overtime. Finally, I have verified the correctness of a plethora of court documents as a Principal Court Clerk.

My positive attitude and eagerness to succeed has prepared me to discharge the duties of a Court Clerk Specialist for the Criminal Term of Manhattan Supreme Court. I am a motivator who brings out the best in my subordinates. Also, I am an avid reader with an assiduous work ethic who can quickly analyze technical writing submitted by

court clerks. Moreover, I can effectively communicate with people orally, electronically,

and on paper.

**William P. Hall**
17 Graney Court
Pearl River, New York 10965
845-735-8726

## Professional Experience

**Principal Court Clerk, Supreme Court, Criminal Term** -- Presently assigned as a Supervisor at 111 Centre Street – September 1999 – Present

- Monitor work activities and performance of Court Clerks and subordinate personnel.
- Visit court parts on a daily basis.
- Review paperwork maintained and submitted by Court Clerks.
- Plan and coordinate work schedules, train subordinates, and evaluate their work performances.
- Respond to oral inquiries from attorneys, parties to the case, or the public regarding court procedures, and the daily proceedings of the court.
- Research legal statutes, rules and regulations in order to review court documents and ascertain compliance with procedures.
- Check and verify employee records such as annual leave, sick leave, and overtime to ensure the correctness and compliance with court policy.

**Associate Court Clerk** – Assigned as Supervisor of the Supreme Court located at 111 Centre Street – March 1998 – September 1999

- Assigned clerks to various parts on a daily basis.
- Counseled employees who violated OCA Policies on time and leave verbally or in writing.

**Associate Court Clerk** – **March 1996 – March 1998**

- Supervised the Correspondence / Motion Support Unit of the Supreme Court, Criminal Term.
- Supervised three Senior Court Clerks.
- Correspondence Unit in charge of entering Domestic Violence Registry.
- Scheduled Sexual Offenders Ratings Levels hearings as required by Megan's Law.
- Communicated with outside agencies such as the police, probation, defense attorneys and mental health clinics in order to coordinate court activities with said agencies.
- The Motion Support Unit processed all post-judgment motions and Writs of Habeas Corpus.

**Senior Court Clerk** – **Assigned to The General Clerks Office located at 100 Centre Street – July 1982 – March 1996**

- Answered telephones and over the counter inquiries from attorneys, judges, and parties to the case.
- Dealt with the public and court personnel regarding court procedures.
- Filed court documents.

**Senior Court Clerk** – **Assigned to a Trial Part presided over by The Honorable Dorothy Cropper – September 1983 – March 1996**

- Maintained records of the court proceedings.
- Swore witnesses.
- Maintained the custody of exhibits.
- Made the proper annotations on the court calendar.
- Supervised the uniform court personnel assigned to maintain security in the courtroom.

### Part Captain / Senior Court Officer – September 1981 – July 1982

- Evaluated the Court Officers assigned to the part.
- Assumed the lead role in securing arrangements for jury meals, lodging and transportation.
- Resolved problems related to jury security.
- Provided general information to visitors on court premises

### Senior Court Officer – Assigned to 111 Centre Street — April 1977 - September 1981

- Provided security in the courthouse.
- Guarded felons while they were in the courtroom.
- Escorted felons to and from the detention pens.
- Escorted judges, juries, witnesses, and prisoners from the courtroom.

### Uniformed Court Officer – Civil Court, City of New York - October 1973 – April 1977

- Maintained the record of court proceedings.
- Swore witnesses.
- Provided security in the courtroom
- Provided information to the public on court premises.

### Accountant – Cooper and Liebrand, P.C. – New York, New York – June 1973 - October 1973

- Prepared financial records and statements according to general accepted procedures under the supervision of a Certified Public Accountant.

### Military Experience

- June 1972 – June 1973 – United States Army – Active Duty
- June 1973 – June 1976 – United States Army – Army Reserves
- June 1976 – Honorable Discharge

### Education

Saint John's University, Queens, New York – 1974 – 1977
Master of Business Administration in Financial Management – Awarded in May 1977

Saint Francis College, Brooklyn, New York  - 1969 – 1972
Bachelor of Business Administration, Accounting – Awarded in June 1972

Fordham University, Bronx, New York  -  1968 – 1969

### References

Furnished upon request.

UCS-5 (Rev. 10/98)





# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION   FOR   EMPLOYMENT

| Title of Position: Court Clerk Specialist | Announcement #: 24402 | Geographic Location of Position: Supreme Court-Crim-Term NY County |
|---|---|---|

| 1. Last Name HALL   First Name WILLIAM   Initial H | 2. AGE: Are you at least 18 years of age? Yes ☒ No ☐ |
|---|---|
| Mailing Address 17 Graney Court | If no, indicate your date of birth Month    Day    Year |
| City or Post Office Pearl River N.Y.   State   Zip Code 10965 | 3. CITIZENSHIP:   Form I-9 attached ☐ Are you a citizen of the United States? Yes ☒ No ☐ |
| Telephone Number Home: 735-8726 Business: 212 374-8040   Social Security Number | If no, do you have a legal right to work in the United States? Yes ☐ No ☐ |

| 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Xaverian H.S. Brooklyn | Full | 4 | Yes | Academic | | |
| College, Univ. Professional or Technical School | Fordham University Bx, NY | Full | | No | Business | 36 | |
| | St Francis College B'klyn | Full | 3 | Yes | Accounting | 90 | BBA |
| Other Schools or Special Courses | St. John's University | Part | 3 | Yes | Financial Management | 45 | MBA |

*If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| | | FROM Mo. Year | TO Mo. Year | | |
| N Y S Supreme Court-Crim 111 Centre St NY NY | 1575 | 9/99 | | | Principal Court Clerk |
| N Y S Supreme Court-Crim 100/111 Centre St | | 3/96 | 9/99 | Prom | Assoc. Court Clerk |
| N Y S Supreme Court-Crim | | 9/82 | 3/96 | Prom | Sr. Court Clerk |
| N Y S Supreme Court-Crim | | 9/81 | 9/82 | Prom | SCO-Part Captain |
| N Y S Supreme Court-Crim | | 4/77 | 9/81 | Prom | Senior Ct. Officer |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

## PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45)

William R. Hall
Signature of Applicant

March 17 2004
Date

## THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

To:     Alan Murphy , Chief Clerk VII , New York County Supreme Court, Criminal Term

From:   Andrew Hassell , Asst. Deputy Chief Clerk , Kings County Criminal Court

Re:     Written Sample for position of Court Clerk - Specialist

    I am a 'working' supervisor. Although I have an office and maintain employee records, coverage charts and answer procedural questions from litigants and co-workers, I actively work side by side with everyone. I prefer this style of management because it allows me to stay fresh and keep up with the 'goings on ' in the court. I can easily spot problems and address the situation well before a problem mushrooms out of control. It also allows me to stay on top of productivity and service to the public. The workers greatly appreciate the effort. In many cases, when I've asked them to do an additional task, they do not mind doing it because they know I am asking them to do something I could have accomplished.

    The positions I have occupied since becoming an Associate Court Clerk have been supervisory. As a 'working' supervisor, I have been able to expose myself to the many unusual and difficult situations that arise from time to time. My professional personality and ease with leadership has helped the workers to always seek me out to resolve problems. I have worked in all five counties of New York City plus Monroe county. I have worked in every court except Surrogate's. I have done judgments in the First and Second Departments. I have handled appellate paperwork for the First and Second Department as well. The varied locations that I have worked has enhanced my job performance and knowledge of other court administrators and representatives of outside agencies relative to the operation of the court. My background and experience is deep in applying technical and procedural expertise in Criminal , Civil and Family law.

    My first assignment as an Assistant Deputy Chief Clerk was in the Bronx County Civil Court. I was the supervisor of the Civil Division. As the supervisor , I was called upon to assist in implementing changes in procedures resulting from new legislation and new policy constantly. As the supervisor, I had to be in constant communication and consultation with the Supervising Judge, Chief Clerk , 1st Deputy Chief Clerk and Deputy Chief Clerk of the Bronx. My leadership role expanded when I was called upon to chair the Motion/Special Term Citiwide Committee.

    I am currently in my second assignment as an Assistant Deputy Chief Clerk. I am the Deputy Borough Chief of Kings County Criminal Court. The job consists of reviewing a great deal of paperwork maintained and submitted by court clerks, as well as statistical data compilations. Visits to the court parts and communication and consultation with the Supervising Judge and Borough Chief are done on a daily basis. Of course, many unusual and difficult situations arise and I am called upon to resolve the matters. The workers' confidence in my abilities to handle matters has instilled an assurance in their work performances. The knowledge and experience of deployment of personnel and overall management of court operations in a large command is key in my preparation toward being able to do the job of a Court Clerk-Specialist for the Criminal Term of New York County Supreme Court. I am a tireless worker and a serious manager who will be able to perform the duties and responsibilities without a problem. I am truly committed to making operations at 111 Centre St. the best performing division in the entire state.

