UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/06
```

FRANCES O'LEARY,

             Plaintiff,

   -against-

NY STATE UNIFIED COURT SYSTEM,

             Defendant.

05 Civ. 6722 (HB) (DCF)

STIPULATION TO PLACE
ACTION ON SUSPENSE
CALENDAR

WHEREAS the plaintiff desires to suspend the civil action O'Leary v. NY State Unified Court System, 05 CV 6722, and bring new claims;

WHEREAS the Court has considered the plaintiff's application and issued an endorsed order stating that this action may be placed on the suspense calendar and dismissed in sixty (60) days, if no new complaint, with new claims, is served and filed by such time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that:

1.    This action, O'Leary v. NY State Unified Court System, 05 Cv 6722, shall be placed on the Court's suspense calendar and shall be dismissed if, within sixty days from the date of the filing of this Stipulation, plaintiff fails to file a new complaint alleging any new claims;

2.    All rights, claims and defenses as currently exist shall otherwise continue

...

without prejudice;

   3.    Defendant's pending motion for summary judgment is hereby withdrawn without prejudice to renewal or amendment.

Dated:    September 12, 2006

COREN & ASSOCIATES, P.C.
Attorneys for Plaintiff

By: _____
Steven M. Coren, Esq. (SC 8693)
228 East 45th Street, 17th floor
New York, NY 10017
(212) 371-5800

MICHAEL COLODNER
Attorney for Defendant

By: _____
John J. Sullivan (JS9947)
Assistant Deputy Counsel
Office of Court Administration
Empire State Plaza
4 ESP, Suite 2001
Albany, NY 12223-1450
(518) 474-7469

SO ORDERED:

_____
Hon. Harold Baer, Jr. USDJ    9/14/06