UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANCES O'LEARY,

               Plaintiff,

               -against-

NY STATE UNIFIED COURT SYSTEM,

               Defendant.
------------------------------------------------------------x

05 Civ. 6722 (HB)

**ORDER**

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS, by Order dated September 14, 2006, this matter was placed on my suspense calendar, on consent of both parties, with a direction that the case would be dismissed if, within sixty days of the date of the Order, the Plaintiff failed to file a new complaint that alleged new claims; and,

    WHEREAS, a new complaint that alleged new claims was served on the Defendant on November 13, 2006 and a status conference was held in chambers on November 28, 2006 to amend the pre-trial scheduling Order; it is hereby

    ORDERED that the Plaintiff is permitted to depose an additional 10 witnesses and after conferring with the Defendant shall provide to the Court, within 30 days of the date of this Order, a timetable as to when these depositions shall be completed; and, it is further

    ORDERED that all discovery shall be completed by April 1, 2007; and, it is further

    ORDERED that any dispositive motion shall be fully-briefed, served and filed, with a courtesy copy delivered to the Court, on or before May 15, 2007; and, it is further

    ORDERED that a jury trial, if necessary, will be held in September 2007, with a pretrial order filed and submitted to the Court by September 5, 2007.

**IT IS SO ORDERED.**
New York, New York
November 30, 2006

                                      U.S.D.J