UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FRANCES O'LEARY,

                              Plaintiff,                    05 Civ. 6722 (HB)

   -against-

                                                              **CONSENT TO**
**CHANGE ATTORNEYS**
NY STATE UNIFIED COURT SYSTEM,

                              Defendant.

-------------------------------------------------------------X

We, the undersigned, do hereby consent and agree that Coren & Associates, P.C., attorneys of record for the within Plaintiff, with offices located at 570 Lexington Avenue, New York, New York 10022, hereby withdraw as counsel for Plaintiff herein and that Mauro & Guzzardo, LLP, with offices at 131 Jericho Turnpike, Suite 302, Jericho, New York 11753, be substituted as attorneys for Plaintiff herein, in the place and stead of Coren & Associates, P.C.

Dated: February 26, 2007

**COREN & ASSOCIATES, P.C.**
Retiring Attorneys for Plaintiff
228 East 45th Street
New York, New York 10017
(212) 371-5800

By: _____
    Steven M. Coren, Esq.
    (SC-8693)

**MAURO & GUZZARDO, LLP**
Incoming Attorneys for Plaintiff
131 Jericho Turnpike, Suite 302
Jericho, New York 11753
(516) 333-2015

By: _____
    Eden Fitzgibbons Mauro, Esq.
    (EF-5296)