UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

**FRANCES O'LEARY**,

                     Plaintiff,                   05 Civ. 6722 (HB)

  -against-

                                                       **NOTICE OF**
                                                       **<u>APPEARANCE</u>**

**NY STATE UNIFIED COURT SYSTEM**,

                     Defendant.

----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter the appearance of Eden Fitzgibbons Mauro of Mauro & Guzzardo, LLP, as attorney for Plaintiff in the above captioned matter. I certify that I am admitted to practice in this court.

Dated: Jericho, New York                 **MAURO & GUZZARDO, LLP**
      February 28, 2007                 Incoming Attorneys for Plaintiff
                                                131 Jericho Turnpike, Suite 302
                                                Jericho, New York 11753
                                                (516) 333-2015

                                                By:_____
                                                Eden Fitzgibbons Mauro, Esq.
                                                     (EF-5296)