

STATE OF NEW YORK
UNIFIED COURT SYSTEM
EMPIRE STATE PLAZA
4 ESP, SUITE 2001
ALBANY, NEW YORK 12223-1450
(518) 474-7469



ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07

**JONATHAN LIPPMAN**
Chief Administrative Judge

RECEIVED
MAY 11 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Harold Baer, Jr.
United States District Court
Southern District of New York
United States Courthouse
Via Fax (212) 805-7901

    Re:   *O'Leary v. NY State Unified Court System*
           05 Civ. 6722 (HB) (DCF)

Dear Judge Baer:

    I write on behalf of defendant to seek the Court's permission to file with the Clerk's Office a hard copy original of defendant's motion for summary judgment in lieu of filing it by means of the ECF system. The Clerk's Office has advised that it will accept the paper original provided that I obtain written permission from the Court and attach same to the papers that I submit. I make this request because the motion papers are several hundred pages long, with numerous exhibits, and e-filing would be time-consuming and cumbersome. I will of course be submitting a separate courtesy copy of the entire motion to the Court.

    Accordingly, I ask that the Court notify me by fax [(518) 473-5514] if this request can be granted. The motion is due to be fully briefed and filed on May 15, 2007.

*Fine w/ me –*

Very truly yours,

John J. Sullivan
Assistant Deputy Counsel
Attorney for Defendant

SO ORDERED.
Harold Baer, Jr., U.S.D.J.
5/14/07

cc:   Eden Fitzgibbons Mauro, Esq. (via fax)