UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FRANCES O'LEARY,

                       Plaintiff,                  NOTICE OF MOTION
                                                                           FOR
    -against-                                              SUMMARY JUDGMENT

NY STATE UNIFIED COURT SYSTEM,           05 Civ. 6722 (HB)

                       Defendant.
_____

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendant's annexed Statement pursuant to Local Civil Rule 56.1, the Affidavit of John J. Sullivan, sworn to on April 9, 2006, with accompanying documentary evidence, and all prior pleadings and proceedings herein, the undersigned, on behalf of defendant will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure Rule 56, for summary judgment, on the ground that there is no genuine issue as to any material facts and defendants are, as a matter of law, entitled to have judgment granted in their favor, and for such other and further relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing scheduling promulgated by the Court, plaintiff's opposition papers to the within summary judgment motion are to be served by May 1, 2007, and defendant's reply papers, if any, are to be served by May 15, 2007; the full-briefed motion papers are to be submitted by May 15, 2007.

Dated: New York, New York
      April 9, 2007

                                        MICHAEL COLODNER
                                        Attorney for Defendant
                                        Office of Court Administration
                                        25 Beaver Street, 11th floor
                                        New York, New York 10004
                                        (212) 428-2150

                                  By: _____
                                        John J. Sullivan (JJS9947)
                                        Assistant Deputy Counsel

TO:   Ms. Eden Fitzgibbons-Mauro, Esq.
        Mauro & Guzzardo, LLP
        131 Jericho Turnpike, Suite 302
        Jericho, New York 11753

        <u>Via overnight delivery</u>

2