UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

-----------------------------------------------------------X

FRANCIS O'LEARY,

                Plaintiff,

05 CIVIL 6722 (HB)

-against-

**JUDGMENT**

NY STATE UNIFIED COURT SYSTEM,

                Defendant.

-----------------------------------------------------------X

       Defendant having moved for summary judgment with respect to the remaining claims, and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on August 6, 2007, having rendered its Opinion and Order granting defendant's motion for summary judgment and dismissing the amended complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 6, 2007, defendant's motion for summary judgment is granted and the amended complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         August 7, 2007

                                             **J. MICHAEL McMAHON**
                                               Clerk of Court
                        BY:
                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____