RECEIVED
CHIEF CLERKS OFFICE
SUPREME COURT NY COUNTY
2004 MAR 2

RESPECTFULLY SUBMITTED

UCS-5 (Rev. 10/98)





# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION   FOR   EMPLOYMENT

| Title of Position: COURT CLERK - SPECIALIST | Announcement #: 24402 | Geographic Location of Position: NEW YORK COUNTY |
|---|---|---|

| 1. Last Name HASSELL | First Name ANDREW | Initial K | 2. AGE: Are you at least 18 years of age? |
|---|---|---|---|

Mailing Address 162 EAST 102 STREET #2

| City or Post Office NEW YORK | State NY | Zip Code 10029 |
|---|---|---|

Yes ■ No □
If no, indicate your date of birth
Month      Day      Year

**2. AGE:** Are you at least 18 years of age?

**3. CITIZENSHIP:** Form I-9 attached □
Are you a citizen of the United States? Yes ■   No □
If no, do you have a legal right to work in the United States? Yes □   No □

Telephone Number
Home: 212 996 9569   Business: 718 643 3909

Social Security Number 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

| 4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If you answer is "YES" to any of these questions, give details on an attached sheet. | | |
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: | | |
| i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | AUGUST MARTEN HIGH SCHOOL JAMAICA QUEENS N.Y. | FULL | | YES | GENERAL COMPUTER APPL | | |
| College, Univ. Professional or Technical School | LAGUARDIA COMM. COLLEGE LONG ISLAND CITY N.Y. | FULL | 2 ½ | YES | COMPUTER SCIENCE | 72 | A.A.S |
| Other Schools or Special Courses | | | | | | | |

If you have a high school equivalency diploma, give number and year of issue:

| 6. EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | EMPLOYED TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| KINGS COUNTY CRIMINAL COURT 120 SCHERMERHORN STREET BK NY 11201 | JG-28 | SEPT 2000 | PRESENT | | HIGH DEPUTY CHIEF CLERK |
| KINGS COUNTY CIVIL COURT 851 GRAND CONCOURSE BX NY 10451 | JG-23 | OCT 1995 | SEPT 2000 | PROMOTION | ASSOCIATE COURT CLERK |
| BRONX COUNTY CIVIL COURT 851 GRAND CONCOURSE BX NY | JG-23 | | | | |
| QUEENS COUNTY FAMILY COURT 151-20 JAMAICA AVE QUEENS NY 11432 | JG-25 | MAY 1992 | OCT 1995 | PROMOTION | SENIOR COURT CLERK |
| NEW YORK CITY CRIMINAL COURT | JG-16 | SEPT 1987 | MAY 1992 | | COURT OFFICER |
| NEW YORK CITY CRIMINAL COURT 100 CENTRE STREET NYC 10013 | JG-12 | APR 1987 | SEPT 1987 | PROMOTION | PRINCIPAL OFFICE ASSISTANT |
| NEW YORK COUNTY COUNTY CLERK COMM. OF JURORS - 60 CENTRE STREET NYC 10007 | JG-8 | DEC 1986 | APR 1987 | PROMOTION | SENIOR OFFICE ASSISTANT JURY DUTY POSTPONEMENTS |

## PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

Signature of Applicant _____

MAR 22 2004
Date

### THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

Andrew K. Hassell
Criminal Court of the City of New York
120 Schermerhorn Street
Brooklyn   NY   11201


| Experience | Assistant Deputy Chief Clerk |
|---|---|
| July 2003- present | Kings County Criminal Court-      Deputy Borough Chief Clerk |

Responsible for assisting the Deputy Chief Clerk V in managing the
local Criminal Court in Kings County in relation to the NYC Criminal
Court . Responsible for assisting the Deputy Chief Clerk V in the hiring
process of non-judicial personnel and deployment and management of
375 non-judicial personnel. Responsible for the training and evaluation
of non-judicial personnel . Responsible for the reconciliation of fees and
custodial funds. Responsible for applying expert knowledge to resolve
complex problems in the areas of CPL 730 final reports, Vehicle Traffic
Law operations, CPL 440 motions and comparison statistics.
In the absence of the Deputy Chief Clerk V,  I assumed the duties of the
Borough Chief Clerk.

Sept. 2000- July 2003      Bronx County Civil Court-      Civil Court Supervisor
Responsible for assisting the Deputy Chief Clerk V in managing the
Civil Term and Small Claims operations related to case processing ,
processing of transfer of venue, motions, judgments, executions and
appeals. Responsible for the receipt and accounting of fees and
custodial funds. Responsible for assisting the Deputy Chief Clerk V
in the hiring process of non-judicial personnel and deployment and
management of non-judicial personnel. Responsible for the training and
evaluation of non-judicial personnel assigned to work in the Civil Term
and Small Claims court. Responsible for applying expert knowledge to
resolve complex problems in the areas of CPLR 3215 judgments, CPLR
52 enforcements , CPLR 55 appeals and analytical statistics.
In the absence of the Deputy Chief Clerk V,  I assumed the duties of the
Clerk of County

Oct 1995 - Sept 2000     Associate Court Clerk

           Bronx County Civil Court-    Civil Court Asst. Supervisor
           Richmond County Civil Court-  Deputy Clerk of County
           Monroe County Family Court-   Parts Supervisor

May 1992 - Oct 1995     Senior Court Clerk

           New York County   County Clerk- Law + Equity Div. Supervisor
           Supreme Court New York County Civil Term- Record Room Supv.
           Queens County Family Court-   CAP unit co-supervisor
           New York County Family Court- Des. Felony and Intake part clerk
           New York County   County Clerk- Judgment Clerk
           Supreme Court New York County Criminal Term- Part Clerk

Sept 1987- May 1992       Court Officer

New York County Criminal Court- arraignment parts, summons part
all-purpose parts, Special Narcotics and high profile assignments in
Kings County and Queens County

April 1987- Sept 1987     Principal Office Assistant

New York County Criminal Court- Office of the Chief Court Reporter
storage and retrieval of court reporter notes and transcripts for court
reporters assigned to New York County

Dec 1986- April 1987      Senior Office Assistant

New York County    County Clerk    Jury Division
assigned to the Jury Postponement office, handled walk-in and mailed
request for jury postponements;   worked with a unit designated to
handle 1200 total request daily

Sept 1984- Sept 1987      John Blair and Co.      1290   Sixth Avenue   NYC       10017

Operations Tech.---    Hardware: Hewlett Packard HP3000 with
assembly programming, Digital VAX/ 11
                                  Software: MS/DOS    DEC 20
PC environment: Apple Macintosh terminals looping via modem to
Nortel FEP, trunks to HP3000
Programs: COBOL,  C,  C+
responsible for computer analysis;  JCL dumps and operation restoration

Education                 1985-   LaGuardia Comm. College         A.A.S . Computer Science

UCS-5 (Rev. 10/98)



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: | Announcement #– | Geographic Location of Position: |
|---|---|---|
| COURT CLERK SPECIALIST | 24402 | SUPREME COURT-CRIMINALTERM-NY COUNTY |

| 1. Last Name | First Name | Initial | 2. AGE: Are you at least 18 years of age? |
|---|---|---|---|
| LOPEZ | CHARLES | | Yes ☒    No ☐ |

**Mailing Address**

330 EAST 115TH STREET APT. # 4B

If no, indicate your date of birth

| | | | Month | Day | Year |

| City or Post Office | State | Zip Code |
|---|---|---|
| NEW YORK | N.Y. | 10029-2237 |

**3. CITIZENSHIP:** Form I-9 attached ☐
Are you a citizen of the United States? Yes ☒  No ☐
If no, do you have a legal right to work in the
United States ? Yes ☐   No ☐

| Telephone Number | Social Security Number |
|---|---|
| 212-860-2248  212-360-4115 | 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 |

Home:                                    Business:

**4. ANSWER ALL QUESTIONS BY PLACING "X· IN THE APPROPRIATE COLUMN**
If your answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:   i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from The Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for spousal or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL, AND CITY IN WHICH LOCATED | Full or Part-time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School | SEE ATTACHED RESUME | | | | | | |
| College, Univ. Professional or Technical school | | | | | | | |
| Other Schools or Special Courses | | | | | | | |

• If you have a high school equivalency diploma, give number and year of issue·

| 6 – EXPERIENCE (List your most recent employment first, including ·volunteer work, military service, internship, work-study, etc. Attach a resume if available.) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM TO Mo. Year Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience, if any |
|---|---|---|---|---|
| SEE ATTACHED RESUME | | | | |

*(stamp, left margin:) RECEIVED  2004 MAR 22  CHIEF CLERKS OFFICE SUPREME COURT N.Y. CO.*

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

PLEASE COMPLETE THIS AFFIRMATION

I affirm, that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law I §210.45)

x _____
Signature of Applicant

March 19, 2004
Date

THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

## CHARLES LOPEZ
### 330 EAST 115 STREET APT. 4B
### NEW YORK, NEW YORK 10029

BUSINESS TEL: (212) 360-4115        HOME TEL: (212) 860-2248

## EDUCATION:

### John Jay College of Criminal Justice
New York, New York
September 1982 to May 1990 (Part-time evenings)
B.A. Criminal Justice - Cum Laude (6/90)
*A.S. Security Management (2/87)*
June 11, 1977 to June 25, 1977
Certificate of Achievement - Training sessions
for Uniformed Court Officer's Exam.

### New York State Court Officer's Academy
New York, New York
December 7, 1981 to December 18, 1981
Municipal Police Training Council Certificate for
Firearms and Deadly Physical Force.

### Columbia College
Columbia University in the City of New York
September 1973 to May 1975
September 1976 to May 1977

### Haaren High School
New York, New York
September 1969 to June 1973
Achievements: Honor Roll, *Valedictorian*

## EMPLOYMENT HISTORY:

May 2001 to Present
**Principal Court Clerk** - Harlem Community Court
170 East 121st Street, New York, N.Y. 10035

Clerk-In-Charge of all Court related functions of the Harlem Community Justice
Center. Supervise a staff of approximately 28 which include, but not limited to,
Senior Court Clerks, Court Officers, Court Assistants, Senior Court Office
Assistants, Court Interpreters. Ensure that all Audit and Control procedures are
being followed. Check to ensure that all moneys received are properly deposited
with the bank. Monitor training of staff. Liaison with Center for Court Innovation.

1

March 2000 to May 2001
**Principal Court Clerk** - New York City Civil Court
Bronx County, 851 Grand Concourse, Bx., N.Y. 10451

Assistant Supervisor - Bronx Civil Court. Supervise General Term Cashier.
Ensure that all Audit and Control procedures are being followed. Check to
ensure that all moneys received are properly deposited with the bank. Assist
the Supervisor in ensuring that all sections, windows and parts are properly staffed.

April 1990 to March 2000
**Associate Court Clerk** - New York City Civil Court,
Bronx County, 851 Grand Concourse, Bx., N.Y. 10451

May 1994 to March 2000 - *Supervising Clerk*, Bronx Small Claims Court.
Responsible for entire Bronx Small Claims Office operations. Assign Senior Court
Clerks and other clerical personnel to various duties within the office. Ensure that all
fees are collected. Prepare monthly Money Reports and End of Term Statistics.

March 1993 to May 1994 - *In charge of Calendar Part for
Housing Court*. Assign cases to Housing Court Judges. Assist
attorneys and litigants in moving cases on the calendar. Supervise
Senior Court Clerks, Court Officers and other clerical personnel.

September 1990 to March 1993 - *Assistant Supervising Clerk*,
Bronx Housing Court. Assist the Supervising Clerk in making sure that all parts and
all work stations are covered. Assist in evaluating work procedures and making
changes, where necessary. Substitute for the Supervising Clerk. Supervise Associate
Court Clerks, Senior Court Clerks, Court Officers, and other clerical personnel.

April 1990 to September 1990 - *In charge of Calendar Part
for Housing Court*. Assign cases to Housing Court Judges.
Assist attorneys and litigants in moving cases on the
calendar. Supervise Senior Court Clerks, Court Officers,
and other clerical personnel.

February 1985 to April 1990
**Senior Court Clerk** - New York State Supreme Court,
Criminal Branch, 1st Judicial District,
100 Centre Street, New York, New York 10013

January 1989 to April 1990 - *Clerk's Office/Part Clerk*.
Swear in witnesses. Poll Jurors. Maintain custody of exhibits. Call the calendar of the
part. Read the charges. Take the plea. Maintain Court Records. Issue bench and
arrest warrants. Write commitment papers and probation orders. Supervise
Uniformed and non-uniformed personnel. Provide information to the public.

2

February 1985 to January 1989 - *Docket Room Clerk.*
Process Grand Jury Indictments and issue numbers to same.
Retrieve Criminal Court Complaints for indicted cases from
lower court. Issue Arrest Warrants for No Arrest Indictments.

November 1983 to February 1985
**Senior Court Officer** - New York State Supreme Court,
Criminal Branch, 1st Judicial District,
100 Centre Street, New York, New York 10013

December 1981 to November 1983
**Uniformed Court Officer** - New York City Criminal Court,
100 Centre Street, New York, New York 10013

Maintain order and provide security in court buildings and courtrooms.  Guard
prisoners in detention pens  Escort prisoners to and from courtroom.  Restrain
unruly individuals. Make arrests.  Search court directs and other prisoners.
Use established search procedures to assure that no weapons, electronic of
photographic equipment are brought into the courtroom.  Escort Judges and
Juries to and from the courtroom.  Guard and deliver material to sequestered
Juries.  Provide general information to visitors.  Check to insure that all necessary
documents are available prior to court session.  Maintain and update court records.
Assist and substitute for the Court Clerk.

March 1981 to December 1981
**Senior Office Assistant** - New York State Supreme Court,
Civil Branch, 1st Judicial District, Calendar Clerk's Office
60 Centre Street, New York, New York 10007

Assist Calendar Clerk in assigning cases to trial parts each new term (4 weeks).
Check undefended matrimonial notes of Issue and pre-calendar conference forms for
correctness. Proofread calendars and file cards for accuracy.  Assign pre-calendar
conference numbers.  Maintain and update court records.  Provide information to
visitors and telephone callers.

January 1980 to March 1981
**Senior Clerk** - New York State Department of Health,
Office of Health Systems Management, Medicaid Manage-
ment Information System, Dental Unit - New York City.

File room supervisor.  Assign duties to two clerks. Make spot checks to insure proper
filing of Medicaid dental prior approval forms.  Maintain and update file room records.
Retrieve files for State Dentists. Check prior approval forms for completeness.

3

September 1978 to January 1980

**Office Assistant** - Office of Court Administration,
Centralized Payroll Unit - 80 Centre Street,
New York, New York 10013

In charge of Dental plan for employees. Instruct new employees on Dental plan
and proper completion of forms. Maintain and update statistics for reports to
Albany. Prepare monthly reports. Check for accuracy and completeness and
file all Dental Enrollment forms. Answer phone inquiries. Investigate
claims and enrollment problems.

June 1977 to September 1978

**Clerk** - New York State Supreme Court, Payroll and Audit,
Criminal Court and Supreme Court, Criminal Branch, 1st
Judicial District, Health Insurance Section -
100 Centre Street, New York, New York 10013

Handle Dental plan for employees with State Health Insurance. Initiate memos
and cause them to be distributed to employees. File health related matter
into employees health files. Assist and substitute for Health Co-ordinator.
Answer inquiries from employees, both in person and via the telephone,
concerning health and dental.

September 1976 to May 1977

**Clerk** - New York State Supreme Court, Criminal Branch,
1st Judicial District, Appeals Bureau - 80 Centre Street,
New York, New York 10013

Receive notices of Appeal and stenographic notes for
forwarding to the Appellate Division. Answer inquiries
from attorneys and defendants, both in person and via
telephone. Make periodic checks for duplication of appeals.
Enter Appellate Division orders on file cards and record
books. Check mail. (Work-study job while in college).

January 1976 to August 1976

**Clerk** - New York State Supreme Court, Criminal Branch,
1st Judicial District, Microfilm Unit - 100 Centre Street,
New York, New York 10013

Prepare stenographic notes for filming. Package notes
for return to stenographers.

REFERENCES WILL BE FURNISHED UPON REQUEST

4

Charles Lopez                                                    March 19th, 2004
Principal Court Clerk                    - 1 -                    Harlem Courthouse

## Writing Sample Requirement for the Court Clerk Specialist Position: How I would undertake the duties and responsibilities of the Court Clerk Specialist, Supreme Court, Criminal Term, New York County:

Being the highest ranking Court Clerk in the Harlem Community Justice Center, I now perform the duties of a Court Clerk Specialist. I make the assignments of the Court personnel. I act as the Fiscal Officer and the Personnel Officer. I check to insure that all areas are properly covered by appropriate personnel. I am frequently attending meetings, making phone calls, and otherwise engaged in the activities related to the expansion of services, renovations, security, and financial matters. I also act as a liaison between N.Y.C. Civil Court and the Center for Court Innovation. My duties also involve making sure that building services are maintained at a satisfactory level and have work orders initiated when repairs are needed.

The role of the Court Clerk Specialist is to assist the Chief Clerk and the Supervising Judge in insuring the smooth operation of the Court. The Court Clerk Specialist is responsible for resolving issues, that could not be resolved by the immediate supervisor, before it gets to the Chief Clerk. The Court Clerk Specialist is to perform the duties assigned to him by the Chief Clerk to the best of his or her abilities.

Assuming the duties and responsibilities of Court Clerk Specialist would be relatively easy for me since I am already performing those duties as the Clerk In Charge of the Harlem Community Justice Center. I was also the Assistant Supervisor in Bronx Civil Court prior to assuming the duties in Harlem. Working in Supreme Court, Criminal Term, New York County, was one of my first assignments when I starting working in the Court System. I am familiar with the operations, and rank structure of this Court as I worked in the Payroll and Personnel Office prior to the creation of the Central Payroll Office. I was also a Court Officer in Criminal Court , a Senior Court Officer and Senior Court Clerk in Supreme Court, Criminal Term, New York County, so I am familiar with the various duties in a Criminal Court courtroom.

I am familiar with the CRIMS computer program, although I have not used it for a number of years, so I would need to brush up on this program. I am computer literate. I learn very quickly. I troubleshoot some of the computer problems, when our LAN Administrator is out or unavailable at the Harlem Community Justice Center. I also assisted with computer problems when I was in Bronx Civil Court (Housing, Small Claims, and Civil Term). I am willing and able to learn any new computer programs necessary for this position.

The first thing I do when I go to a new assignment is to learn the rank structure in the court. I want to know who the supervisors are in the various units and their responsibilities. I also want to learn who the employees are and the unit they are assigned to. I also want to know who the knowledgeable employees are. I learn this by going to the various units and observing who the other employees go to when they have questions. Sometimes it is not the immediate supervisor, because this person may have just been recently assigned from another court. These are the people I would go to when I have questions, after first speaking with their supervisor.

I look forward to assuming the duties and responsibilities of the Court Clerk Specialist. I bring to this position over 26 years of court experience, twelve of them in the Criminal Court and Supreme Court, Criminal Term. I have 14 years of supervisory experience. I have made assignments and approved leave. I have participated in employment interview panels and in the selection of employees. I have also filled out Probation and Performance Evaluation Forms. I believe that my experience, work ethic and interpersonal skills will enable me to effectively carry out the duties of Court Clerk Specialist.

GL-5 (Rev. 10/98)



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: | Announcement #- | Geographic Location of Position: |
|---|---|---|
| Court Clerk Specialist | 24402 | Supreme Court, Criminal, NYC |

| 1. Last Name | First Name | Initial |
|---|---|---|
| Price | Mary | A. |

**2. AGE:** Are you at least 18 years of age?
Yes ☒    No ☐
If no, indicate your date of birth

| Month | Day | Year |
|---|---|---|
| August | 7 | 1950 |

Mailing Address
6610 Yellowstone Blvd. Apt. 6-C

| City or Post Office | State | Zip Code |
|---|---|---|
| Forest Hills | New York | 11375 |

**3. CITIZENSHIP:**  Form 1-9 attached ☐
Are you a citizen of the United States? Yes ☒    No ☐
If no, do you have a legal right to work in the
United States ? Yes ☐    No ☐

Telephone Number
(718)997-8280 (212)374-4754

Social Security Number
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

Home:    Business:

| 4. ANSWER ALL QUESTIONS BY PLACING "X- IN THE APPROPRIATE COLUMN | YES | NO |
|---|---|---|
| If your answer is "YES" to any of these questions, give details on an attached sheet. a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent:   i. Have you ever been convicted of an offense against the law? | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | X |
| c) Have you ever received a discharge from The Armed Forces which was other than honorable? | | X |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | X |

| 5. EDUCATION | NAME OF SCHOOL, AND CITY IN WHICH LOCATED | Full or Part-time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School- | All Saints HS, Brooklyn | Full | 4 | Yes | Academic | | |
| College, Univ. Professional or Technical school | | | | | | | |
| Other Schools or Special Courses | Several College Classes | | | | | | |

• If you have a high school equivalency diploma, give number and year of issue-

| 6 – EXPERIENCE (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available ) NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM TO Mo. Year Mo. Year | | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience, if any |
|---|---|---|---|---|---|
| "Supreme NY, 100 Centre St. NYC | | 12-199 | Present | | Assoc. Court Clerkt |
| Civil Court,Kings, 141 Livingston,Bklyn. | | 1-99 | 12-99 | | Assoc. Court Clerk |
| Supreme NY, 100 Centre St., NYC | | 6-89 | 1-99 | Promotion | Sr. Court Clerk |
| Supreme NY, 100 Centre St, NYC | | 6-86 | 6-89 | Promotion | Sr. Court Officer |
| Civil Court, NYC, 100 Centre St., NYC | | 4-85 | 6-86 | Promotion | Court Officer |

7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.   Please see attached resume

PLEASE COMPLETE THIS AFFIRMATION
I affirm, that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law I §210.45)

x _Mary A. Price_____
(Signature of Applicant)

_March 30, 2004_
Date

THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER



2004 MAR 31  PM 1:42
SUPREME COURT NY COUNTY
CHIEF CLERKS OFFICE
RECEIVED

Mary A. Price

66-10 Yellowstone Boulevard, Forest Hills, N.Y. 11375

Work# (212)374-4754 –Home (718)997-8280

12-99 to Present    *Associate Court Clerk*- Supreme Court-New York County-Criminal

Branch

Supervisor of the Correspondence/Motion Support Office. This unit is
responsible for the Domestic Violence Registry, Sex Offender Registry, Driver
License Suspensions/Revocations, Cash Bail Refund Orders/Recalls. This unit
is also responsible for responding to correspondence from pro-se customers
and law enforcement agencies from other states and countries. My
accomplishments in the department include the implementation of a procedure
to monitor cases when a defendant is committed pursuant to CPL article 730.
This procedure has been implemented city wide. My job duties include:

- Training of new employees.
- Bail Remission motions with the Office of the Administrative Judge.
- Update forms, including:  CPL 730 and CPL 330.20 Examination Order,
  Commitment Order and Retention Order forms, State Orders to
  Produce and general correspondence forms.
- Conduct training of Judicial and Non-Judicial personnel.
- Notification to the Board of Education on Youthful Offender
  Adjudications.
- Processing of Special Proceedings (Writs of Habeas Corpus, Orders to
  Show Cause and Fugitive Warrants).
- Prepare annual Performance Evaluations for court clerks assigned to the
  Correspondence Unit.
- Update and revise record keeping procedures.
- Liaison with Federal, State and City Agencies, including:  Department
  of Homeland Security, New York State Office of Mental Health, New
  York State Division of Parole, Division of Criminal Justice Services,
  New York City Department of Probation, New York County District
  Attorney's Office, New York State and City Departments of Correction.
- Implement work schedules and approve vacation schedules.

1

1-99 to 12-99   *Associate Court Clerk* - Civil Court-Kings County. Supervised the General
                Clerk's office and record room. My duties included:

- Assign senior court clerks to parts.
- Conduct a daily accounting of court fees.
- Sit on interview panels.
- Supervised the total relocation and refurbishing of the record room including scheduling pick-ups, deliveries, and installation of floors and rolling file cabinet system, electrical outlets and painting.
- Conduct informal counseling sessions.

1989 - 1999    *Senior Court Clerk* -Supreme Court-New York County-Criminal Branch

- Assigned to the Correspondence Unit for approximately nine years. My responsibilities encompassed all phases of the Correspondence Unit including:
- Train staff.
- Prioritize and distribute work.
- Domestic Violence Registry.
- Sex Offender Registry.
- Post judgment motions.
- Work with varied Federal, State and City agencies.

As a Senior Court Clerk I have worked in arraignment and trial parts, dockets and the Central Clerk's Office. I also testified before the Grand Jury on Bail Jump cases.

1986 - 1989    *Senior Court Officer* -Supreme Court-New York County-Criminal

Branch

- Responsibilities were to maintain order in the courtroom, handling of prisoners and jurors.

1985 - 1986    *Court Officer* -Civil Court-New York County

- Responsibilities were to maintain order in the courtroom and assist the general public.

-2-

1980 - 1985    *Examination Before Trial Supervisor* - Public Service Mutual Insurance
Co., NYC

My duties included:
- Supervise and train office staff.
- Coordinate schedule for attorneys, clients and reporters.
- Processing bills, notices, orders.
- Aided in the development of a personal computer system that was tailored to the needs of the department.

1978 - 1980    *Assistant Office Manager* -Gersten, Slater & Simon, P.C., NYC

Responsibilities in this accounting firm involved the preparation of financial statements, contact with clients and suppliers and maintaining a petty cash fund.

1969 - 1978    *Examination Before Trial Clerk* -Greater New York Insurance Co., NYC

My duties were to manage a scheduling calendar, attorney assignments, processing of bills and supervising a staff.

**Committees:** Video conferencing, Bring Your Children to Work Day, September 11th memorial ceremonies, elected Trustee to the Court Clerk's Union.

**Education:** All Saints High School, College Courses

-3-

The responsibilities and duties of a Court Clerk Specialist are wide and varied. A person appointed to such a position must be able to apply strong supervisory and organizational skills. Familiarity of the court and its operations should be one of the criteria considered necessary to fill the position.

In order to respond to the question posed, what in my background, experience and personality would prepare me for such a position, I researched the specifications of a Court Clerk Specialist. The job specifications of that title defines the responsibilities and duties I presently have as supervisor of the Correspondence/Motion Support office. Some of my duties and responsibilities are the same as other supervisors in the court system such as preparing performance evaluations, work assignments and vacation schedules.

Not so typical are the things that distinguish my department from others in the court system and make it unique. When first assigned to the Correspondence Unit the department's primary function was to respond to written and telephone inquires, CPL 730 orders and process cash bail refund orders. Over the years the job has grown to include the Sex Offender Registry, Domestic Violence Registry, Driver License Suspensions/Revocations and School Notifications on Youthful Offenders to name a few.

Several years ago the Correspondence Unit and Motion Support Offices were combined. With that the responsibilities of the department grew to include the review and scheduling of Special Proceedings, Post Judgment Motions, Bail Remission Motions and Orders to Show Cause. For each of these added assignments procedures needed to be developed and forms were generated.

As a result of new legislation requiring the imposition of DNA and Sex Offense Registration fees, I created a table of crimes and required fees which was distributed to court personnel to use as a quick reference tool. I also developed the procedure, now being instituted citywide, to track CPL 730 commitment orders to ensure the court's directions are complied with.

I am an elected member of the Board of Trustees for the Court Clerk Association and Board President of my co-operative. Both positions are ones of accountability and trust, two attributes I would bring to the position if selected. As a Trustee for the Court Clerk Association I was asked and accepted the invitation to set as a member on the contract bargaining committee. Sitting as a member of this committee I was afforded an opportunity to obtain first hand experience in the bargaining process.

My responsibilities and duties as supervisor of the Correspondence/Motion Support Unit along with my participation as a member of the Board of Trustee and Board President have allowed me to hone my skills and acquire the knowledge necessary to perform as a Court Clerk Specialist.

Respectfully submitted,

Mary A. Price, ACC



# STATE OF NEW YORK
# UNIFIED COURT SYSTEMS

## APPLICATION FOR EMPLOYMENT

| Title of Position: | Announcement #: | Geographical Location of Position: |
|---|---|---|
| **Court Clerk Specialist** | 24402 | **Supreme Court, Criminal Term, New York County** |

| 1.Last Name: | First Name | Initial | 2.AGE: Are you at least 18 years of age? |
|---|---|---|---|
| **Stein** | **Michael** | A | Yes __x__    No ____ |

| Mailing Address: | If no, indicate your date of birth: |
|---|---|
| **82 Rolling Hill Green** | Month __05__   Day __13__   Year __59__ |

| City or Post Office | State | Zip Code | 3. CITIZENSHIP: Are You a citizen of the United States? Yes _x_ No __ |
|---|---|---|---|
| **Staten Island, New York 10312** | | | If no, do you have a legal right to work in the United States? Yes___  No ___ |

Telephone Number
Home:      Business:      Social Security Num:

718-356-6224   212-748-5138   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

*(stamped vertically: SUP.CT.CRIM 1ST.J.D. 04 MAR 18 PH)*

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If your answer is "YES" to any of these questions, give particulars on a separate piece of paper.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as a youthful offender, wayward minor or juvenile delinquent: | | |
| I. Have you ever been convicted of an offense against the law? ( a Conviction is not automatic bar to employment , but will be considered in the context of the position  sought). | | X |
| ii. Have you ever forfeited bail or other collateral? | | X |
| iii. Do you now have any criminal charges pending against you? | | X |
| b) Have you ever been dismissed from any employment for reasons other than lack of work? | | X |
| c) Have you ever received a discharge from the Armed Force that was other than honorable ? | | X |

| 5.EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Dates of Attendance (Mo. & yr.) From    To | Were you graduated ? | Type of course or Major Subject | NO. of credits received | Degree received or Expected | Date Degree Received or Expected |
|---|---|---|---|---|---|---|---|
| High School* | Brooklyn Techical High School | 9/69    6/73 | YES | Electronics | | | |
| College, University , professional  or technical School | Kingsborough Community College Brooklyn NY | 1/77   6/77 | NO | Business administration | 11 | | |
| Other Schools or Special Courses | | | | | | | |

\* If you have a high school equivalency diploma, give number and year of issue?

**6. EXPERIENCE** (List your most recent employment first including volunteer work, military service, internship, work-study, etc. Attach a resume if available.

| NAME ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM MO. YEAR | TO MO. YEAR | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITIONS Describe the kind of work performed and supervisory experience, if any. |
|---|---|---|---|---|---|
| New York Supreme Court Crimial Term 100 centre Street NY, NY. | 1300.00 | Jan 1998 | Present | | Responsible for Overseeing Court wide program to computerize courtrooms, offices, and court. Involved in the training of Clerks in the computer. In charge of Video appearances. |
| New York County Crimial Court 100 Centre Street, NY, NY. | 700.00 | Mar 1991 | Jan. 1998 | Promoted | Court Officer: Duties include providing security for the court facilities, interacting with jurors and the public. |
| Opex Corporation 305 Commerce Drive Moorestown, NJ | 500.00 | FEB 1990 | Apr 1992 | Security of State job | Repair and Maintenance of High Speed mail processing equipment at a on site facility, responsible for maintaining accurate inventory. |
| Hoover Corporation 614 W. Hempstead Tpke W. Hempstead NY. | 350.00 | June 1988 | Feb 1990 | Better paying Job | Supervisor of Branch location involving sales and service of Equipment. Handled Customer Complaints about staff or products. |
| Edison Powertrain 63 Rome Ave. Farmingdale NY. | 300.00 | Feb 1985 | June 1987 | Business Closed | Supervised running Sales and Service departments of Manual Transmission Supply Co. Keeping Accurate inventory and cash Dispersements. |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

## PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements made on this application (including any attached papers) are true. ( False statements made in this application are punishable under Penal Law (§210.45) and may result in your disqualification.)

_(signature)_ Michael Stein

Signature of Applicant

3-11-04

Date

# Michael Stein
82 Rolling Hill Green, Staten Island , NY 10312
Work 212-748-5188, Home 718-356-6224, Mstein@courts.state.ny.us

## CAREER HISTORY

### Supreme Court, Criminal Branch, 100 Centre Street New York, N.Y.
Associate Court Clerk\Senior Court Clerk, January 1998 - Present
Currently in charge of the Video Appearance program for New York County. Main Liaison between the Bar, Department of Corrections, Treatment Court, and outside Drug programs for scheduling of calendar calls and Attorney/ client interviews. Responsible for oversight of Trial Court operations, including interaction with personnel involved in the proper operation of the court. Keeping records of the Court accurate  Also involved in educating Judicial and nonjudicial staff on the computer systems of the court. Training Court Clerks on procedures for maintaining accurate court forms. Also involved with the court wide program to computerize courtrooms, offices  and court forms .

### Supreme Court, Criminal Branch, 111 Centre Street New York, N.Y.
Senior Court Officer, June 1997 - January 1998
Responsibilities included  providing security to Court facilities, extensive interaction with Jurors and the public. Transport of prisoners from corrections to courtrooms, filling out necessary forms for proper production of prisoners to court facilities.

### Criminal Court, Kings County, 120 Schermerhorn Street Brooklyn, N.Y.
Court Officer Sergeant, March 1997 - June 1997
Assigned to Felony Narcotics Part, Involved in the training Court Officers, and insured all court rules and procedures were properly implemented.

### Criminal Court, New York County, 100 Centre Street New York, N.Y.
Court Officer, March 1991 - March 1997
Duties included providing security for the court facilities, interacting with Jurors and the public. Preparation of accurate court records. Worked in Jury section for three years, involved in all aspects of case resolution including arraignments, plea negotiation through jury trial and deliberations. Worked two years in night court arraignments.

### Opex Corporation, 305 Commerce Drive  Moorestown, N.J.
Service Technician, February 1990 - April 1992
Repair and Maintenance of High Speed mail processing equipment at on site facility. Responsible for maintaining accurate inventory of parts at location. Handled complaints from operators concerning the equipment they operated.

### Hoover Corporation, 614 West Hempstead Turnpike West Hempstead, N.Y.
Branch Supervisor, June 1988 - February 1990
Supervisor of Branch location involving sales and service of equipment. Handled customer complaints about staff or products. Checked inventory and kept accurate records of parts. Checked cash ledgers on a daily basis.

### Edison Powertrain Inc, 63 Rome Avenue Farmingdale, N.Y.
Manager, February 1985 - June 1987
Supervised running of Sales and Service departments of Manual Transmission Supply Company. Responsibilities included maintaining complete and current inventory of stock. Supervised hiring of sales staff.  Kept records of cash dispersements and planned budget schedules.

### Reliable Antenna Systems Inc., 1409 East 99 Street Brooklyn, N.Y.
Owner- operator, May 1982 - February 1985
Installation and repair of audio and video antenna systems in residential and commercial locations. Developed budgets, work schedules, and hiring of employees.

### Savin Corporation, 200 East 42 Street New York, N.Y.
Field Technician, June 1980 - May 1982
Repair and Maintenance of High Speed copier equipment in designated territories. Promoted to Quality Control Department in Corporate Headquarters where duties included working on prototype equipment and  keeping accurate records of test equipment.

### Wometco Home Theater, 1309 Utica Avenue Brooklyn, N.Y.
Service Technician, January 1979 - May 1980
Installation and service of over air cable t.v. equipment . Responsibilities included dealing with customer disputes on accounts which  were delinquent in payment and with service of equipment.

## ORGANIZATIONS
- Knights of Pythias, 1982- Present
- United States Speciality Sports Assoc., 1990-Present
- Fraternal Order of Police, 1992-Present
- Shomrai Tzedek Society 1993- Present

Mr. Alan Murphy
Chief Clerk VII
Supreme Court, Criminal Term
100 Centre Street, Room 1008
New York, N.Y. 10013

Dear Mr. Murphy,

As the Court Clerk Specialist in New York County Supreme Court, Criminal Term, I would bring a wealth of experience as a Supervisor of Personnel. Having previously owned a company, and managed two small corporations, part of my job involved hiring and terminating employees. I also have a no fear attitude for learning and applying new techniques to any problems that need to be addressed.

In my current position as an Associate Court Clerk, one of my responsibilities is to assist in training all Court Clerks how to properly use the Court's computer systems. In addition I help train all employees on the latest equipment rolled out by the Court System, including Video Conferencing, Digital Senders, Courtroom of the Future, and Fingerprint Capture System. I have ongoing relationships with the NYDOC, 18B Panel, Legal Aid Society, and New York County Defender Service in conjunction with the Video Appearance Project. In attempting to increase productivity with the Video Project, I have also nurtured a relationship with the Misdemeanor Treatment Court and their Drug Programs.

Although I am not presently assigned to a Court Part, I have kept abreast of all changes in the law as it affects the performance of the Court. In the Technology Department, it is necessary to be as exact as possible to the details of the job at hand. As a Union Delegate, I often had to deal with the work related problems of fellow Court Clerks. I plan to use an open door policy so that co-workers feel they are appreciated and a part of the way the orders and procedures are carried out. Therefore, I feel I am the person best qualified to do the job of Court Clerk Specialist for the New York County Supreme Court, Criminal Term.

Michael Stein
Associate Court Clerk
New York Supreme Court

To: Mr. Alan Murphy,                                                    3/16/04
    Supreme Court, Criminal Term
From: Frank Tufano
Re: Writing Sample

### Undertaking the Duties and Responsibilities of Court Clerk Specialist, Supreme Court, Criminal Term

Q: What in your background, your experience, your personality has prepared you to do the job of a Court Clerk Specialist for the Criminal Term of Manhattan Supreme Court ?

The Court Clerk Specialist is primarily responsible for the implementation of the Office of Court Administration policy, procedure, rules and regulations. In conjunction with maintaining performance standards, the Court Clerk Specialist is responsible for the coordination of the daily non-Judicial administration of the Court. The Court Clerk Specialist is also challenged with a plethora of tasks including, but not limited to, fiscal activities, personnel management, employee relations and the deployment and assignment of non-Judicial Court personnel.

The Court Clerk Specialist must frequently consult and maintain an open line of communication with the Chief Clerk, Judges and various Court Administrators.

Paramount among the skills required to perform the duties of this position is the ability to work and communicate, effectively and professionally, with people at all operational levels. Whether engaging superiors, subordinates. agency employees or the general public such ability offers the most suitable possibility of eliciting the compliance of others while avoiding the possible dissemination of confusing or contradictory information.

My years of experience in several Courts and Jurisdictions in conjunction with a strong work ethic will prove invaluable to this position. I will use my working knowledge to obviate potential problems. Utilization of flexibility in weighing several points of view will facilitate problem solving.

As the Court Clerk Specialist my objectives for the initial period of my employment will be to immediately establish communication with the Chief Clerk for the purpose of implementing the Courts short and long term goals. Included in these discussions will be the prioritizing of projects and the assessment of all past and present indicators that reflect the need for improvement.

I will establish a positive, professional and open communication with the Court staff while promoting a "Team Work" concept and open door policy for all Court employees.

2006 MAR 16 AM 11:36
SUPREME COURT NY COUNTY
CHIEF CLERKS OFFICE

RECEIVED

The administration of my staff will include the clear delegation of assignments, the promotion of conformity to policies and procedures including supervisory accountability in all phases of the Courts operations

A priority will be to familiarization myself with current operations, procedures, policies and Court staff, with an eye towards their strengths and weaknesses, while simultaneously evaluating the related compliance, accountability and productivity of each operation is also a priority.

I will facilitate the establishment and/or augmentation of a liaison with agencies such as the District Attorneys office, Legal Aide Society, Department of Corrections and Police Department, where indicated.

Evaluation of the deployment of the non-Judicial Court personnel will take into account all operational and non-operational aspects. An efficiency assessment will include considerations for staff training, cross-training and/or changes in assignments where indicated. The result will enhance employee work performance, quality and afford management greater staffing flexibility. Non-Judicial Court personnel will be required to attain a level of proficiency in automation that is related to their assignments.

To accomplish the aforementioned objectives I will establish a format which will include the scheduling of frequent meetings with supervisory staff and follow-up conferences in addition to daily interaction. My goals will be to continually utilize all available resources to their maximum effect, deliver quality service and preserve the integrity of the Court.

Frank Tufano
248 Westchester Avenue
Thornwood , New York 10594
Home [914] 741-0433   Work [718] 590-2858

Objective: To attain a job position which is mutually beneficial to the employer and myself
while simultaneously complimenting my work experience.

Experience:

11/98-Present : U.C.S. Criminal Court, Bronx County, Assistant Deputy Chief Clerk

As the Assistant Deputy Chief Clerk of Criminal Court my responsibilities include
but are not limited to:

-Supervising a staff of 250 clerical/professional/security Court personnel

-Interviewing and hiring of personnel

-Administering of disciplinary actions

-Coordinating of investigations with the Inspector Generals office

-Representing the Court in meetings/discussions/seminars related to all Court and ancillary
operations

-Supervising Special projects;  Integrated Domestic Violence Court, Domestic Violence Court
and Drug Treatment Court

-Monitoring of the daily Court operations to ensure maximum utilization of Court staff and the
productivity of Court operations

-Authorization of supply requests including furniture and computer hardware

-Creating of policy, procedure and protocol for related staff

-Conferencing of Union grievances with 13 Unions representing Court personnel

-Reviewing and authorizing all time and leave including F.M.L.A.

-Scheduling of rotating weekend staffing and yearly vacation schedules

-Preparation/authorization of Professional/Managerial performance evaluations

-Interaction with all levels of the Judiciary staff

-Reconciling of City and State fiscal accounts

-Reviewing and Processing of J..H..O.. vouchers

-Reviewing and Processing of C.P.L. 730 reports

-Emergency response/preparedness team leader

-Workforce Diversity/E.E.O. liason

-A.D.A. Administrator

-Facilities Administrator

-Website Administrator

-E Justice Administrator

-Facilities/Records Court Merger subcommittee member

3/98-11/98:  U.C.S. District Court, Nassau County, Principal Court Clerk

As Clerk of the Criminal Term my responsibilities included but were not limited to:

-Supervision of 80 Court staff
-Coordination of staff in Divisions and Court Parts
-Implementation of special projects
-Supervision of the quality control of employee work product
-Creating and implementing of policy and procedure
-Supervising computer operations
-Supervising the training of Court staff
-Interviewing and hiring of Court staff
-Judicial staff interaction on a daily basis
-Review and preparation of performance evaluations


3/89-3/98:  U.C.S. Family Court, Bronx County, Associate Court Clerk

As Divisions supervisor my responsibilities included but were not limited to:

-Supervising of 50 Court employees
-Coordinating the staffing of three Divisions
-Automation representative
-Review and preparation of employee performance evaluations
-Training of Court staff as Part Clerks and in computer operations
-Training of Court Clerk's via O.C.A. programs


3/88-3/89:  U.C.S. Supreme Court, Bronx County, Sr. Court Clerk

As a Court Part Clerk my responsibilities included but were not limited to:

-Supervision of 6 Court employees  [data entry/calender clerical]
-Computer operations
-Preparing related forms and documents
-Entry of Court orders and motions
-Parts division Clerk

3/85-3/88: U.C.S. Civil Court, Bronx County, Court Assistant

As Records Division supervisor my responsibilities included but were not limited to:

-Supervising of the daily operations   [5 employees]
-High volume of public contact
-Implementation of record retention and archiving policies and procedures
-Supervision of case docketing and entering of judgements
-Working knowledge of Special Term operations
-Working knowledge of Housing Court operations
-New York State Peace Officer

-Working knowledge of  Court Computer programs including; AFCRIS, DAFCRIS, CRIMS, DCJS, SAP, DV Registry, Lotus Approach, Word Perfect,  D.V. application, U.T.A. [Drug Court application]

6/73-2/85: Department of Social Services, City of New York, Caseworker Supervisor

As Caseworker Supervisor my responsibilities included but were not limited to:

-Supervising of five staff caseworkers
-Reviewing the implementation of procedures by agency staff
-Accountability for high volume productivity and quality control of staff work product
-Calculation of budgets
-Responsible to the State Attorney General [Fraud Division]
-Preparation of periodic employee evaluations

March 23, 2004

Mr. Alan Murphy
Chief Clerk VII
Supreme Court, Criminal Term
100 Centre Street, Room 1008
New York, New York 10013

Dear Mr. Murphy:

      I am responding to the announcement for the position of **Court Clerk Specialist (24402)**. Please regard this letter as my formal application. Enclosed is my resume, a writing sample and a UCS-5.

      I look forward to meeting with you and the committee. Thank you for your time and consideration.

Sincerely,

*Ira Turkfeld*

Ira Turkfeld

2004 MAR 23  PM 2: 06

CHIEF CLERKS OFFICE
SUPREME COURT NY COUNTY

RECEIVED

# Ira L. Turkfeld

1421 East 69th Street
Brooklyn, New York 11234
212-374-8389 (office)    718-531-6803 (home)
E-mail: ITURKFEL@courts.state.ny.us

| | |
|---|---|
| Objective: | To seek a higher level operational/managerial position where my experience, skills and expertise can be maximized to benefit the Unified Court System. |

## Professional Experience

**1996- present**    *Supreme Court- Civil Term- N. Y. County*    - Case Management Coordinator:

- Clerk-in-Charge of Guardianship and Fiduciary Office- supervise staff and review receivership, trust, assignee and guardianship accountings, motions, orders and other applications for judicial relief.
- Deputy Chief Clerk- Matrimonial and Judicial Support Offices. Supervise Special Referee assignment calendar.
- Train court personnel, organize training for arbitrators and give advise and recommendations to justices.
- Fiduciary Clerk- monitor and track fiduciary compliance with the Part 36 Rules of the Chief Judge.

**1987- 1996**    *Family Court- Kings and N. Y. Counties* - Principal Court Clerk:

- Parts Division Supervisor- supervised 60 non-judicial employees assigned to 20 court parts, the Clerk's office, Motion office and Court Action Processing Unit.
- Monitored caseload activity, trained staff, planned and developed new policies for case management and record keeping, researched laws governing court operations in an effort to resolve legal or procedural questions.

**1984- 1988**    *Division of Criminal Justice Services* - Project Assistant (dual employment):

- Researched topics and issued reports with recommendations concerning criminal and juvenile case processing, fingerprinting, criminal history records, collection of fines and assessments, and disposition reporting.

**1981- 1987**    *N.Y. Criminal Court* - Associate Court Clerk:

- Clerk's Office Supervisor - processed court papers; monitored standards and goals; recorded all phases of case activity; prepared calendars; provided information to the public, attorneys and agencies. Supervised staff of 50 non-judicial employees.

**1970- 1981**    *Kings Criminal Court* - Senior Court Clerk, Court Clerk I, Assistant Court Clerk, Uniformed Court Officer.

## Education

| | |
|---|---|
| 1968- 1971 | Bachelor of Science, Brooklyn College, Mathematics. |
| 1974- 1975 | Court Management program- IBM. |

## Miscellaneous

| | |
|---|---|
| 1966- 1968 | United States Army- Honorable Discharge. |
| 1996 | Certified Court Evaluator and Guardian. |
| 1997 | Advanced guardianship issues program. |
| 2001 | Arbitrator for Matrimonial Fee Disputes. |
| 1997-2004 | Contributed to Supreme Court Operations Manual and UCS Operations Manual. |

## Writing Sample- Court Clerk Specialist (24402)

As a candidate for the position of Court Clerk Specialist for the Criminal Term of Manhattan Supreme Court, I appreciate the opportunity to address the committee, via this writing sample, to tell you how my personality, background and experience have prepared me for the job.

My colleagues tell me I am honest yet tactful. The door to my office is always open. I believe in cooperation and teamwork. Co-workers are encouraged to come directly to me with ideas and suggestions. Being a positive role model is important to me. I have and always will run my office so as to maintain the utmost integrity of the courts in the public's perception.

My background in the criminal justice system is varied. I think you will find it an asset that I not only worked in the Unified Court System but also as a consultant for the Division of Criminal Justice Services (DCJS). I have literally walked through the system from arrest to arraignment to disposition. I have studied the criminal system and have written extensively on surcharges, assessments, dispositions, fingerprinting, and criminal and juvenile case processing, involving the interaction between the courts and other Executive Branch agencies. Many of my recommendations such as the format of fingerprints and the exchange of computer information have been adopted and made part of the current system.

Many productive years as a Court Officer, a Part Clerk, a Court Clerk Supervisor and Case Management Coordinator, have provided me with extensive experience in courts of criminal, family and civil jurisdiction. While rising through the supervisory ranks, I learned that flexibility, communication and creativity complemented and enhanced my knowledge and expertise. If you are seeking a business as usual or status quo candidate, do not look to me. However, if you want someone who is unbiased, imaginative, open to suggestions and not afraid of fresh ideas, then I am that person.

Yours is a very large and complex court of criminal jurisdiction. It is responsible for a broad inventory of cases and the motions, hearings and trials associated with those cases. People look to your court as a model for others to follow. I am committed to improving services, maximizing the use of existing personnel and other resources, and more efficiently fulfilling these important responsibilities.

I look forward to meeting with you and the committee to more fully share my ideas, goals and vision for the future.

Ira Turkfeld

UCS-5 (Rev. 10/98)



# STATE OF NEW YORK
# UNIFIED COURT SYSTEM

# APPLICATION FOR EMPLOYMENT

| Title of Position: COURT CLERK SPECIALIST | Announcement #: 24402 | Geographic Location of Position: SUPREME COURT - CRIMINAL - N.Y. |
|---|---|---|

**1. Last Name** TURKFALD **First Name** IRA **Initial** L.

**Mailing Address** 1421 EAST 69TH ST.

**City or Post Office** BROOKLYN **State** NY **Zip Code** 11234

**Telephone Number** Home: (718) 531-6803 **Business:** (212) 374-8389 **Social Security Number** 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

**2. AGE: Are you at least 18 years of age?**
Yes ☑ No ☐
If no, indicate your date of birth
Month _____ Day _____ Year _____

**3. CITIZENSHIP:** Form I-9 attached ☐
Are you a citizen of the United States? Yes ☑ No ☐
If no, do you have a legal right to work in the
United States? Yes ☐ No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent; i. Have you ever been convicted of an offense against the law? | | ✓ |
| ii. Have you ever forfeited bail or other collateral? | | ✓ |
| iii. Do you now have any criminal charges pending against you? | | ✓ |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | ✓ |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | ✓ |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | ✓ |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | ERASMUS HALL, BKLYN, NY | FULL | 4 | YES | ACADEMIC | | |
| College, Univ. Professional or Technical School | BROOKLYN COLLEGE, BROOKLYN, NY | FULL | 4 | YES | BS - MATHEMATICS | 128 | YES |
| Other Schools or Special Courses | — | — | — | — | — | — | — |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any. |
|---|---|---|---|---|---|
| UNIFIED COURT SYSTEM (SEE RESUME) | — | 1970 | 2004 | — | CASE MANAGEMENT COORDINATOR |
| | | | | | |
| | | | | | |
| | | | | | |

**7. REMARKS:** ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.

PLEASE COMPLETE THIS AFFIRMATION

I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law {§210.45}

x _Ira Turkfeld_
Signature of Applicant

3/18/04
Date

THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

Priscilla Williamson
71-50 Parsons Boulevard 1-K
Flushing, New York 11365

Mr. Alan Murphy
Chief Clerk VII
Supreme Court, Criminal Term,
New York County
100 Centre Street Room 1008
New York, New York 10013

Dear Mr. Murphy,

Please find my Application for Employment, my resume, my writing sample and attachments

Respectfully,

Priscilla Williamson
Principal Court Clerk

UCS-5 (Rev. 10/98)

# STATE OF NEW YORK
# UNIFIED COURT SYSTEM



# APPLICATION FOR EMPLOYMENT

| Title & Position: CourT Clerk SpecialisT | Announcement #: 24402 | Geographic Location of Position: New York County |
|---|---|---|

**1. Last Name** Williamson   **First Name** Priscilla   Initial

**2. AGE:** Are you at least 18 years of age? Yes ☑ No ☐
If no, indicate your date of birth
Month _____ Day _____ Year _____

**Mailing Address** 71-50 Parsons Blvd 1-K

**City or Post Office** Flushing   **State** NY   **Zip Code** 11365

**Telephone Number**
Home: 718 591-4935  Business: 646 366-5250   **Social Security Number** 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

**3. CITIZENSHIP:**   Form I-9 attached ☐
Are you a citizen of the United States? Yes ☑   No ☐
If no, do you have a legal right to work in the United States? Yes ☐   No ☐

**4. ANSWER ALL QUESTIONS BY PLACING "X" IN THE APPROPRIATE COLUMN**
If you answer is "YES" to any of these questions, give details on an attached sheet.

| | YES | NO |
|---|---|---|
| a) Except for minor traffic offenses and adjudications as youthful offender, wayward minor or juvenile delinquent: i. Have you ever been convicted of an offense against the law? | | |
| ii. Have you ever forfeited bail or other collateral? | | ✓ |
| iii. Do you now have any criminal charges pending against you? | | ✓ |
| b) Have you ever been dismissed from any employment for reasons other than lack of work or funds? | | ✓ |
| c) Have you ever received a discharge from the Armed Forces which was other than honorable? | | ✓ |
| d) Are you currently in violation of a court order in any state for child or spousal support? | | ✓ |

| 5. EDUCATION | NAME OF SCHOOL AND CITY IN WHICH LOCATED | Full or Part-Time | No. of years Credited | Were You Graduated | Type of Course or Major Subject | No. Of Credits Received | Degree Received Or Expected |
|---|---|---|---|---|---|---|---|
| High School** | Seward Park H.S. | Full-time | | Yes | Academic | | |
| College, Univ. Professional or Technical School | City College 99 Hudson NYC NY | Part-time | | Still Attending | Public Administration | 40 | |
| Other Schools or Special Courses | | | | | | | |

*If you have a high school equivalency diploma, give number and year of issue:

**6. EXPERIENCE** (List your most recent employment first, including volunteer work, military service, internship, work-study, etc. Attach a resume if available.)

| NAME, ADDRESS AND BUSINESS OF EMPLOYER | WEEKLY EARNINGS | EMPLOYED FROM Mo. Year | TO Mo. Year | REASON FOR LEAVING | TITLE AND DUTIES OF YOUR POSITION Describe the kind of work performed and supervisory experience if any |
|---|---|---|---|---|---|
| Family Court NY canty | | 4/2001 | Present | Present | Principal Court Clerk |
| Supreme Court Criminal Term NY canty | | 12/94 | 2001 | Promotion | Associate Court Clerk |
| Supreme court Criminal Term NY canty | | 4/92 | 12/94 | Promotion | Senior Court Clerk |
| Criminal Court NY county | | 1/88 | 4/92 | Promotion | Principal Office Assistant |
| Civil court NY canty | | 6/87 | 1/88 | Temp | Principal office Assistant |

**7. REMARKS: ATTACH ADDITIONAL SHEETS OF PAPER IF MORE SPACE IS NEEDED.**

## PLEASE COMPLETE THIS AFFIRMATION
I affirm that the statements on this application (including any attached papers) are true. False statements made in this application are punishable under Penal Law (§210.45).

X _____     3/11/04
Signature of Applicant                              Date

### THE STATE OF NEW YORK UNIFIED COURT SYSTEM IS AN EQUAL OPPORTUNITY EMPLOYER

71-50 Parsons Blvd 1-K          Home: 718.591.4935
Flushing, NY 11365

# Priscilla Williamson

**Objective**      To obtain an administrative position of increased supervisory responsibility within the Unified Court System of New York

**Experience**      April 2001-Present      Family Court                  New York, NY
**Principal Court Clerk**

- Perform general supervisory duties for the Permanency Planning Division Petitions Unit
- Manage time and leave issues for additional divisions including: Adoptions Division; Manhattan Family Treatment Court/Part; Voluntary Foster Care Division
- Manage general office operations and coordinate with other agencies relating to: Neglect/Abuse Petitions filed; E.O.P; TPRs Applications for Surrenders; ensuring that Foster Care Reviews are efficiently submitted within AFSA (Adoption and Safe Family Act) time frames
- Evaluate employees
- Participated in various Special Projects including: the coordination of set-up and clean-up of courtrooms for *Adoption Saturday*; acted as a panel participant at an orientation of new employees; attended a four day National Drug Conference in Reno, NV; Gender Fairness Committee; Take Your Children to Work Program

Dec 1994-April 2001      Supreme Court Criminal Term      New York, NY
**Associate Court Clerk**

- Supervised General Clerk's office
- Assigned clerks to cover courtrooms
- Responsible for receipt, accounting, and disbursing of fines, fees, and bail
- Performed employee evaluations
- Participated in interviewing panel for new employees
- Generated rap sheets for the courtroom at the request of the Judge

April 1992-Dec 1994      Supreme Court Criminal Term      New York, NY
**Senior Court Clerk**

- Supervised courtroom staff in the arraignment and trial parts
- Prepared all required paperwork

Jan 1988-April 1992      Criminal Court                  New York, NY
**Principal Office Assistant**

- Processed Notice of Appeals
- Interviewed individuals filing for Orders of Protection

June 1987-Jan 1988      Civil Court                    New York, NY
**Principal Office Assistant**

- Entered judgments in docket book

**Education**      2001-      Presently Attending                  CUNY- City College

As Court Clerk Specialist I would assist in managing court operations at 111 Centre Street. My main objective would be to ensure that court operations proceed in a timely and efficient manner by incorporating established practices with the experience I have gained. I would also assist in implementing procedures from new legislation and policy formulation, consult with Judges, Chief Clerk, First Deputy Chief Clerk, other administrators and agency representatives, relative to the efficient operation of the Court.

If I am allowed to undertake the duties of Court Clerk Specialist, I will bring nine years of supervisory experience to the title, six years as an Associate Court Clerk in Supreme Court Criminal Term New York County, and three years as a Principal Court Clerk/ Acting Assistant Deputy Chief Clerk in New York County Family Court.

During my six years as supervisor at 100 Centre Street, I assigned clerks to the courtroom, completed employees' evaluations, and participated on an interview committee. I monitored the work and activities of court clerks assigned to the General Clerk's Office. I trained and supervised newly hired court clerks to prepare, certificates of dispositions, extradition packages, accept motions, order cases from the archives, collect and record bail, fine, and surcharge monies. I reviewed paperwork maintained and submitted by court clerks to ascertain the sentence imposed, the amount of bail set, when and/or if the bail was exonerated, and the amount of the surcharge and/or fine imposed. Additionally, I was the responsible for scheduling hospital arraignments, printing rap sheets, and unsealing cases.

Under the supervision of the Court Clerk Specialist, I gained valuable knowledge applying procedural expertise in unusual and difficult situations and questions related to criminal matters, and advising subordinate personnel, Judges and attorneys as to proper procedure.

At Manhattan Family Court, I am in the process of developing a curriculum to ensure that Senior Court Clerks generate AFSA (Adoption and Safe Families Act) compliant Orders. In 2003 I trained employees to operate UCMS (Universal Case Management System), and can operate UCMS proficiently.

If hired for the position of Court Clerk Specialist, I would bring to the title, the hands on experience I have gained, my dedication and work ethic and the belief that public service should be provided with courtesy and professionalism. I would lead by example to establish a cohesive working relationship between court personnel and outside agencies relative to the operation of the court.

Priscilla Williamson
Principal Court Clerk

STATE OF NEW YORK
**UNIFIED COURT SYSTEM**
**NEW YORK CITY FAMILY COURT**
60 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
(212) 374-3711

**JONATHAN LIPPMAN**
Chief Administrative Judge

**JOAN B. CAREY**
Deputy Chief Administrative Judge
New York City Courts

**JOSEPH M. LAURIA**
Administrative Judge
New York City Family Court

# MEMORANDUM

TO:          James F. Kenny
             Chief Clerk

FROM:        Hon. Joseph M. Lauria

SUBJECT:     Priscilla Williamson

DATE:        December 4, 2002

---

I am pleased to report that Priscilla Williamson has done an outstanding job in helping to organize the New York City Family Court's third Adoption Saturday initiative.

Priscilla discharged her duties of setting up and cleaning up the courtrooms with much skill and always with a positive attitude.

Priscilla is a team player and a delight to work with.

JML/nh
cc:    John P. Cairns, First Deputy Chief Clerk
       Evelyn Hasanoeddin, Clerk of Court

**Division of Legal Services**
Manhattan Family Court Unit
220 Church Street, 6th floor

**WILLIAM C. BELL**
Commissioner

# nyc ACS

NYC Administration for
Children's Services

**JOSEPH CARDIERI**
Deputy Commissioner/General Counsel

**NANCY THOMSON**
Deputy General Counsel

May 8, 2002

Ms. Williamson,

On behalf of The Bring Our children to Work Day Committee, the parents and sponsors of the children and myself, I would like to thank you for taking time out of your busy schedule to ensure that the children had such an enjoyable day at the court house. Especially at such short notice.

The children enjoyed the talks that was explained so interestingly at their level of intelligence and their questions assured us that they were listening and understood. They got a lot of thrills from observing the magicians at work and took delight in trying to figure out how he performed his tricks. Their highlight of the morning was to observe Judge Adams hearing cases, of course they wanted to know if they would see Judge Judy.

Ms. Williamson you were instrumental in ensuring that the tour was enjoyable, by staying with us and making sure that we moved from office to office in safety.

Enclosed is a 11 year old summation of his day at work.

Thanks again and I look forward to eagerly working with you (at a much earlier date) for the next bring our children to work day.

Sincerely yours

Angela C. Rochester

April 25, 2002


Julius


I took the 6 bus to 155th Street and 8th Avenue to the C train.  I passed the High bridge park, and a carnival.  I got off the train at Chamber Street and the World Trade Center. My Godmother, Diane Jones works at the Administration for Children Services/Division of Legal Services, 220 Church Street, 6th Floor.  When I got there, I ate breakfast and then we walked to the Manhattan Family Court. A Judge talked to me about why people come to the family court, and what people do when they get there.  I had fun while I was there. They had a magician come and do some magic for us, I show him a trick with a dollar bill.  When we got back, it was time to eat lunch.  Some of the children ate sandwiches the rest of the children ate pizza. We drew some drawings so that people could put them on the walls.  A woman from the courthouse came and gave away certificates to all of the children.  Then after that, we finally received our prizes.  I had a great time with my Godmother.  I hope I can come again next year!


Typed and written by:
Julius Peterson, Age 11
Bronx, NY